# EXHIBIT A

## Confidentiality and Nondisclosure Agreement

Applicant is aware that during the course of employment with SkyWest, they may become aware of certain information that, if disclosed, has the potential to harm other employees or the SkyWest corporate entity. The Applicant also agrees that they will become aware of confidential business strategies, pricing methods, market plans, and other trade secrets that would not be known to the Applicant but for their employment with SkyWest. SkyWest values and seeks to protect the privacy of its employees as well as the confidentiality of its trade secrets and other confidential information. With those basic values in mind, Applicant hereby agrees to the following:

- Applicant understands and acknowledges that, if hired, during the course of his or her employment with SkyWest they may become aware of certain Confidential and Privileged Information. Confidential and Privileged Information includes SkyWest business records and any terms relating thereto, trade secrets, contracts, business plans, financial statements, marketing strategies, client lists and contact information, and methods of conducting or obtaining business. It also includes employee data in the form of personnel records, background check information, medical records, and other benefits information. All such data is considered confidential and privileged no matter how it is communicated - in writing, via electronic communications, or by conversation.

- Applicant agrees that they will not disclose, divulge, or otherwise communicate at any time or in any manner, to any party other than those employees of SkyWest as necessary, any Confidential Information, either during or subsequent to employment with SkyWest.

- Applicant agrees not to use Confidential Information for their own purposes, other than in connection with authorized uses as dictated by the employment relationship, or to disclose any Confidential Information to others. Upon the request of SkyWest, Applicant agrees to return or destroy, as directed, all Confidential and Privileged Information in tangible form. The Applicant understands that violating the terms of this Agreement will lead to corrective action, up to and including termination of employment, and that SkyWest reserves the right to seek damages in civil court for breach of this agreement.

- This Agreement is governed under the laws of the State of Utah, and any legal action pertaining hereto shall fall under the jurisdiction of the Fifth Judicial District Court, State of Utah and/or the applicable United States Federal District Court.

- If any portion or part of this Agreement is deemed to be invalid by law, the remaining portions and/or parts of this Agreement shall remain in full force and effect.

I UNDERSTAND THAT THIS AGREEMENT AFFECTS AND RESTRICTS MY RIGHT TO DISCLOSE OR USE PRIVILEGED CONFIDENTIAL INFORMATION DURING OR SUBSEQUENT TO THE COURSE OF MY EMPLOYMENT AT SKYWEST. I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.

SkyWest.



TASK

Confidentiality and Non Disclosure Agreement

Task completed: 09/16/2021
Approved by: Vikaas Krithivas

Close

## Confidentiality and Nondisclosure Agreement

Applicant is aware that during the course of employment with SkyWest, they may become aware of certain information that, if disclosed, has the potential to harm other employees or the SkyWest corporate entity. The Applicant also agrees that they will become aware of confidential business strategies, pricing methods, market plans, and other trade secrets that would not be known to the Applicant but for their employment with SkyWest. SkyWest values and seeks to protect the privacy of its employees as well as the confidentiality of its trade secrets and other confidential information. With those basic values in mind, Applicant hereby agrees to the following:

- Applicant understands and acknowledges that, if hired, during the course of his or her employment with SkyWest they may become aware of certain Confidential and Privileged Information. Confidential and Privileged Information includes SkyWest business records and any terms relating thereto, trade secrets, contracts, business plans, financial statements, marketing strategies, client lists and contact information, and methods of conducting or obtaining business. It also includes employee data in the form of personnel records, background check information, medical records, and other benefits information. All such data is considered confidential and privileged no matter how it is communicated - in writing, via electronic communications, or by conversation.

- Applicant agrees that they will not disclose, divulge, or otherwise communicate at any time or in any manner, to any party other than those employees of SkyWest as necessary, any Confidential Information, either during or subsequent to employment with SkyWest.

- Applicant agrees not to use Confidential Information for their own purposes, other than in connection with authorized uses as dictated by the employment relationship, or to disclose any Confidential Information to others. Upon the request of SkyWest, Applicant agrees to return or destroy, as directed, all Confidential and Privileged Information in tangible form. The Applicant understands that violating the terms of this Agreement will lead to corrective action, up to and including termination of employment, and that SkyWest reserves the right to seek damages in civil court for breach of this agreement.

- This Agreement is governed under the laws of the State of Utah, and any legal action pertaining hereto shall fall under the jurisdiction of the Fifth Judicial District Court, State of Utah and/or the applicable United States Federal District Court.

- If any portion or part of this Agreement is deemed to be invalid by law, the remaining portions and/or parts of this Agreement shall remain in full force and effect.

I UNDERSTAND THAT THIS AGREEMENT AFFECTS AND RESTRICTS MY RIGHT TO DISCLOSE OR USE PRIVILEGED CONFIDENTIAL INFORMATION DURING OR SUBSEQUENT TO THE COURSE OF MY EMPLOYMENT AT SKYWEST. I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.

SkyWest



TASK

Confidentiality and Non Disclosure Agreement

Task completed: 02/10/2022
Approved by: Daniel Moussaron

Close