IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>　　　　Defendants. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>**EXPEDITED REVIEW REQUESTED**<br><br>Civil No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer |

　　　　Before the Court is Plaintiff SkyWest Airlines, Inc.'s ("Plaintiff") Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Application"), supported by the Declaration of Justin Esplin and associated exhibits. Having reviewed the Application and supporting materials, and for good cause shown, the Court finds that SkyWest has shown immediate and irreparable harm, a likelihood of success on the merits, that the equities and public interest favor relief, and that issuance without notice under Fed. R. Civ. P. 65(b) is warranted. It is ORDERED:

　　　　1.　　　　Defendants, and all persons acting in concert or participation with them who receive actual notice of this Order, are RESTRAINED AND ENJOINED from using, disclosing, transmitting, selling, copying, or otherwise exploiting any SkyWest Confidential Information, including any compiled list or derivative containing employee directory data obtained from

SkyWest Online (SWOL) or other SkyWest systems. This includes, without limitation, names, employee identification numbers, job titles, supervisor information, department codes, base locations, hire dates, personal cell phone numbers, and home addresses. Defendants are specifically enjoined from contacting or soliciting any SkyWest employee using SkyWest Confidential Information or any derivative thereof.

2. Defendants shall not destroy, alter, wipe, encrypt, transfer, or conceal any evidence related to their access, collection, scraping, storage, use, or dissemination of SkyWest Confidential Information, including devices, accounts, datasets, logs, scripts, source code, messaging platform accounts, campaign records, call/text content and metadata, and payment records. Within 24 hours of service of this Order, Defendants shall suspend any auto-delete or remote-wipe settings on relevant devices and accounts and shall confirm in writing to SkyWest's counsel that these preservation steps have been implemented.

3. Within ten (10) days of service of this Order, Defendants shall identify and make available to an independent forensic examiner engaged by SkyWest all computers, laptops, tablets, mobile phones, external storage media, and any cloud, email, or messaging accounts reasonably likely to contain SkyWest Confidential Information or related artifacts. Defendants shall provide necessary credentials and disable any encryption, auto-deletion, or remote-wipe features to permit forensic imaging. The examiner's inspection shall be limited to creating forensic images and locating, preserving, and reporting on SkyWest Confidential Information and related artifacts (including datasets, logs, scripts, and transmission records), without accessing unrelated personal content. The examiner shall promptly return physical devices after imaging. Within seven (7) days after imaging, the examiner shall provide to SkyWest: (a) a

chain-of-custody report; (b) a listing of locations (devices, accounts, and file paths) where SkyWest Confidential Information resides; and (c) copies of any SkyWest-derived datasets in native format. The examiner shall maintain confidentiality of non-responsive personal content and shall not disclose such content absent further order of the Court.

4.	Duration: This Temporary Restraining Order is issued at [time] on [date] and shall remain in effect for fourteen (14) days unless extended for good cause, or until the Court enters an order on the Motion for Preliminary Injunction, whichever occurs first.

5.	Preliminary Injunction Hearing: A hearing on SkyWest's Motion for Preliminary Injunction is set for [date], at [time], in Courtroom [__]. Defendants may file any opposition by [date], and SkyWest may file a reply by [date].

6.	Security: The Court waives the requirement of security under Fed. R. Civ. P. 65(c) based on the record and the narrow, preservation-focused nature of the relief granted.

DATED this _____ day of February, 2026.

BY THE COURT:

_____
David Nuffer
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2026, I caused a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** to be served via email to the following:

Jonathan Thorn
*Jonathan@utahjobjustice.com*
*Attorney for Defendant Daniel Moussaron*

Paul Ryan
*pryan@ctmlegalgroup.com*
*Attorney for Defendant Vikaas Krithivas*

                                             */s/ Gregory M. Saylin*

36940461_v1