Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants. | **MOTION TO FILE UNDER SEAL**<br><br>**EXPEDITED REVIEW REQUESTED**<br><br>Civil No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer |

Pursuant to DUCivR5-3, Plaintiff SkyWest Airlines, Inc. ("Plaintiff"), by and through its counsel of record, respectfully moves the Court for an order allowing Plaintiff to file under seal Exhibit A-2 to the Declaration of Justin Esplin which is being filed as Exhibit A to Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction filed on February 2, 2026 (Dkt No. 5).

Compelling reasons exist to seal Exhibit A-2. The exhibit consists of internal SWOL activity logs reflecting Defendants' access to SkyWest's secure systems and to non-public

employee information. Even though pilot names have been redacted from the proposed sealed version, the logs contain unredacted SkyWest employee identification numbers, seniority information, and forensic metadata (including session timestamps, IP addresses/locations, device/browser details, MFA steps, and the specific directory records opened). Public disclosure would invade employee privacy, risk re-identification of individual pilots through cross-referencing, and expose details of SkyWest's systems and security posture that could be exploited to facilitate further unauthorized access and use of SkyWest's data. SkyWest's request is narrowly tailored and seeks to seal only Exhibit A-2, while the supporting declaration and the remainder of Plaintiff's filings remain publicly available. No less restrictive alternative (such as further redaction) would adequately protect SkyWest and its employees because removing additional fields would render the logs unintelligible and impair the Court's ability to evaluate the requested relief. Accordingly, the balance of interests under DUCivR 5-3 favors sealing, and Plaintiff respectfully requests leave to file Exhibit A-2 under seal until further order of the Court. A proposed order is filed concurrently herewith.

    Dated this 2nd day of February, 2026

                              HOLLAND & HART LLP

                              */s/ Gregory M. Saylin*
                              Gregory M. Saylin
                              Zachary T. Burford
                              Tyler S. Erickson

                              *Attorneys for Plaintiff SkyWest Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2026, I caused a true and correct copy of the foregoing **MOTION TO FILE UNDER SEAL** to be served via email to the following:

Jonathan Thorn
*Jonathan@utahjobjustice.com*
*Attorney for Defendant Daniel Moussaron*

Paul Ryan
*pryan@ctmlegalgroup.com*
*Attorney for Defendant Vikaas Krithivas*

            */s/ Gregory M. Saylin*

36930483_v1