IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>    Defendants. | **(PROPOSED) ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br>**EXPEDITED REVIEW REQUESTED**<br><br>Civil No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer |

    Before the Court is Plaintiff SkyWest Airlines, Inc.'s ("Plaintiff") Motion to File Under Seal Exhibit A-2 to the Declaration of Justin Esplin which is being filed as Exhibit A to Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction (the "Motion") made pursuant to DUCivR 5-3, moving the Court for leave to seal the Exhibit A-2 to the Declaration of Justin Esplin.  Having reviewed the Motion and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that Exhibit A-2 to the Declaration of Justin Esplin which is being filed as Exhibit A to Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction (Dkt. No. 5) shall remain permanently sealed.

    DATED this _____ day of February, 2026.

                                                                                          BY THE COURT:

                                                                                          David Nuffer<br>
                                                                                          U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2026, I caused a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING MOTION TO FILE UNDER SEAL** to be served via email to the following:

Jonathan Thorn
*Jonathan@utahjobjustice.com*
*Attorney for Defendant Daniel Moussaron*

Paul Ryan
*pryan@ctmlegalgroup.com*
*Attorney for Defendant Vikaas Krithivas*

*/s/ Gregory M. Saylin*

36930541_v1

2