# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL MOUSSARON, and VIKAAS KIRTHIVAS, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY** <br><br> Civil No. 4:26-cv-00015-DN <br><br> Senior District Judge David Nuffer |

The Court, having considered Plaintiff SkyWest Airlines, Inc.'s ("Plaintiff") Motion for Expedited Discovery, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Expedited Discovery is GRANTED. Plaintiff may serve its written discovery requests attached as Exhibit A to its Motion for Expedited Discovery on Defendants.

2. Defendants Daniel Moussaron and Vikaas Kirthivas must serve their responses to the discovery requests on Plaintiff within ten days of being served with this Order and the discovery requests.

DATED this 2nd day of February, 2026.

BY THE COURT:

_____
David Nuffer
U.S. District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2026, I caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY** to be served via email to the following:

Jonathan Thorn
*Jonathan@utahjobjustice.com*
*Attorney for Defendant Daniel Moussaron*

Paul Ryan
*pryan@ctmlegalgroup.com*
*Attorney for Defendant Vikaas Krithivas*

                                          */s/ Gregory M. Saylin*

36864505_v1