Jonathan K. Thorne (Utah Bar No. 12694)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone:(801) 359-4169
Facsimile: (801) 359-4313
email:      jonathan@utahjobjustice.com

*Attorney for Defendant Daniel Moussaron*

---

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

# SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>    Defendants. | **NOTICE OF APPEARANCE AND INTENT TO SUBMIT OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer |

Jonathan K. Thorne and the law firm of Scholnick Thorne Holland, hereby enter their appearances as counsel for Defendant Daniel Moussaron.

Additionally, the undersigned counsel herby provide notice of this Defendant's intent to file an opposition to Plaintiff SkyWest Airlines, Inc. ("Plaintiff" or "SkyWest"), Ex Parte Application for Temporary Restraining Order ("TRO") and Motion for Preliminary Injunction ("PI") not later than February 12, 2026, unless the Court orders a more compressed briefing schedule.

Defendant Moussaron will explain fully in his opposition that because he was attempting to organize a labor union, a court does not have jurisdiction to enter a TRO against him pursuant to the Norris-LaGuardia Act. *See* 29 U.S.C.S. § 107; <u>Tomkins Indus. v. Sheet Metal Workers' Int'l Ass'n, Local No. 2</u>, 903 F. Supp. 1438, 1441 (D. Kan. 1995) ("The Norris-LaGuardia Act, 29 U.S.C. § 101 *et seq.,* deprives federal courts of jurisdiction to enter injunctions "in any case involving or growing out of any labor dispute."). Notably, Skywest in its Complaint (Dkt. No. 1) and Motion for Temporary Restraining Order (Dkt. No. 5) neglected to provide relevant facts explaining that this matter is a labor dispute, involving one text message from Defendant Moussaron to his fellow SkyWest pilots gauging their interest in forming a labor union. Separately, Defendant Moussaron will explain why SkyWest cannot meet its burden for a TRO or PI.

DATED THIS 4th day of February, 2026.

                                               **SCHOLNICK THORNE HOLLAND**

                                               <u>/s/ Jonathan K. Thorne</u>

                                               Jonathan K. Thorne

## CERTIFICATE OF SERVICE

I hereby certify that on the 4nd day of February, 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND INTENT TO SUBMIT OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** to be served via CMECF and via email to the following:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachary T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com