Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone:(801) 359-4169
Facsimile: (801) 359-4313
email:   jonathan@utahjobjustice.com
         lauren@utahjobjustice.com

*Attorneys for Defendant Daniel Moussaron*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

### SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>    Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer |

Lauren I. Scholnick hereby enters her appearance as counsel for Defendant Daniel Moussaron.

DATED THIS 5th day of February, 2026.

**SCHOLNICK THORNE HOLLAND**

*/s/ Lauren I. Scholnick*
Lauren I. Scholnick

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be served via CMECF to the following:

Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson