# EXHIBIT A

Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL MOUSSARON, and VIKAAS KRITHIVAS, <br><br> Defendants. | **DECLARATION OF ZACH BURFORD, COUNSEL FOR PLAINTIFF, AND ATTORNEY CERTIFICATION UNDER F.R.C.P. 65(B)(1)(B)** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

I, Zachary T. Burford, certify the following pursuant to Fed. R. Civ. P. 65(b)(1)(B):

1. I am counsel of record for Plaintiff SkyWest Airlines, Inc. in the above-captioned matter. I make this certification based on my personal knowledge and on information available to me from SkyWest, our firm's records, and communications with process servers and defense counsel. This declaration is made in support of SkyWest's Ex Parte Request for Immediate Setting of Hearing on its Application for Temporary Restraining Order and Preliminary Injunction, and for Interim Ex Parte Relief (the "Motion").

2. On February 4, 2026, attorney Jonathan K. Thorne filed a Notice of Appearance for Mr. Moussaron (Dkt. No. 16). The next day, Mr. Thorne agreed in writing to accept service for Mr. Moussaron. A true and correct copy of that email is attached as Exhibit A-1. The following documents were previously transmitted to Mr. Thorne on February 2, 2026: the Complaint (Dkt. No. 1), the redacted TRO/PI motion (Dkt. No. 5), the sealed TRO/PI papers and the motion to file under seal (Dkt. Nos. 6–7), the Motion for Expedited Discovery (Dkt. No. 8), and proposed orders. SkyWest filed an acknowledgment of service for Mr. Moussaron on the docket this morning. *See* Dkt. 18.

3. SkyWest engaged a process server who made multiple diligent attempts to serve Mr. Krithivas at his residence, 2630 N. Albany Ave., #1, Chicago, IL 60647. The process server's Certificate of Non-Service reflects failed attempts to serve Mr. Krithivas at his residence on February 3 February 4, and February 5 2026. A true and correct copy of that certificate is attached as Exhibit B to the Motion.

4. In parallel with personal service efforts, we provided the Complaint (Dkt. No. 1), the redacted TRO/PI motion (Dkt. No. 5), the sealed TRO/PI papers and the motion to file under seal (Dkt. Nos. 6–7), the Motion for Expedited Discovery (Dkt. No. 8), and proposed orders to Mr. Krithivas' attorney Paul Ryan on February 2, 2026. On February 3, 2026, I spoke with Mr. Ryan on the phone; I asked Mr. Ryan if he would accept service on behalf of his client, and Mr. Ryan stated he was unable to do so as he was not authorized to represent Mr. Krithivas for purposes of this litigation. After we attempted and failed to serve Mr. Krithivas on February 3 and February 4, I again reached out to Mr. Ryan to confirm whether he would be willing to accept service. *See* Ex. A-2, Email. Mr. Ryan confirmed in writing that he is not authorized to

accept service and declines to do so, but stated the Mr. Krithivas is seeking representation in Utah to appear on his behalf. A true and correct copy of Mr. Ryan's email is attached as Exhibit A-2. Accordingly, through his counsel, Mr. Krithivas has actual notice of this lawsuit and the requested emergency relief. SkyWest requests authorization to provide notice of the hearing setting and any interim order to Mr. Krithivas by email and text using contact information on file, as well as to Mr. Ryan, while personal service continues.

5. As set forth in SkyWest's TRO motion and the Declaration of Justin Esplin (Dkt. No. 5-1), Defendants coordinated an automated extraction of thousands of SkyWest pilots' non-public personnel records—including personal cell phone numbers and home addresses—from SkyWest's protected systems, and then used that information to send mass communications to SkyWest pilots from non-SkyWest numbers and platforms. Defendants' continued possession and potential dissemination of these datasets create ongoing, imminent risks to employee privacy and safety, erode trust and goodwill, disrupt operations, and present a significant risk of spoliation of critical evidence. Messaging platform logs, transmission records, and digital artifacts on devices and in accounts are often subject to short retention periods and can be deleted, encrypted, transferred, or wiped quickly, particularly by technically sophisticated users. Delay until formal personal service is accomplished on Mr. Krithivas would increase the risk that Defendants or persons acting in concert with them will further disseminate SkyWest's confidential information or destroy relevant evidence, thwarting effective relief and impairing the Court's ability to adjudicate the motions on a complete record. Given Defendants' actual notice and the limited scope and short duration of the requested order, proceeding on an expedited, preservation-focused basis is both necessary and fair.

I certify the foregoing pursuant to Fed. R. Civ. P. 65(b)(1)(B). I further declare under penalty of perjury under 28 U.S.C. § 1746 that the facts stated herein are true and correct to the best of my knowledge.

Executed on the 5th day of February, 2026, at Salt Lake City, Utah.

_____
Zachary T. Burford

36971822_v1

# EXHIBIT A-1

Case 4:26-cv-00015-DN-PK   Document 19-1   Filed 02/05/26   PageID.316   Page 6 of 14

| | |
|---|---|
| **From:** | Jonathan Thorne |
| **To:** | Zach T. Burford; Greg Saylin; Tyler S. Erickson |
| **Cc:** | Lauren Scholnick |
| **Subject:** | Re: SkyWest vs Daniel Moussaron |
| **Date:** | Thursday, February 5, 2026 8:01:43 AM |

**External Email**

Yes, I'd be happy to accept service.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Zach T. Burford <ZTBurford@hollandhart.com>
**Sent:** Wednesday, February 4, 2026 3:20 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Greg Saylin <GMSaylin@hollandhart.com>; Tyler S. Erickson <TSErickson@hollandhart.com>
**Cc:** Lauren Scholnick <lauren@utahjobjustice.com>
**Subject:** RE: SkyWest vs Daniel Moussaron

Jonathan,

Now that you have appeared, will Mr. Moussaron agree to accept service?

**Zach Burford**

Associate, Holland & Hart LLP

 | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Wednesday, February 4, 2026 3:12 PM
**To:** Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Tyler S. Erickson <TSErickson@hollandhart.com>
**Cc:** Lauren Scholnick <lauren@utahjobjustice.com>
**Subject:** SkyWest vs Daniel Moussaron

**External Email**

Greg - see attached NOA and Notice of Intent to file an Opp to SkyWest's TRO filed with the court just now.

Jonathan K. Thorne

SCHOLNICK THORNE HOLLAND

40 South 600 East

Salt Lake City, UT 84102

p: 801.359.4169 ext. 314

f: 801.359.4313

www.utahjobjustice.com

WASHINGTON OFFICE:

705 Second Ave, Suite 1100

Seattle, WA 98104

p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

# EXHIBIT A-2

**Kristen E. Fonnesbeck**

| | |
|---|---|
| **From:** | Paul Ryan <pryan@ctmlegalgroup.com> |
| **Sent:** | Thursday, February 5, 2026 8:37 AM |
| **To:** | Zach T. Burford |
| **Cc:** | Greg Saylin |
| **Subject:** | Re: SkyWest/Krithivas: Service of Process |

**External Email**

Zach,

Mr. Krithivas is not avoiding service. Mr. Krithivas is still interested in resolving this matter. However, now that suit has been filed against him, he is seeking representation in Utah to appear on his behalf. I am not authorized to accept service on his behalf. I anticipate that whatever attorney he retains will be in touch with you to continue discussions regarding a potential resolution of this matter. Per my email last week and our conversation on Monday, Mr. Krithivas is not using or disseminating any of your client's data. To his knowledge, he is not even in possession of any confidential information belonging to your client. Nevertheless, he is taking reasonable measures to preserve any arguably relevant evidence.

Sincerely,

Paul Ryan
Attorney At Law

**CTM Legal Group**
www.ctmlegalgroup.com

**CHICAGO OFFICE**
77 W. Washington Street
Suite 2120
Chicago, IL 60602
Main: 312.818.6700
Direct Line: 312.818.6757
Fax: 312.492.4804

This e-mail, and any attachment to it, may contain privileged and/or confidential information and is for use only by the intended recipient. If you are not the intended recipient, you may not read, use, or distribute this e-mail and you must immediately return it to the sender and delete it from your system. The contents of the e-mail, and any attachment to it, may not be read, used, or distributed to other parties not having a direct involvement with respect to the content contained herein and/or attachment hereto.

On Wed, Feb 4, 2026 at 6:07 PM Zach T. Burford <ZTBurford@hollandhart.com> wrote:

> Paul,

1

We've made multiple attempts to serve Mr. Krithivas at his home. Our process server reports he appears to be present but is not responding, and service has not been successful. In our prior discussions, you indicated an interest in resolving this dispute and potentially cooperating. Avoiding service is hindering SkyWest's efforts to secure and protect its confidential information.

I'd again ask whether you would be willing to accept service on behalf of your client. Please let me know by tomorrow at 900am MT whether you will accept service via email. If we don't hear back, we will proceed with asking the court for alternative relief.

We remain willing to discuss a cooperative path forward, but avoiding service is not moving the ball forward in light of the privacy and security issues at stake.

Thank you,

Zach



**Zach Burford**

Associate

**HOLLAND & HART LLP**

222 South Main Street, Suite 2200, Salt Lake City, UT 84101

ztburford@hollandhart.com | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

| | |
|---|---|
| **From:** | Vita S. Garrett |
| **To:** | Jonathan@utahjobjustice.com; pryan@ctmlegalgroup.com |
| **Cc:** | Greg Saylin; Zach T. Burford; Tyler S. Erickson |
| **Subject:** | RE: SkyWest Airlines, Inc. v. Daniel Moussaron, et al. - Civil No. 4:26-cv-00015-DN - Service Copies |
| **Date:** | Monday, February 2, 2026 4:31:10 PM |
| **Attachments:** | image001.png |
| | 2026-01-30 Complaint.pdf |

Counsel,

Also attached is a copy of the Complaint which was filed with the Court on January 30, 2026.

Sincerely,

**Vita Garrett**
Legal Assistant, Holland & Hart LLP

vsgarrett@hollandhart.com | **T:** (801) 799-5940
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Vita S. Garrett
**Sent:** Monday, February 2, 2026 4:28 PM
**To:** 'Jonathan@utahjobjustice.com' <Jonathan@utahjobjustice.com>; 'pryan@ctmlegalgroup.com' <pryan@ctmlegalgroup.com>
**Cc:** Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Tyler S. Erickson <TSErickson@hollandhart.com>
**Subject:** SkyWest Airlines, Inc. v. Daniel Moussaron, et al. - Civil No. 4:26-cv-00015-DN - Service Copies

Counsel,

Attached are your service copies of the following documents which have been filed with the Court today:

    (Redacted) Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction
        (Proposed) Order

    Motion to File Under Seal
    (Proposed) Order
    **(Filed Under Seal)** Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction

    Plaintiff's Ex Parte Motion for Expedited Discovery
    (Proposed) Order

Sincerely,

            **Vita Garrett**



Legal Assistant

**HOLLAND & HART LLP**

222 South Main Street, Suite 2200, Salt Lake City, UT 84101

vsgarrett@hollandhart.com | **T:** (801) 799-5940

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.