# EXHIBIT B

## CERTIFICATE OF NON SERVICE

**IN THE UNITED STATES DISTRICT COURT**                    Case #: 4:26-cv-00015-DN
**DISTRICT OF UTAH**

**Skywest Airlines, Inc.**

Plaintiff

**vs.**

**Daniel Moussaron and Vikaas Krithivas**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Vikaas Krithivas**, at **2630 N. Albany Ave., #1, Chicago, IL 60647**, with the **Summons & Complaint; Exhibit(s)** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 02/03/2026 | 06:18 PM | This is an apartment in a multiunit building. There are no names on the doorbell or mailbox. I rang the bell and I knocked on the door. No answer. The lights are on inside. There is a package for the defendant on the front steps. |
| 02/04/2026 | 01:26 PM | The front main entrance door of the building is now locked. I rang the bell and knocked on the window of the unit. No answer. |
| 02/05/2026 | 09:07 AM | The front main entrance door of the building is locked. I rang the bell and knocked on the window of the unit. No answer. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 2/5/2026.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Holland & Hart LLP**                    Job #: 664428
FILE #: