Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>　　　Defendants. | **NOTICE OF MEMORANDUM DECISION AND ORDER SCHEDULING CONFERENCE; AND ZOOM INFORMATION SENT TO DEFENDANT VIKAAS KRITHIVAS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to the Memorandum Decision and Order dated February 6, 2026, Plaintiff SkyWest Airlines, Inc. ("Plaintiff"), by and through its counsel of record, hereby gives Notice to Defendant Vikaas Krithivas ("Krithivas") of the Memorandum Decision and Order Granting in Part and Denying in Part Motion for Immediate Setting of Hearing and Briefing Schedule dated February 6, 2026, which is attached as Exhibit A hereto. Plaintiff also gives notice of the instructions for attending the February 9, 2026, Scheduling Conference via Zoom.gov to Krithivas attached here to as Exhibit B.

This information has also been sent to Mr. Krithivas via email, text, and U.S. Mail, and is also being provided to Paul Ryan, previously identified as attorney for Defendant Krithivas via email.

Dated this 6th day of February, 2026

        HOLLAND & HART LLP

        */s/ Zachary T. Burford*
        Gregory M. Saylin
        Zachary T. Burford
        Tyler S. Erickson

        *Attorneys for Plaintiff SkyWest Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2026, I caused a true and correct copy of the foregoing **NOTICE OF MEMORANDUM DECISION AND ORDER SCHEDULING CONFERENCE; AND ZOOM INFORMATION SENT TO DEFENDANT VIKAAS KRITHIVAS** to be served via email to the following:

| | |
|---|---|
| Vikaas Krithivas<br>2630 N. Albany Ave., #1<br>Chicago, IL 60647<br>*vikaas.krithivas@gmail.com*<br>Telephone:  (480) 710-0277 | *Via Email, Text, and U.S. Mail* |

Paul Ryan
*pryan@ctmlegalgroup.com*
*Previously Identified as Attorney for Defendant Vikaas Krithivas*

             */s/ Zachary T. Burford*

36998942_v1