skywestonline.com

 **SkyWest**online 

**FLIGHT OPS** ⌄

## SPAM TEXT NOTICE

We have received reports that pilots have received text messages on personal devices from groups claiming to be connected to SkyWest. SkyWest does not provide contact information to outside third parties and we are investigating if any company policies have been violated. Employees are under no obligation to respond to the message and may report it to their mobile carrier as spam. Remember, you should never provide your contact or personal information to anyone not acting in an official SkyWest capacity (e.g., Crew Support, Travel Center, Employee Relations, etc.), even if they claim to be fellow employees.

10:15 PM MT Dec. 10, 2025