Timothy D. Ducar (13423)
**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., | ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| -vs- | ) **Civil No.  4:26-cv-00015-DN** |
| DANIEL MOUSSARON, AND VIKAAS KRITHIVAS, | ) **Senior District Judge David Nuffer** |
| Defendants. | ) |

Timothy D. Ducar, Esq. of the Law Offices of Timothy D. Ducar, PLC enters his appearance on behalf of Defendant Vikaas Krithivas.

DATED this 9th day of February, 2026.

                                                            **LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

                                                            By /s/ Timothy D. Ducar
                                                                Timothy D. Ducar
                                                                 9280 E. Raintree Drive, Suite 104
                                                                Scottsdale, AZ  85260
                                                                Attorneys for Defendant Vikaas Krithivas

## CERTIFICATE OF SERVICE

I certify that on the 9th day of February, 2026, I electronically transmitted the attached Notice of Appearance to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Attorney for Plaintiff SkyWest Airlines, Inc.

Jonathan Thorn, Jonathan@utahobjustice.com
Lauren I. Scholnick, Lauren@utahobjustice.com
Attorney for Defendant Daniel Moussaron

By: T. Ducar