Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL MOUSSARON, and VIKAAS KRITHIVAS, <br><br> Defendants. | **NOTICE OF PARTIES' STIPULATION TO INTERIM ORDER** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendants Daniel Moussaron ("Moussaron") and Vikaas Krithivas ("Krithivas") respectfully notify the Court that, pursuant to the Court's February 6, 2026 Memorandum Decision and Order (Dkt. No. 21), SkyWest and Defendants met and conferred and reached a partial and temporary, stipulated resolution of SkyWest's Ex Parte Application for Temporary Restraining Order ("TRO Motion") (Dkt. No. 5) and Ex Parte Motion for Expedited Discovery ("Discovery Motion") (Dkt. No. 8). SkyWest and Moussaron's agreement is reflected in the attached proposed Interim Order, which the parties

respectfully request that the Court enter. The parties will simultaneously email a word version of the proposed order to chambers.

As seen in the proposed interim order, the parties were able to reach a temporary resolution for most of the issues raised in SkyWest's TRO Motion and Discovery Motion; however, the parties still disagree about SkyWest's request to have a forensic expert inspect Defendants devices. SkyWest requests and Defendants will agree that the Court address this issue on an expedited basis. In the proposed interim order, the parties propose a briefing schedule under the current schedule set by the Court in its Memorandum Opinion and Order, Document 21, dated February 6, 2026 (with an opposition brief due on Tuesday, February 10, 2026, at 4:00 pm; and a hearing on Wednesday, February 11, 2026, at 1:00 pm MST). SkyWest would request leave to submit a reply brief (of no more than 5 pages) by no later than Wednesday, February 11, at 9:00 am.

Dated this 9th day of February, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

SCHOLNICK THORNE HOLLAND

<u>/s/ Jonathan K. Thorne (signed with permission)</u>
  Jonathan K. Thorne
  Lauren I. Scholnick

*Attorneys for Defendant Daniel Moussaron*

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

<u>/s/ Timothy D. Ducar (signed with permission)</u>
Timothy D. Ducar

*Attorneys for Defendant Vikaas Krithivas*

37004577_v4