THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>    Defendants. | **INTERIM STIPULATED ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR EXPEDITED DISCOVERY AND SETTING BRIEFING/HEARING ON FORENSIC INSPECTION ISSUE**<br><br>Case No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction ("TRO Motion")[1] and Ex Parte Motion for Expedited Discovery ("Discovery Motion")[2] are before the court. In addition, Plaintiff SkyWest and Defendant Moussaron have filed briefs addressing whether the court has jurisdiction to enter a TRO in this case. In lieu of the court determining whether a TRO may issue, the parties have submitted the following Stipulation Regarding Interim Relief ("Stipulation"), Limited Expedited Discovery, and Briefing/Hearing on Forensic Inspection Issue.[3] Based on the parties' Stipulation, and for good cause appearing, and without prejudice to any party's claims, defenses, or jurisdictional arguments (including those raised under the Norris–LaGuardia Act),

---

[1] Docket no. 5, filed Feb. 2, 2026.

[2] Docket no. 8, filed Feb. 2, 2026.

[3] Docket no. 28, filed Feb. 9, 2026.

IT IS HEREBY ORDERED:

1. On a stipulated interim basis pending a noticed preliminary injunction hearing, the parties agree and are ordered as follows:

    a. Defendants shall temporarily not to use, disclose, transmit, sell, or otherwise exploit any data that the they obtained from SkyWest Online ("SWOL") directory or other Plaintiff systems.

    b. The preservation directives in the February 6, 2026, Memorandum Decision and Order[4] remain in full force and effect as to all parties. Additionally, the parties shall not destroy, alter, wipe, encrypt, or conceal any evidence related to the Defendants' access, collection, scraping, storage, use, or dissemination of information obtained through SWOL directory, and must suspend any auto-delete or remote-wipe settings on relevant devices and accounts.

    c. This interim relief shall remain in effect until the court conducts a noticed preliminary injunction hearing or until further order of the court.

    d. Nothing in this Interim Order restrains lawful communications that do not rely on SWOL directory information.

2. With regard to Plaintiff's Discovery Motion:

    a. Defendants shall respond within 12 calendar days from entry of this Interim Order to Plaintiff's five interrogatories and five requests for production appended to the Discovery Motion as Exhibit A,[5] specifically Interrogatories Nos. 1–5 and RFPs Nos. 1–5.

    b. Plaintiff shall respond within 12 calendar days of service to a similar number and scope of expedited interrogatories and requests for production served by Defendants, limited to matters relevant to Plaintiff's TRO Motion and Defendants' defenses.

    c. Plaintiff's Request for Production No. 6 (forensic imaging/targeted collection)[6] and the related relief requested in Plaintiff's TRO Motion[7] will be briefed and set for hearing as set forth below.

---

[4] Memorandum Decision and Order Granting in part and Denying in part Motion for Immediate Setting of Hearing and Briefing Schedule ¶ 6 at 3-4, docket no. 21, filed Feb. 6, 2026.

[5] Docket no. 8-1, filed Feb. 2, 2026.

[6] Docket no. 8-1, filed Feb. 2, 2026.

[7] TRO Motion ¶ 3 at 3-4.

  3. The issue concerning Plaintiff's request for forensic inspection of Defendants' devices[8] will be addressed on the following schedule as established in the February 6, 2026, Memorandum Decision and Order:

    a. Defendants may file an opposition brief to Plaintiff's request, on or before Tuesday, February 10, 2026, at 4:00 p.m. MST;

    b. Plaintiff may file a reply (not to exceed five pages) by Wednesday, February 11, 2026, at 9:00 a.m. MST; and

    c. A hearing will be held on Wednesday, February 11, 2026, at 1:00 p.m. MST, via Zoom.gov on Plaintiff's request for forensic examination. Instructions for attending the hearing via Zoom.gov will be sent to counsel in a separate email.

  4. Given the stipulated, limited nature of this interim relief, the court exercises its discretion under Rule 65(c) to waive security at this time.

This Interim Order is entered on a stipulated basis, without adjudication of the merits and without prejudice to any party's claims, defenses, or jurisdictional arguments.

Signed this 9th day of February, 2026.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[8] Request for Production No. 6, docket no. 8-1; TRO Motion ¶ 3 at 3-4.