## CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT  
DISTRICT OF UTAH

Case #: 4:26-cv-00015-DN

**Skywest Airlines, Inc.**

Plaintiff

vs.

**Daniel Moussaron and Vikaas Krithivas**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

PARTY SERVED: **VIKAAS KRITHIVAS**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **VIKAAS KRITHIVAS**

DATE & TIME OF DELIVERY: **2/9/2026 at 9:09 PM**

ADDRESS, CITY AND STATE: [REDACTED]

DESCRIPTION: Race: **Indian**   Sex: **Male**   Age: **40**  
Height: **5'9"**   Weight: **180**   Hair: **Black**   Glasses: **No**

Judicial Attorney Services, Inc.  
PO Box 583  
Geneva, IL 60134  
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 2/10/2026.

Steven A. Stosur  
Registration No: 117-001119

CLIENT: **Holland & Hart LLP**  
FILE #:

Job #: **664428**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> *Plaintiff(s)* <br> v. <br> DANIEL MOUSSARON and VIKAAS KRITHIVAS, <br><br> *Defendant(s)* | Civil Action No. 4:26-cv-00015-DN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VIKAAS KRITHIVAS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Gregory M. Saylin; Zachary T. Burford; Tyler S. Erickson
  Holland & Hart, LLP
  222 South Main Street, Suite 2200
  Salt Lake City, UT  84101
  (801) 799-5800
  gmsaylin@hollandhart.com; ztburford@hollandhart.com; tserickson@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/03/2026 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00015-DN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: