Jonathan Thorne (Utah Bar No. 12694)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
(t) 801.359.4169
(f) 801.359.4313
email: Jonathan@utahjobjustice.com

*Attorney for Defendant Daniel Moussaron*

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF UTAH
## SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL MOUSSARON, and VIKAAS KRITHIVAS, <br><br> Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF JOHN E. HOLLAND** <br><br> Case No. 4:26-cv-00015-DN <br><br> Senior District Judge David Nuffer |

Pursuant to DUCivR 83-1.1(c) of the United States District Court for the District of Utah, the undersigned respectfully moves for the admission of John E. Holland, Esq., *pro hac vice*, to appear as counsel in the above-captioned matter on behalf of the DANIEL MOUSSARON, and I consent to serve as local counsel. I am an active member of this court's bar.

The application for *pro hac vice* admission and proposed order is attached as exhibits, and the admission fee will be paid to the court with the submission of this motion. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

WHEREFORE, the undersigned respectfully requests that this Court grant the motion for admission *pro hac vice* for John E. Holland to represent Daniel Moussaron, in this matter.

DATED this 11th day of February 2026    Respectfully submitted,

**SCHOLNICK THORNE HOLLAND**

*/s/ Jonathan Thorne*
Jonathan Thorne
Attorney for Defendant
Daniel Moussaron

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 11th, 2026, I caused a true and correct copy of the within and foregoing MOTION FOR ADMISSION PRO HAC VICE to be served via first class mail, postage prepaid, upon the Defendant.

*/s/ Jonathan Thorne*
Jonathan Thorne