Jonathan K. Thorne (Utah Bar No. 12694)
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
Telephone:     (801) 359-4169
Facsimile:      (801) 359-4313
email:           jonathan@utahjobjustice.com

*Attorney for Defendant Daniel Moussaron*

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF UTAH
## SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF JOHN E. HOLLAND**<br><br>Case No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer |

Before the court is local counsel Jonathan Thorne's Motion for *Pro Hac Vice* Admission of John E. Holland. Based on the motion and for good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

DATED this _11th_ day of __February, 2026.

**BY THE COURT**:

_____
Name
Title