Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL MOUSSARON, and VIKAAS KRITHIVAS, <br><br> Defendants. | **NOTICE OF FILING OF (PROPOSED) STIPULATED ORDER REGARDING FORENSIC DISCOVERY** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Per the Court's Minute Entry Order, Document No. 38, the parties, Plaintiff SkyWest Airlines, Inc. and Defendants Daniel Moussaron and Vikaas Krithivas, by and through counsel, hereby gives notice of the filing of the (Proposed) Stipulated Order Regarding Forensic Discovery attached hereto as Exhibit A, and jointly request that the Court enter the attached Stipulated Order. Per the Stipulated Order, the parties were able to reach an agreement on a forensic expert. Additionally, as this is stipulated order, Defendants will not be filing a redline edit of their own draft order on Monday (per the Court's Minute Entry Order, Document No. 38).

Dated this 13th day of February, 2026

        HOLLAND & HART LLP

        */s/ Zachary T. Burford*

        SCHOLNICK THORNE HOLLAND

        */s/ Jonathan K. Thorne (signed with permission)*
          Jonathan K. Thorne
          Lauren I. Scholnick

        *Attorneys for Defendant Daniel Moussaron*

        LAW OFFICES OF TIMOTHY D. DUCAR, PLC

        */s/ Timothy D. Ducar (signed with permission)*
        Timothy D. Ducar

        *Attorneys for Defendant Vikaas Krithivas*

37053400_v1