Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone:(801) 359-4169
Facsimile: (801) 359-4313
email:     jonathan@utahjobjustice.com
           lauren@utahjobjustice.com

*Attorneys for Defendant Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants. | **DECLARATION OF DEFENDANT DANIEL MOUSSARON IN SUPPORT OF MOTION TO DISMISS**<br><br>Civil No. 4:26-cv-00015-DN<br><br>Judge David O. Nuffer |

I, Daniel Moussaron, state the following:

1. I hereby declare that I am over the age of 18 and have personal knowledge of the facts stated in this declaration. If called upon, I am prepared to testify under oath to the veracity of these facts.

2. I was employed as a pilot by SkyWest Airlines, Inc. ("SkyWest") during the events described below and had an active SkyWest Online ("SWOL") user account and

credentials issued to me as an employee.

3. In April 2025, nearly three years after being hired as a pilot at SkyWest, I and other SkyWest pilots began organizing to form a labor union.

4. I was a member of the Organizing Committee ("OC") working with the Air Line Pilots Association ("ALPA") to organize SkyWest pilots.

5. In May 2025, the OC launched a website providing information about its intent to unionize and affiliate with ALPA to negotiate a collective bargaining agreement with SkyWest that would provide pilots with job security, enforceable grievance procedures through arbitration, legal representation, industry-leading safety/security resources, etc. *See* https://skywestalpa.org/ and https://skw.alpa.org/.

6. Over the following months, the OC communicated with SkyWest pilots, using email, the website, social media, and off-duty pilot-to-pilot conversation, receiving positive feedback to both the OC's efforts and its intent to affiliate with ALPA.

7. The OC began creating a database of pilots' contact information so it could provide periodic updates concerning unionization efforts, assess interest, uncover current working condition issues, and reach ALPA's required threshold of interest for an authorization card drive.

8. The database was initially created by obtaining contact information from a variety of sources through multiple phases.

9. In phase 1, the OC gathered contact information using a Google Form.

10. In phase 2, the OC created a campaign website, https://skywestalpa.org, showing the benefits ALPA would bring to the pilots that included a self-registration form.

11. Notably, this same domain name had been used in past pilot organizing drives at SkyWest

in 2008 and 2019-23, before being revived in 2025.

12. In this phase, the ALPA organizer also provided a pilot contact list from these previous drives.

13. These contacts were all merged into the 2025 database.

14. Then in phase 3, I built a Data Management System ("DMS") for the OC members and pilots to share pilot-to-pilot contact information (phone, email, address) for any pilots they might have in their devices.

15. Every pilot that had registered and for whom the OC had an email address received a login to the initial iteration of DMS, and the DMS was used to share contact information for other pilots they might have been flying with or otherwise knew.

16. Then, in phase 4, the OC used automated tools and manual lookups on public data, like the FAA's Airman Registry (a database maintained by the Federal Aviation Administration), White Pages, etc., to pull additional pilot contact information.

17. With all this contact information, it was able to send a postcard about the union efforts in late July or early August 2025 to approximately 97% of the pilots.

18. ALPA then took over the website, by publishing a new version at https://skw.alpa.org, to help legitimize the campaign, as some pilots were concerned that SkyWest might be behind the OC's site.

19. During the months-long drive wherein the OC obtained more contact information from pilots, I also obtained contact information through SkyWest's employee directory.

20. SkyWest maintains an employee directory that is accessible to all SkyWest employees, including its pilots, located within the SkyWest Intranet, known as SWOL.

21. SkyWest also claims that the directory applies a role-based permission that limits what information is available in this directory to employees.

22. SkyWest contends that most pilots, including Mr. Krithivas and me, were only permitted to view limited pilot information in the user interface, such as name, base/location, and supervisor, but not phone numbers or home addresses. However, as described below, the server response to an authenticated profile request included additional contact fields.

23. The profile data returned by the server was transmitted to my authenticated session, and those fields could be viewed using standard browser developer tools, even if not displayed in the standard user interface.

24. Specifically, the directory was a standard web application, which loads an employee's profile details after a search of the directory.

25. Although SkyWest displayed only certain information to employees in a user-friendly format, the complete employee profile data could be viewed, without any additional authorization or without exceeding authorized access, by using standard browser developer tools on the profile page.

26. In August 2025, for the sole purpose of union organizing, I accessed SWOL to obtain pilots' phone numbers and addresses to contact them and determine their interest in joining ALPA.

27. Using my authorized access and credentials to SWOL, I viewed pilots' profiles.

28. While the phone numbers and addresses did not populate in the User Interface, SkyWest's server readily provided that information through the browser's development tools.

29. These developer tools are standard features built into modern web browsers that allow a user to view the data and network responses already transmitted by the server to the authenticated session.

30. At no point, did I "bypass" or "circumvent" any server-side access control, escalate

4

privileges, or access an administrator-only function. I accessed SWOL using my own valid credentials and did not encounter any access-denied response (e.g., 401/403), additional prompt or technical gate that I had to defeat in order to view the profile responses described above.

31. These tools did not create new access, defeat authentication, escalate privileges, or retrieve data beyond what the server had already transmitted to my authenticated session.

32. It is just another way to view the data and network traffic that is already provided by the responding server.

33. On January 26, 2026, SkyWest representatives, including the System Chief Pilot, met with me and questioned me regarding these events. During that meeting, I denied wrongdoing and did not agree with any characterization that I had "bypassed Role Based Access Control" or otherwise accessed data without authorization.

34. During that meeting, statements were made referencing a potential "federal investigation" and possible "serious damage" to me and my business. I understood those statements as pressure to make admissions on the spot and I did not do so.

35. Any additional technical detail provided in this declaration reflects a careful review of what I actually did and observed within SWOL and does not represent a change in position. My position has remained consistent: I accessed SWOL using valid credentials, did not defeat authentication, and did not bypass a server-side access control.

36. In short, during the relevant time period, the Directory's server response transmitted phone numbers and home addresses to authenticated session (and, to the extent application, to authenticated sessions for users with the same privileges as mine) when a profile was retrieved.

37. After December 2025, SkyWest modified aspects of the Directory. However, at the time I accessed the profiles in August 2025, the system transmitted those contact fields as described above.

38. I believed that accessing contact information for purposes of communicating with coworkers about union organizing was lawful and protected activity under federal labor law. Nevertheless, the Organizing Committee did not rely solely on SWOL and instead continued building its contact database through the multi-phase process described above.

39. The Organizing Committee continued developing and refining its contact database through the multi-phase process described above over several months. SWOL-derived contact information was used only as a supplement to the existing database, including to help ensure that certain recently hired pilots were included in the December 9, 2025 ALPA assessment poll text message.

40. On December 9, 2025, I, as an OC leadership member and on its behalf, sent a mass text message to a large subset, but not all, of SkyWest pilots inquiring about their interest in joining ALPA, which read:

    > SKW Pilots: SkyWest ALPA Organizing Committee poll re ALPA representation.
    > Reply 1=yes 2=unsure 3=no.
    > ALPA Confidential Study
    > Skw.alpa.org – STOP=opt out

41. Within 24 hours of this text message, approximately 1,500 pilots had responded with overwhelming support with 87% of those pilots who received it responding favorably to ALPA representation.

42. Almost simultaneously, SkyWest posted on SWOL an urgent notice titled "SPAM TEXT

NOTICE" stating:

> We have received reports that pilots have received text messages on personal devices from groups claiming to be connected to SkyWest. SkyWest does not provide contact information to outside third parties and we are investigating if any company policies have been violated. Employees are under no obligation to respond to the message and may report it to their mobile carrier as spam. Remember, you should never provide your contact or personal information to anyone not acting in an official SkyWest capacity (e.g., Crew Support, Travel Center, Employee Relations, etc.), even if they claim to be fellow employees.

43. I understood this notice to relate to the union-organizing communications described above, which I believed to be protected activity under the Railway Labor Act.

44. Since this December 9th text message, the OC has not sent out any other text messages to the pilots.

45. Access to the contact list has been restricted and is not generally available to Organizing Committee members.

46. Access has been limited to me and a designated ALPA organizer.

47. On January 8, 2026, I provided a password-protected spreadsheet containing organizing contact information to an ALPA organizer as part of organizing efforts.

48. To my knowledge, that ALPA organizer has not further distributed the spreadsheet.

49. I have not otherwise distributed or sold any information I obtained from the SkyWest directory. Since my termination on January 26, 2026, I have not contacted or solicited any SkyWest employee using information obtained from SWOL.

50. I believe my termination was related to my union organizing activity.

DATED this 13th day of February, 2026.

                                                  /s/ Daniel Moussaron
                                                  DANIEL MOUSSARON