Timothy D. Ducar (Utah Bar No. 13423)
**LAW OFFICES OF TIMOTHY DUCAR, PLC**
9280 E. Raintree Dr., Ste. 104
Scottsdale, Arizona 85260
(t) 480.502.2119
(f) 480.452.0900
orders@azlawyers.com
*Attorney for Defendant Vikaas Krithivas*

# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF UTAH -SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>   Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF SCOTT C. UTHE**<br><br>Case No. 4:26-cv-00015-DN<br><br>Senior District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

   Pursuant to DUCivR 83-1.1(c) of the United States District Court for the District of Utah, the undersigned respectfully moves for the admission of Scott C. Uthe, Esq., *pro hac vice*, to appear as counsel in the above-captioned matter on behalf of the VIKAAS KRITHIVAS, and I consent to serve as local counsel. I am an active member of this court's bar.

   The application for *pro hac vice* admission and proposed order is attached as exhibits, and the admission fee will be paid to the court with the submission of this

motion. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

WHEREFORE, the undersigned respectfully requests that this Court grant the motion for admission *pro hac vice* for Scot C. Uthe to represent Vikaas Krithivas, in this matter.

DATED this 20th day of February 2026

Respectfully submitted,

**LAW OFFICES OF TIMOTHY DUCAR, PLC**

/s/ Timothy D. Ducar
Timothy D. Ducar
Attorney for
Defendant, Vikaas Krithivas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20th, 2026, I caused a true and correct copy of the within and foregoing MOTION FOR ADMISSION PRO HAC VICE to be served via first class mail, postage prepaid, upon the Defendant, Vikaas Krithivas.

/s/ Timothy D. Ducar
Timothy D. Ducar