

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Timothy D. Ducar |
| Firm: | LAW OFFICES OF TIMOTHY D. DUCAR, PLC |
| Address: | 9280 E. Raintree Dr., Ste. 104 |
| | Scottsdale, Arizona 85260 |
| Telephone: | 480.502.2119 |
| Email: | tducar@azlawyers.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Scott C. Uthe |
| Firm: | LAW OFFICES OF TIMOTHY D. DUCAR, PLC |
| Address: | 9280 E. Raintree Dr., Ste. 104 |
| | Scottsdale, Arizona 85260 |
| Telephone: | 480.502.2119 |
| Email: | suthe@azlawyers.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Arizona | 028598 | 6/2/2011 |
| US District Court – District of Arizona | | 5/11/2012 |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

| |
|---|
| |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____        _____
Signature                                                         Date  2/20/2026