Timothy D. Ducar (Utah Bar No. 13423)
**LAW OFFICES OF TIMOTHY DUCAR, PLC**
9280 E. Raintree Dr., Ste. 104
Scottsdale, Arizona 85260
(t) 480.502.2119
(f) 480.452.0900
orders@azlawyers.com
*Attorney for Defendant Vikaas Krithivas*

---

# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF UTAH -SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., | **[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF SCOTT C. UTHE** |
| Plaintiff, | |
| v. | Case No. 4:26-cv-00015-DN |
| | Senior District Judge David Nuffer |
| DANIEL MOUSSARON, and VIKAAS KRITHIVAS, | Magistrate Judge Paul Kohler |
| Defendants. | |

Before the court is local counsel Timothy D. Ducar's Motion for *Pro Hac Vice*

Admission of Scott C. Uthe. Based on the motion and for good cause appearing:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

/ / /

/ / /

DATED this _____ day of _____, 2026.

**BY THE COURT:**

_____

Name

Title