Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT DANIEL MOUSSARON'S COUNTERCLAIMS** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Pursuant to DUCiv R 6-2, Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest"), by and through its undersigned counsel, submits this Unopposed Motion for an Extension of Time to Answer Defendant Daniel Moussaron's Counterclaims ("Motion"). As grounds for this Motion, SkyWest states as follows:

1.     Defendant/Counterclaim Plaintiff Daniel Moussaron ("Moussaron") filed his Answer and Counterclaim on February 27, 2026 (Dkt. No. 47).

2.      Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), SkyWest's current deadline to answer or otherwise respond to Moussaron's counterclaim is March 20, 2026.

3.      SkyWest seeks a 10-day extension of its deadline to respond to the counterclaim, up to and including March 30, 2026.

4.      Counsel for SkyWest conferred with counsel for Moussaron, and Moussaron is not opposed to the extension.

5.      This is SkyWest's first request for an extension, the extension sought is fewer than 14 days, and this motion is being filed before the time originally prescribed to respond expires. *See* DUCivR 6-2(a)(1)–(3). Pursuant to DUCivR 6-2(a), the Court may grant SkyWest's motion without a response from the opposing parties.

6.      The requested extension will not conflict with any scheduling or other order of this Court, it is not being requested for any improper purpose, and it will not cause prejudice to any party.

WHEREFORE, SkyWest respectfully requests that the Court GRANT this Unopposed Motion and provide SkyWest a 10-day extension of time, up to and including March 30, 2026, to respond to Moussaron's counterclaim. A proposed order is being submitted herewith in compliance with DUCivR 6-2(b) and 7-1(e)(2).

Dated this 19th day of March, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*

2

Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

*Attorneys for Plaintiff and Counterclaim Defendant
SkyWest Airlines, Inc.*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for SkyWest Airlines, Inc., conferred with counsel for Daniel Moussaron regarding the requested extension on March 17, 2026. Counsel for Daniel Moussaron confirmed that it does not oppose the requested extension.

*/s/ Zachary T. Burford*
Zachary T. Burford

37361845_v1