Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT DANIEL MOUSSARON'S COUNTERCLAIMS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.'s ("SkyWest") Unopposed Motion for an Extension of Time to Answer Defendant Daniel Moussaron's Counterclaims ("Motion"). For good cause shown, the Court GRANTS the Motion and ORDERS that SkyWest's response to Defendant Daniel Moussaron's Counterclaims is due on or before March 30, 2026.

    DATED this ____ day of March, 2026.

BY THE COURT:

_____

David Nuffer
United States District Judge

37361997_v1

2