THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER DANIEL MOUSSARON'S COUNTERCLAIMS**<br><br>Case No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Based upon Plaintiff's Unopposed Motion for an Extension of Time to Answer Defendant Daniel Moussaron's Counterclaims,[1] and for good cause appearing therefore, the Court GRANTS the Motion and ORDERS that SkyWest's response to Defendant Daniel Moussaron's Counterclaims is due on or before March 30, 2026.

DATED this 20th day of March 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 49, filed March 19th, 2026.