Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **STIPULATED MOTION FOR A SCHEDULING ORDER** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendants Daniel Moussaron and Vikaas Krithivas (collectively "Defendants"), by and through their respective counsel, hereby stipulate and jointly move this Court to enter a Scheduling Order in the above-entitled matter. Specifically, the parties stipulate to the entry of a scheduling order based on the jointly signed Attorney Planning Meeting Report attached hereto as Exhibit A. Additionally, a Proposed

Scheduling Order is submitted concurrently herewith and emailed in word processing format to

Magistrate Judge Paul Kohler's chambers (*see* Dkt. 13, ¶ 3(b)).

WHEREFORE, the parties jointly and respectfully request that the Court enter the

proposed Stipulated Scheduling Order filed herewith.

Dated this 3rd day of April, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

*Attorneys for Plaintiff and Counterclaim Defendant
SkyWest Airlines, Inc.*

Dated this 3rd day of April, 2026.

SCHOLNICK THORNE HOLLAND

*/s/ Jonathan K. Thorne (signed with permission)*
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland

*Attorneys for Defendant Daniel Moussaron*

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

*/s/ Scott C. Uthe (signed with permission*
Timothy D. Ducar
Scott C. Uthe

*Attorneys for Defendant Vikaas  Krithivas*

37526612_v1

2