Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **STIPULATED MOTION TO CONTINUE INTERIM RESTRICTIONS, WITHDRAW PENDING MOTIONS, AND ENTER STIPULATED ORDER** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendants Daniel Moussaron and Vikaas Krithivas (collectively "Defendants"), by and through their respective counsel, hereby stipulate and jointly move this Court to enter the accompanying Stipulated Order. In support thereof, the parties state as follows:

1.      On February 9, 2026, this Court entered an Interim Stipulated Order Regarding Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Expedited Discovery and Setting Briefing/Hearing on Forensic Inspection Issue (Dkt. 29) (the "Interim Stipulated Order"), which, among other things, ordered Defendants to temporarily not use, disclose, transmit, sell, or otherwise exploit any data obtained from the SkyWest Online ("SWOL") directory or other SkyWest systems, and imposed preservation obligations on all parties.

2.      SkyWest's Motion for Preliminary Injunction (Dkt. 5) (the "Preliminary Injunction Motion") remains pending before the Court. Defendant Moussaron's Motion to Dismiss for Lack of Jurisdiction (Dkt. 25) (the "Motion to Dismiss") also remains pending.

3.      Following the parties' Rule 26(f) conference and subsequent discussions, the parties have reached agreement on terms that will allow SkyWest to withdraw its Preliminary Injunction Motion and Defendant Moussaron to withdraw his Motion to Dismiss, while maintaining appropriate interim protections and preserving the parties' rights as this case proceeds through normal discovery and litigation.

4.      The parties agree that the terms set forth in the accompanying proposed Stipulated Order are fair and reasonable and will promote the efficient resolution of this matter.

5.      The parties respectfully request that the Court enter the proposed Stipulated Order attached hereto.

WHEREFORE, the parties jointly and respectfully request that the Court enter the proposed Stipulated Order filed herewith.

Dated this 9th day of April, 2026

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

Dated this 9th day of April, 2026

SCHOLNICK THORNE HOLLAND

*/s/ Lauren I. Scholnick (signed with permission)*
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland

*Attorneys for Defendant Daniel Moussaron*

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

*/s/ Scott C. Uthe (signed with permission)*
Timothy D. Ducar
Scott C. Uthe

*Attorneys for Defendant Vikaas  Krithivas*

37502407_v1

3