## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **ORDER GRANTING STIPULATED MOTION TO CONTINUE INTERIM RESTRICTIONS, WITHDRAW PENDING MOTIONS, AND ENTER STIPULATED ORDER** <br><br> Case No. 4:26-cv-00015-DN-PK <br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Before the Court is Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.'s ("SkyWest") Stipulated Motion to Continue Interim Restrictions, Dismissing Pending Motions Without Prejudice, and Enter Stipulated Order ("Motion").[1] Based on the parties' Motion, and for good cause appearing, and without prejudice to any party's claims, defenses, or jurisdictional arguments,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED as follows:

1.     The restrictions set forth in the Court's Interim Stipulated Order,[3] including the prohibition on Defendants' use, disclosure, transmission, sale, or other exploitation of any data obtained from the SkyWest Online ("SWOL") directory or other SkyWest systems, as well as the

---

[1] Docket no. 56, filed Apr. 9, 2026.

[2] Docket no. 56, filed Apr. 9, 2026.

[3] Docket no. 29, filed Feb. 9, 2026.

preservation obligations set forth therein, shall remain in full force and effect through the duration of this litigation, unless the parties otherwise agree in writing that such restrictions may be modified or lifted, or the Court orders otherwise.

2.      In recognition of the forensic images created, Defendants are free to use the personal computing devices that were imaged pursuant to the Court's Order Regarding the Preservation of Evidence and Forensic Imaging,[4] subject to the continuing restrictions and preservation obligations in paragraph 1 above.

3.      Upon entry of this Stipulated Order:

   a.      Plaintiff SkyWest's Motion for Preliminary Injunction[5] is WITHDRAWN and DISMISSED without prejudice as MOOT.

   b.      Defendant Moussaron's Motion to Dismiss for Lack of Jurisdiction[6] is WITHDRAWN and DISMISSED without prejudice as MOOT.

4.      Nothing in the withdrawal of the Preliminary Injunction Motion, or the continuation of the Interim Stipulated Order's restrictions, shall prejudice either party's right to seek injunctive relief or forensic discovery or inspection of evidence that has been preserved pursuant to the Court's orders, through the normal discovery process or by motion.

5.      Discovery in this matter shall proceed under the Federal Rules of Civil Procedure, without prejudice to either side's right to seek expedited discovery if circumstances warrant.

---

[4] Docket no. 43, filed Feb. 18, 2026.

[5] Docket no. 5, filed Feb. 2, 2026.

[6] Docket no. 25, filed Feb. 8, 2026.

6.      SkyWest expressly reserves the right, and this Stipulated Order is entered without prejudice to its right, to seek renewed injunctive relief at any time if circumstances warrant.

7.      This Stipulated Order is entered on a stipulated basis, without adjudication of the merits and without prejudice to any party's claims, defenses, or jurisdictional arguments. This Stipulated Order is entered into without prejudice to SkyWest's position that Defendants' obligations under the Confidentiality and Nondisclosure Agreements ("NDAs") are independently binding and broader in scope than the restrictions set forth in the Interim Stipulated Order, and that those contractual obligations remain in full force and effect by their own terms.

Signed this 13th day of April, 2026.

BY THE COURT:

David Nuffer
United States District Judge

3