Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE A DEPOSITION PLAN** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendants Daniel Moussaron and Vikaas Krithivas (collectively "Defendants"), by and through their respective counsel, hereby stipulate and jointly move this Court to extend the time to file a deposition plan and enter the accompanying Stipulated Order. In support thereof, the parties state as follows:

1.      On April 6, 2026, this Court entered a Scheduling Order [Doc 55] designating June 17, 2026 as the date for the parties to file a deposition plan.

2.      The parties have been conferring regarding a deposition plan and remain committed to working cooperatively to develop one.

3.      The parties require additional time to confer and finalize a joint deposition plan to the Court. A brief extension will allow the parties to continue conferring and to coordinate witness and counsel availability. This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

4.      The parties request a three-week extension to and including July 8, 2026, to file a deposition plan with the Court.

5.      The remaining deadlines contained in the Scheduling Order will remain the same.

6.      The parties respectfully request that the Court enter the proposed Stipulated Order attached hereto.

WHEREFORE, the parties jointly and respectfully request that the Court enter the proposed Stipulated Order filed herewith.

Dated this 17th day of June, 2026

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

2

Dated this ___ day of June, 2026

SCHOLNICK THORNE HOLLAND

/s/ *Jonathan Thorne (with permission*)
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland

*Attorneys for Defendant Daniel Moussaron*


Dated this ___ day of June, 2026

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

/s/ *Scott Uthe (with permission)*
Timothy D. Ducar
Scott C. Uthe

*Attorneys for Defendant Vikaas  Krithivas*