# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>     Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>     Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE A DEPOSITION PLAN**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Parties' Stipulated Motion for Extension of Time to File a Deposition Plan.[1] For good cause shown, the Court GRANTS the Motion and ORDERS that the time for the parties to file a deposition plan is extended to July 8, 2026.

DATED this 18th day of June, 2026.

BY THE COURT

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 59, filed June 17, 2026.