Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Notice is hereby given that Tyson C. Horrocks of the law firm of Holland & Hart LLP

enters his appearance as counsel for Plaintiff and Counterclaim Defendant SkyWest Airlines,

Inc., in the above-captioned matter.  The undersigned requests that all further notices and copies

of pleadings, papers, and all other material relevant to this action be served and directed to:

    Tyson C. Horrocks
    HOLLAND & HART LLP
    222 South Main St., Suite 2200

Salt Lake City, Utah 84101
*tchorrocks@hollandhart.com*

Dated this 2nd day of July, 2026.

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant*
*SkyWest Airlines, Inc.*

38316843_v1

2