Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **JOINT DEPOSITION PLAN** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("Plaintiff") and Defendants Daniel Moussaron and

Vikaas Krithivas ("Defendants") (collectively, the "Parties"), by and through their counsel of

record, hereby submit this Joint Deposition Plan, pursuant to ¶ 3a of the Scheduling Order. [Dkt.

No. 55].[1] Discovery is ongoing and the Parties are still responding to written discovery. Accordingly, the Parties agree that they may supplement and amend this Deposition Plan, as necessary, at any time between now and the close of fact discovery.

The Parties have met and conferred regarding depositions and currently disagree on the following issues: (a) Defendants' position that they should be permitted to exceed the limit of 10 depositions per side imposed by ¶ 4(a)(2) of the Scheduling Order ; and (b) Defendants' position that (i) they be deposed virtually and (ii) all Parties and counsel be allowed to appear remotely at the depositions. The Parties intend to continue meeting and conferring on these issues, but acknowledge that these matters may require resolution by the Court if the Parties are unable to reach an agreement. The Parties reserve all rights and defenses and do not waive any objection or argument on these issues.

Plaintiff has not finalized exact deponents, dates, or locations for depositions, but at this time, intends to depose the following fact witnesses:

| Name | Date | Place |
|---|---|---|
| Daniel Moussaron | To be determined at a later date, likely September or later | Holland & Hart 222 South Main St., Ste. 2200 Salt Lake City, UT 84101 |
| Vikaas Krithivas | To be determined at a later date, likely September or later | Holland & Hart 222 South Main St., Ste. 2200 Salt Lake City, UT 84101 |
| Ron Rindfleisch | To be determined at a later date, likely September or later | Holland & Hart 222 South Main St., Ste. 2200 Salt Lake City, UT 84101 |

---

[1] Pursuant to the Parties' Stipulated Motion for Extension of Time (Dkt. No. 59), the deadline to submit this deposition plan was extended to July 8, 2026.

| Name | Date | Place |
|---|---|---|
| 30(b)(6) representative of ALPA | To be determined at a later date, likely September or later | Holland & Hart 222 South Main St., Ste. 2200 Salt Lake City, UT 84101 |
| Unnamed individuals referenced in Defendants' discovery responses | To be determined at a later date, likely September or later | Holland & Hart 222 South Main St., Ste. 2200 Salt Lake City, UT 84101 |
| Representative of Premier Legal Technologies, the Neutral Expert | To be determined at a later date, likely September or later | Holland & Hart 222 South Main St., Ste. 2200 Salt Lake City, UT 84101 |

Defendants have not finalized exact deponents, dates, or locations for depositions, but at this time, intend to depose the following:

| Witness | Date | Location |
|---|---|---|
| Russell Chip Childs | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Todd Emerson | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Justin Esplin | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Jessica Mulligan | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Tracy Gallo | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |

| Witness | Date | Location |
|---|---|---|
| Greg Wooley | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Dale Hansen | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Kari Tate | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Robert Manwaring | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Marissa Snow | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Robert Simmons | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Wade Steel | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Seilose Fa'Ulao | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Martin Eyre | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |

| Witness | Date | Location |
|---|---|---|
| Anita Spencer | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| David Bechtold | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| The individual(s) involved from the MSL Group that was involved in drafting the massage to Pilots form Russel Chip Childs at the end of January. | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| An individual(s) from SAPA leadership | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| An Individual(s) from the SkyWest Information Technology and information Security Teams | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| Lane Perkins (and/or individual(s) from Premier Legal Technologies (neutral expert) | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |
| 30(b)(6) of SkyWest | To be determined at a later date, likely September or later | Scholnick Thorne Holland 40 South 600 East Salt Lake City, UT 84108 or Remote |

As noted above, Plaintiff does not consent to Defendants exceeding the 10-deposition limit set forth in ¶ 4(a)(2) of the Scheduling Order absent a Court order. Defendants' inclusion of more than ten witnesses in this Deposition Plan should not be construed as Plaintiff consenting to

the depositions. Plaintiff reserves all rights and defenses and does not waive any objection or argument on this issue.

The Parties reserve the right to supplement and amend this Deposition Plan or seek leave to amend the Scheduling Order, if necessary. Additionally, Defendant Krithivas intends to amend his pleadings to assert a counterclaim, and the Parties specifically reserve the right to further amend this Deposition Plan based on the filing of any such counterclaim. Lastly, notwithstanding a deponent's inclusion in this Discovery Plan, no party waives any of its rights, defenses, or objections to the deposition of any of the listed deponents.

Dated this 8th day of July, 2026.

HOLLAND & HART LLP

/s/ Zachary T. Burford
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford
*Attorneys for Plaintiff and Counterclaim Defendant*
*SkyWest Airlines, Inc.*

Dated this 8th day of July, 2026.

/s/ Jonathan K. Thorne (signed w/permission)
Jonathan K. Thorne
Lauren I. Scholnick
SCHOLNICK THORNE HOLLAND

John E. Holland *(Admitted Pro Hac Vice)*
*Attorneys for Defendant Daniel Moussaron*

Dated this 8th day of July, 2026.

/s/ Scott C. Uthe (signed w/permission)
Timothy D. Ducar
Scott C. Uthe *(Admitted Pro Hac Vice)*
*Attorneys for Defendant Vikaas Krithivas*

6