Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING DEFENDANT MOUSSARON'S WITHHOLDING OF DISCOVERY BASED ON ALLEGED RLA PRIVILEGE**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to Federal Rule 37(a) and DUCivR 37-1, SkyWest moves to compel Moussaron to withdraw his Railway Labor Act ("RLA") objections and produce all responsive, non-privileged information being withheld on the basis of that objection.

## ARGUMENT

While a SkyWest pilot, Moussaron worked with Krithivas to use a program "TamperMonkey" to bypass SkyWest's security controls and mine confidential contact

information for over 4,900 pilots. Moussaron went beyond his permitted access in a way that violated both his contractual obligations and the federal and state statutes. When SkyWest found out, it sought emergency relief to preserve evidence and determine where its data went and who touched it (Dkt. 5). SkyWest urgently seeks to secure its data and needs this information to do so.

SkyWest has pursued two paths to secure its data: (1) obtaining an order to search the computer data secured by the TRO entered by this Court (Dkt. 63; Dkt. 43); and (2) seeking the full scope of what was taken, who took it, and how it was used and shared via written discovery requests. Moussaron has stonewalled both paths. After seeking an informal resolution, SkyWest now seeks Court intervention to avoid further delay and permit SkyWest to quickly secure its data.

RFP Nos. 6–8, and 10–29 and Interrogatory Nos. 6–13, and 15–16 (Exhibits A & B) specifically seek information and documents relating to how SkyWest's Confidential Information was taken, who helped take it, why, and how it was transmitted, stored, and used. Moussaron refuses to answer, hiding behind one primary objection—the RLA. This objection is meritless.

The RLA is a substantive labor statute; it creates no evidentiary privilege against discovery. Federal courts have rejected a union-organizing privilege under the RLA. *See NetJets Aviation, Inc. v. NetJets Ass'n of Shared Aircraft Pilots*, 2017 U.S. Dist. LEXIS 129354, at *14 (S.D. Ohio Aug. 15, 2017) (holding the union "points to no case law to support its assertion that discovery should be precluded under the RLA because of a chilling effect on union members" and finding "this argument to be without merit"); *Hernandez v. Off. of the Comm'r of Baseball*, 331 F.R.D. 474, 478 (S.D.N.Y. 2019).

Of course, Moussaron cannot misappropriate SkyWest's data, launder it through organizing communications, and then invoke the RLA to hide it. Even union organizers have to abide by the law and cannot misappropriate another's property and then hide behind organizing to shield it from discovery. Moreover, any legitimate privacy concern is addressed by the Standard Protective Order's AEO designation. SPO, § A(2). Moussaron should be ordered to withdraw his RLA objections and produce complete responses to RFP Nos. 6–8, and 10–29 and Interrogatory Nos. 6–13, and 15–16 with five days of the Court's ruling.

## <u>CERTIFICATION</u>

SkyWest served a conferral letter on June 24 on this issue. The parties made reasonable efforts to resolve this dispute via phone on June 30, and via Teams on July 7. For SkyWest: Tyson C. Horrocks, Zach Burford. For Moussaron: Jonathan Thorne.

Dated this 10th day of July, 2026

HOLLAND & HART LLP


*/s/ Tyson C. Horrocks*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant
SkyWest Airlines, Inc.*

38292611_v9

3