# EXHIBIT A

Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **DECLARATION OF SCOTT UTHE, COUNSEL FOR DEFENDANT VIKAAS KRITHIVAS IN SUPPORT OF MOTION**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Scott C. Uthe, declare as follows in support of Krithivas's Motion to Amend Scheduling Order and for Leave to File Counterclaim and Join an Additional Counterclaim Defendant:

1.  I am counsel of record, admitted pro hac vice, for Defendant Vikaas Krithivas in the above captioned matter.

2. On June 11, 2026, our office received an email with "SkyWest's Responses and Objections to Def. Krithivas' First Set of Discovery Requests, and SkyWest's supplemental production (SkyWest_0000463-504)."

3. The document labeled SkyWest_0000475 was an email sent on February 2, 2026 from Dale Hansen to an individual at American Airlines, with a copy of the Complaint in this action attached.

4. On June 17, 2026, I sent a drafted Stipulated Motion to Amend Schedule to SkyWest's counsel, to allow Krithivas to file his counterclaim against SkyWest and join Dale Hansen as an additional counterclaim defendant.

5. No response from SkyWest was received.

6. On July 2, 2026, I held a meet and confer with SkyWest's counsel regarding the proposed Stipulation, and was told that they wanted to streamline the stipulation, but provided no objection to joining Dale Hansen.

7. On July 8, 2026, SkyWest's counsel sent a version of the Stipulation that entirely omitted any mention of Dale Hansen.

8. I provided proposed redline edits to SkyWest's version on July 8, 2026.

9. Earlier draft versions characterized Hansen as either a counterclaim defendant or a third-party defendant; however, SkyWest did not identify that terminology as a basis for withholding consent.

10. On July 10, 2026, I received an email from SkyWest's counsel stating, "we cannot stipulate to the leave to amend."   No reason was provided.

2

I declare under penalty of perjury under 28 U.S.C. § 1746 that the facts stated herein are true and correct to the best of my knowledge.

EXECUTED this 10th day of July, 2026, Scottsdale, Arizona.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe

3