# EXHIBIT B

Message
_____

**From:**          Dale Hansen [dhansen@skywest.com]
**Sent:**          2/2/2026 9:24:09 AM
**To:**            nate.gatten@aa.com
**Subject:**       SkyWest
**Attachments:**   [Filed Complaint] 2026-01-30 (1) Complaint.pdf


Nate:  Attached is a complaint filed against a former SkyWest pilot (Vikaas Krithivas) who has since transitioned to AA.  The complaint was filed on Friday in Utah Federal district court.  We just wanted to make you aware of the initiation of litigation against Mr. Krithivas.  If you have any additional questions, please feel free to call.

thanks


Dale Hansen
General Counsel
SkyWest, Inc.
444 South River Road │ St. George, Utah 84790
O: (435) 634-3217
dhansen@skywest.com

CONFIDENTIAL                                                                    SkyWest_0000475