Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>　　Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>　　Defendant. | **PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING DEFENDANT MOUSSARON'S WITHHOLDING OF RELEVANT COMMUNICATIONS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to Federal Rule 37(a) and DUCivR 37-1, SkyWest moves to compel Moussaron to produce all documents responsive to SkyWest's RFPs 7, 25, and 26 (Exhibit A).

## ARGUMENT

Moussaron did not act alone in taking and spreading SkyWest's confidential data—he coordinated his actions with others. Moussaron's own discovery responses confirm that the ALPA Organizing Committee ("OC") used Telegram (a messaging app) as its "primary

coordination platform" for these efforts (ROG 9) and that he personally texted and emailed other pilots at SkyWest and ALPA representative Ron Rindfleisch to formulate a plan to extract and use SkyWest's pilot data. RFPs 7, 25. Yet, Moussaron has produced no communications with any of these individuals, except for a single Teams calendar invite between himself and Krithivas.

SkyWest seeks relevant communications relating to how SkyWest's confidential pilot data was transmitted, to whom, and for what purpose:

- RFP No. 7 seeks communications regarding SkyWest's systems and data, how it was used including contacting SkyWest pilots, and this litigation. Despite confirming the existence of communications with the Organizing Committee and that he exchanged texts with Rindfleisch, Moussaron has produced only a single document—a Teams calendar invite.

- RFP No. 25 seeks communications with ALPA regarding SkyWest's systems and data, how it was used including contacting SkyWest pilots, and this litigation. Moussaron has produced no communications with Rindfleisch or any other ALPA representative.

- RFP No. 26 seeks documents relating to the password-protected spreadsheet Moussaron sent to ALPA, including the file itself, transmittal records, and communications about its contents or distribution. Moussaron has not produced the spreadsheet he sent to ALPA, any password or access credentials, or any communications about the file's contents or further distribution.

Moussaron's objections to these requests do not withstand scrutiny. In addition to improper boilerplate objections, Moussaron objected to producing communications on the basis

2

of a non-existent RLA privilege. *See* Short-Form Motion on RLA Privilege (Dkt. 67), filed concurrently. He also objects that SkyWest's definition of "SkyWest Confidential Information" is overbroad and encompasses publicly available information and contends certain requests are overbroad because he took the data from SkyWest's "general-purpose employee intranet." Neither of these objections permits Moussaron to withhold responsive documents or otherwise unilaterally limit his response and production. Lastly, he objects that SkyWest seeks information "already in possession or equally accessible to SkyWest." However, the requests seek Moussaron's own communications, sent and received on his personal accounts and devices—not SkyWest communications.

Based on the above, the Court should compel immediate production of all non-privileged documents responsive to Request Nos. 7, 25, and 26 within 5 days.

### CERTIFICATION

SkyWest served a conferral letter on June 24 on this issue. The parties made reasonable efforts to resolve this dispute via phone on June 30, and via Teams on July 7. For SkyWest: Tyson C. Horrocks, Zach Burford. For Moussaron: Jonathan Thorne.

Dated this 10th day of July, 2026

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant*
*SkyWest Airlines, Inc.*

3