Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING DEFENDANT MOUSSARON'S WITHHOLDING OF CORE DATA AND INFORMATION**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to Federal Rule 37(a) and DUCivR 37-1, SkyWest moves to compel Moussaron to produce all documents responsive to SkyWest's RFPs 6, 10, 18–22, and 28. (Exhibit A).

## ARGUMENT

Moussaron used a browser-based userscript called "TamperMonkey" to mass extract personal contact information—names, employee IDs, cell phone numbers, and home addresses—for over 4,900 pilots. The TamperMonkey script transmitted this data to a remote Linux server

hosted by GreenHost B.V. (the "Remote Server") where Moussaron stored it in a database he built called the Data Management System ("DMS"). Moussaron then used the DMS to export 4,994 pilot records to ALPA representative Ron Rindfleisch and to send an interest poll via EZ Texting to pilots. This conduct went well beyond Moussaron's permitted access and violated both his contractual obligations and computer fraud laws. SkyWest urgently needs to know what data was taken and how it was used so it can secure its data and prosecute its claims.

RFPs 6, 10, and 28 seek the Remote Server records, database tables (pilot_members and staged_pilot_data), SQL dump (SkyProxy.sql.zip), and DMS source code to establish what data was taken from SkyWest systems, how it was stored and processed, and how it was disseminated (Exhibit A). RFPs 18–22 seek information concerning Moussaron's DMS to determine how SkyWest data was used (*Id.*). There is no dispute that these records contain SkyWest's data or that the records are relevant. Moussaron's only objections are that he was union organizing and that he somehow has intellectual property to protect.[1]

However, the RLA does not create an evidentiary privilege. *See* Short-Form Motion on RLA Privilege (Dkt. 67), filed concurrently. Additionally, there are no intellectual-property privileges precluding discovery where proprietary material is protected by a protective order. *See Kasten Berry Inc. v. Stewart*, 2025 U.S. Dist. LEXIS 86084, at *9 (D. Kan. May 6, 2025).

Moussaron further asserts that any information or documents he provides cannot be shared with any SkyWest employee, including SkyWest's in-house legal counsel Todd Emerson.

---

[1] Moussaron also asserts boilerplate relevancy, overbreadth, burden, and vagueness objections asserted without any specificity or explanation of what is being withheld. *Smash Tech., LLC v. Smash Solutions, LLC*, 335 F.R.D. 438, 446–47 (D. Utah 2020) (general objections "neither explain nor preserve anything").

This restriction renders any production useless. Mr. Emerson—the in-house attorney managing this litigation—must be able to review this material to make informed litigation decisions and guide outside counsel. Of course, Mr. Emerson would not share AEO documents with others at the company.

The Court should enter an order requiring Moussaron to produce all documents and information responsive to RFPs 6, 10, 18–22, and 28 within 5 days of the Court's order.

## <u>CERTIFICATION</u>

SkyWest served a conferral letter on June 24 on this issue. The parties made reasonable efforts to resolve this dispute via phone on June 30, and via Teams on July 7. For SkyWest: Tyson C. Horrocks, Zach Burford. For Moussaron: Jonathan Thorne.

Dated this 10th day of July, 2026

HOLLAND & HART LLP


/s/ Tyson C. Horrocks
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

38292875_v7

3