Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING DEFENDANT MOUSSARON'S WITHHOLDING OF IDENTITIES OF RELEVANT INDIVIDUALS** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Pursuant to Federal Rule 37(a) and DUCivR 37-1, SkyWest seeks to compel Moussaron to respond to Interrogatories 7, 12, and 16 and produce documents responsive to RFP 16. (Exhibit A).

## **ARGUMENT**

While SkyWest pilots, Defendants used "TamperMonkey," a tool to write code scripts, to improperly access and mine confidential SkyWest data about over 4,900 SkyWest pilots.

Defendants went beyond their permitted access and bypassed security in a way that violated both their contractual obligations as well as state and federal statutes. When SkyWest found out, it sought a temporary restraining order to ensure the data was preserved so it could discover what Defendants did with SkyWest's data and with whom it was shared. (Dkt. 63; Dkt. 43). To be clear, SkyWest urgently seeks to secure its data and needs this information to do so.

SkyWest has pursued two avenues: (1) obtaining an order to search the computer data secured by the TRO entered by this Court (Dkt. 63), and (2) seeking the identity of those who received the data via interrogatory and document request. (Exhibits A). Defendants have refused both paths. After having sought an information resolution, Defendants now seek Court intervention to avoid further delay and permit SkyWest to quickly secure its data.

ROGS 7 and 12 seek the identity of all individuals who possessed or used its data and who participated in the scheme. ROG 16 seeks the identity of every person who made unsolicited calls to SkyWest pilots using pilfered data. RFP 16 seeks all documents identifying those callers. Moussaron refuses to produce any of this information.

That Defendants accessed and used SkyWest information is not in dispute. After listing unsupported boiler-plate objections that do not meet the requirements of Federal Rule 34(b)(2)(B)–(C) and providing no log or indication of what he is withholding, Moussaron refused to provide any information or documents in response to the requests for the sole reason that he took SkyWest's information for union organizing efforts. This objection does not justify his refusal to comply. Of course, Moussaron cannot shield the identities of co-conspirators and recipients of stolen data behind his objections. *See Gonzales v. Goodyear Tire & Rubber Co.*, 2006 U.S. Dist. LEXIS 103146, at *39 (D. N.M. July 28, 2006); *Rosecrans v. Dart Adamson &*

*Donovan, LLC*, 2026 U.S. Dist. LEXIS 29445, at *3 (D. Utah Feb. 11, 2026). Even union organizers have to abide by the law and cannot misappropriate another's property.

The scope of discovery under Rule 26(b)(1) extends to "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Here, SkyWest's requests are proportional and seek relevant data and documents. He should be compelled to provide complete responses and documents within 5 days of the Court's ruling.

## <u>CERTIFICATION</u>

SkyWest met and conferred via letter on June 24, by phone on June 30, and via Teams on July 7. For SkyWest: Tyson C. Horrocks, Zach Burford. For Moussaron: Jonathan Thorne.

Dated this 10th day of July, 2026

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant*
*SkyWest Airlines, Inc.*

38294101_v10

3