# EXHIBIT A

| Log No. | Bates Range / Doc ID | Date(s) | Document Type | Author(s) | Recipient(s) | CC/BCC | Privilege Asserted | Subject Matter Description | Pages | Redacted or Withheld | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KRITHIVAS PRIV000001 | 8/30/2025 | RCS Text Message | Vikaas Krithivas | Daniel Moussaron | | Not Relevant and protected under statutory rights under RLA to prevent further retaliation and interference by SkyWest | Discussion of nonparty person who introduced Vikaas and Daniel | 1 | Redacted and produced as Krithivas 000001 | |