Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL COMPLETE ANSWERS TO INTERROGATORIES NOS. 8–10** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 33 and 37 and DUCivR 37-1 for an order compelling complete answers to Interrogatories Nos. 8–10. (Exhibit A).

## ARGUMENT

Krithivas served his First Set of Discovery Requests on April 17, 2026. On May 13, SkyWest requested an additional ten days to respond, which Krithivas granted. On May 22, SkyWest requested a second extension through June 11, 2026, which Krithivas also granted. SkyWest served its responses on June 11, nearly eight weeks after receiving the discovery.

Interrogatory No. 8 asks SkyWest to identify each "Technological Access Barrier" allegedly bypassed and explain how it was bypassed. No. 10 similarly asks SkyWest to identify all alleged "access controls" bypassed. SkyWest lists authentication, MFA, role-based permissions, user-interface rendering logic, and contractual policies. But SkyWest does not identify which barrier prevented the server from returning the disputed fields or the specific act that circumvented each barrier. SkyWest admits the employee-detail endpoint returned the disputed fields in its response payload. Describing endpoint requests, developer tools, and automated scripts explains how information was retrieved—not how authentication, MFA, or another technological barrier was bypassed. Contractual policies are not technological access barriers. **These are the central issues upon which SkyWest's claims rest and it has so far demurred from providing any clear answers.**

Interrogatory No. 9 asks SkyWest to list and quantify each alleged statutory "Harm" and explain how the integrity, access, or availability of data, a program, a system, or information was impaired. SkyWest instead provides a lump estimate exceeding $55,000 and broad expense categories. It does not separately quantify each alleged harm, identify the affected system or information for each harm, or explain the nature and duration of any impairment.

Rule 33 requires each interrogatory to be answered separately and fully under oath. Fed. R. Civ. P. 33(b)(3), (5). After receiving two extensions, SkyWest cannot justify incomplete answers by repeatedly reserving the right to investigate and supplement. Rule 37(a)(4) treats evasive or incomplete answers as failures to answer.

Krithivas requests verified supplemental answers within seven days that: (1) identify each alleged barrier or control, its location and operation, the information it prevented users from

obtaining, and the precise act allegedly used to bypass it; and (2) separately identify and quantify each alleged harm, the affected system or information, the nature and duration of the alleged impairment, and the supporting facts.

## CERTIFICATION

Counsel met and conferred on June 18, 2026, at 10:00 AM Mountain Time, by Microsoft Teams. Participants were Zachary Burford, Jonathan Thorne, and Scott Uthe. A letter documenting the meeting was sent to SkyWest's Counsel on June 18, 2026.  Counsel held a follow-up conference on July 2, 2026, at 11:00 AM Mountain Time, by Zoom. Participants were Scott Uthe, Joseph Winters, Zachary Burford, and Tyson Horrocks. The parties did not resolve these issues. The June 18 conference was memorialized by written correspondence.

DATED this 15th day of July, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of July, 2026, I electronically transmitted the attached Defendant Krithivas's Short-Form Discovery Motion to Compel Complete Answers to Interrogatories Nos. 8–10 to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe

4