Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **(PROPOSED) ORDER GRANTING DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL RESPONSES AND PRODUCTION TO REQUESTS FOR PRODUCTION NOS. 6–9, 11, AND 12**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Defendant Krithivas's Short-Form Discovery Motion to Compel Responses and Production to Requests for Production Nos. 6–9, 11, and 12 (Dkt. No. 73). Upon review of the briefing, the Court GRANTS the Motion and ORDERS SkyWest Airlines, Inc. to fully respond to Krithivas's Interrogatories Nos 8-10, within seven (7) calendar days of this Order.

/ / /

/ / /

Dated this _____ day of July, 2026.

BY THE COURT

_____

Judge Paul Kohler
United States Magistrate Judge