Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL RESPONSES AND PRODUCTION TO REQUESTS FOR PRODUCTION NOS. 6–9, 11, AND 12** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 34 and 37 and DUCivR 37-1 for an order compelling complete responses and production to Requests for Production Nos. 6–9, 11, and 12. (Exhibit A).

### ARGUMENT

Krithivas served his First Set of Discovery Requests on April 17, 2026. On May 13, SkyWest requested an additional ten days to respond, which Krithivas granted. On May 22,

SkyWest requested a second extension through June 11, 2026, which Krithivas also granted. SkyWest served its responses on June 11, nearly eight weeks after service of the requests.

Despite receiving two extensions, SkyWest did not complete its document search or production. For each disputed request, SkyWest stated only that it "will produce" responsive documents or a privilege log later, frequently adding that it would do so only "if any" documents could be located through a future "diligent search and reasonable inquiry." Although SkyWest incorporated certain prior productions, it did not state that its search was complete, whether additional responsive documents exist, whether materials are being withheld, or when production would be completed.

Rule 34 requires production by the requested inspection date or at "another reasonable time specified in the response." Fed. R. Civ. P. 34(b)(2)(B). Any objection must also state whether responsive materials are being withheld. *Id.* 34(b)(2)(C). SkyWest's indefinite promise to search and produce at an unidentified future date satisfies neither requirement. Rule 37(a)(4) treats an evasive or incomplete response as a failure to respond.

Krithivas requests an order requiring SkyWest, within seven days, to: (1) complete its search and produce all responsive, nonprivileged documents to RFP Nos. 6–9, 11, and 12; (2) serve amended responses stating whether responsive documents exist, whether production is complete, the Bates ranges produced, and whether anything is withheld based on an objection; and (3) provide a Rule 26(b)(5) privilege log for responsive materials withheld on privilege grounds.

/ / /

/ / /

2

## CERTIFICATION

Counsel met and conferred on June 18, 2026, at 10:00 AM Mountain Time, by Microsoft Teams. Participants were Zachary Burford, Jonathan Thorne, and Scott Uthe. A letter documenting the meeting was sent to SkyWest's Counsel on June 18, 2026.  Counsel held a follow-up conference on July 2, 2026, at 11:00 AM Mountain Time, by Zoom. Participants were Scott Uthe, Joseph Winters, Zachary Burford, and Tyson Horrocks. The parties did not resolve these issues. The June 18 conference was memorialized by written correspondence.

DATED this 15th day of July, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

3

4

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of July, 2026, I electronically transmitted the attached Defendant Krithivas's Short-Form Discovery Motion to Compel Complete Responses and Production to Requests For Production Nos. 6–9, 11, AND 12 to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe

5