Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>      Plaintiff and Counterclaim Defendant<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>      Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>      Defendant. | **DECLARATION OF SCOTT C. UTHE**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Scott C. Uthe, declare as follows:

1.      I am an attorney with the Law Offices of Timothy D. Ducar, PLC and counsel for Defendant Krithivas in this action. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Enter Protocol for Forensic Search of Defendants' Devices (ECF No. 63). I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2.    The Court entered its Order Regarding the Preservation of Evidence and Forensic Imaging (ECF No. 43) on February 18, 2026. SkyWest did not propose any search protocol for the resulting forensic images until June 9, 2026.

3.    Attached as Exhibit A is a true and correct copy of the June 9, 2026 email from Zachary Burford to me and Jonathan Thorne, counsel for Moussaron, transmitting SkyWest's first proposed search protocol and requesting a response "by the end of the week."

4.    I had previously notified SkyWest's counsel that I would be out on vacation June 3-10.

5.    On June 11, I conferred with Jonathan Thorne, regarding the proposed search protocol.

6.    On June 12, Jonathan Thorne sent a combined response describing Defendants' concerns and requesting a meeting to discuss the proposed search protocol.

7.    On June 18, a meeting was conducted to discuss the proposed protocol via Microsoft Teams with Zachary Burford, counsel for SkyWest, Jonathan Thorne and myself. Defendants' counsel asked whether the neutral, Premier Legal Tech, who obtained the images had been consulted on the likely efficacy of the protocol and was told no.

8.    On June 22, Zachary Burford initiated an email thread to schedule a meeting with Premier Legal Tech.  I agreed to meet the next day.

9.    On June 23, a follow up meeting with Premier Legal Tech representatives, Zachary Burford, Jonathan Thorne and myself was held.

10.    Later, on June 23, Jonathan Thorne sent me and SkyWest's counsel an email that outlined Defendants jointly proposed edits to the protocol in redline format.

11.     Attached as Exhibit B is a true and correct copy of the June 30, 2026 email chain in which, at 9:00 a.m. (AZ Time), SkyWest's counsel stated that SkyWest was "reviewing your edits to the protocol" and proposed that, in exchange for SkyWest's initially advancing the neutral expert's costs (subject to later reimbursement or cost-shifting), the individual Defendants place $8,000.00 – fifty percent of the estimated costs – in escrow pending resolution of this litigation; and in which, at 10:20 a.m., counsel for Defendant Krithivas advised that his client was attending a funeral that day and that it might be a few days for him to provide Krithivas's position.

12.     Attached as Exhibit C is a true and correct copy of the June 30, 2026 email, sent at approximately 1:32 p.m. (AZ Time), in which the neutral expert (Premier Legal Technologies) circulated section-by-section comments on the Scope and Targets provisions of the proposed protocol and offered a call.

13.     SkyWest filed its Motion for a Rule 16 Conference on July 2, 2026 (ECF No. 61) and the present Motion on July 6, 2026. On July 10, 2026, SkyWest filed five additional discovery motions (ECF Nos. 67, 69, 70, 71, and 72).

I declare under penalty of perjury under the laws of the United States and the states of Utah and Arizona that the foregoing is true and correct.

Executed this 17th day of July, 2026, at Scottsdale, Arizona

Scott C. Uthe

# EXHIBIT A

| From: | Zach T. Burford |
|---|---|
| To: | Scott Uthe |
| Cc: | Timothy Ducar; Greg Saylin |
| Subject: | SkyWest/Moussaron |
| Date: | Tuesday, June 9, 2026 2:49:16 PM |
| Attachments: | image001.png |
| | SkyWest_Moussaron - Proposed Stipulated Protocol and Order Governing Neutral Search of Forensic Images of Defendants" Devices(37626717.2).docx |
| | SkyWest_Moussaron - Exhibit A to Proposed Stipulated Protocol and Order Governing Neutral Search(37627061.1).docx |

Scott,

Attached is SkyWest's [Proposed] Stipulated Protocol and Order Governing Search of Forensic Images of Defendants' Devices, together with Exhibit A (the Initial Search Terms list) that we previously discussed. Again, this proposed Protocol is intended to authorize the appointed neutral expert to conduct targeted searches of the preserved forensic images of Defendants' devices. Please let us know by the end of the week if the proposed Protocol is acceptable or if you have any revisions. We are happy to discuss or meet and confer at your convenience.

Thanks,
Zach



**Zach Burford**

**Associate**

**HOLLAND & HART LLP**

222 South Main Street, Suite 2200, Salt Lake City, UT 84101

ztburford@hollandhart.com | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# EXHIBIT B

| From: | Zach T. Burford |
|---|---|
| To: | Jonathan Thorne; Scott Uthe |
| Cc: | Greg Saylin; Lauren Scholnick; Tyson C. Horrocks |
| Subject: | RE: SkyWest/Moussaron: Proposed Search Protocol |
| Date: | Tuesday, June 30, 2026 9:00:31 AM |
| Attachments: | image001.png |

Jonathan,

We are reviewing your edits to the protocol but wanted to get back to you on the cost issue so we can keep the ball moving. SkyWest is willing to initially pay the neutral expert's costs associated with searching and preparing the documents for review under the proposed protocol (subject to SkyWest being able to later seek reimbursement or cost-shifting) if Defendants are willing to place 50% of the estimated neutral expert's costs in escrow (placing $8,000.00 in escrow) pending resolution of this litigation or a court order dispersing the funds. We believe this is a reasonable compromise that allows the protocol to move forward without further delay while protecting both parties' interests. Please let us know if this is agreeable.

Thanks,
Zach

**Zach Burford**

**Associate, Holland & Hart LLP**

ztburford@hollandhart.com | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Tuesday, June 23, 2026 3:48 PM
**To:** Zach T. Burford <ZTBurford@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Greg Saylin <GMSaylin@hollandhart.com>; Lauren Scholnick <lauren@utahjobjustice.com>
**Subject:** Re: SkyWest/Moussaron: Proposed Search Protocol

**External Email**

Zach - attached are some edits from Scott and I for the proposed protocol. Let us know if you want to discuss.

Jonathan K. Thorne

SCHOLNICK THORNE HOLLAND

40 South 600 East

Salt Lake City, UT 84102

p: 801.359.4169 ext. 314

f: 801.359.4313

[www.utahjobjustice.com](http://www.utahjobjustice.com)


WASHINGTON OFFICE:

705 Second Ave, Suite 1100

Seattle, WA 98104

p: 406.546.6962


This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Zach T. Burford <[ZTBurford@hollandhart.com](mailto:ZTBurford@hollandhart.com)>
**Sent:** Tuesday, June 9, 2026 3:51 PM
**To:** Jonathan Thorne <[Jonathan@utahjobjustice.com](mailto:Jonathan@utahjobjustice.com)>
**Cc:** Greg Saylin <[GMSaylin@hollandhart.com](mailto:GMSaylin@hollandhart.com)>; Lauren Scholnick <[lauren@utahjobjustice.com](mailto:lauren@utahjobjustice.com)>
**Subject:** SkyWest/Moussaron: Proposed Search Protocol

Jonathan,

Attached is SkyWest's [Proposed] Stipulated Protocol and Order Governing Search of Forensic Images of Defendants' Devices, together with Exhibit A (the Initial Search Terms list) that we previously discussed. Again, this proposed Protocol is intended to authorize the appointed neutral expert to conduct targeted searches of the preserved forensic images of Defendants' devices. Please let us know by the end of the week if the proposed Protocol is acceptable. We are happy to discuss or meet and confer at your convenience.

Thanks,
Zach



**Zach Burford**

Associate

**HOLLAND & HART LLP**

222 South Main Street, Suite 2200, Salt Lake City, UT 84101

ztburford@hollandhart.com | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# EXHIBIT C

| | |
|---|---|
| **From:** | Lane Perkins |
| **To:** | Zach T. Burford; Martin Eyre |
| **Cc:** | Scott Uthe; Jonathan Thorne |
| **Subject:** | Re: Data Imaging - SkyWest - Krithivas |
| **Date:** | Tuesday, June 30, 2026 1:33:12 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | Outlook-s0fi4fmx.png |
| | Outlook-ipw2msc5.png |
| | Outlook-dteglobm.png |
| | 5. Scope and Targets.docx |

Good afternoon

   Please find attached the Scope and Targets section of the proposed protocol with comments for each section.  We are happy to hop on a call and discuss this when the need arises to proceed as well.



Thank you,

Lane Perkins

ESI & Forensics Operations Manager

Office: (801) 363-9000

Lane@PremierLegalTech.com





eDiscovery ♦   Data Collection ♦ Data Review / Hosting ♦ Legal Review ♦ Production Support ♦ Computer & Mobile Forensics

www.premierlegaltech.com

47 West 200 South (American Plaza III) Suite 101

Salt Lake City, UT 84101

**"YOUR LEGAL SERVICES PARTNER"**

We are pleased to announce that Salt Lake Legal is now Premier Legal Technologies as of May 1, 2023

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination, or distribution of this message by unintended recipients is prohibited.

**From:** Zach T. Burford <ZTBurford@hollandhart.com>

**Sent:** Monday, June 22, 2026 8:58 AM
**To:** Martin Eyre <martin@premierlegaltech.com>; Lane Perkins <Lane@premierlegaltech.com>
**Cc:** Scott Uthe <suthe@azlawyers.com>; Jonathan Thorne <jonathan@utahjobjustice.com>
**Subject:** FW: Data Imaging - SkyWest - Krithivas

Hi Martin,

I hope you are doing well. I'm reaching out because the parties are discussing the possibility of entering into a protocol to search the forensic images of Defendants' devices that were previously imaged in this matter. I'm attaching here a draft protocol that I've put together. This has not yet been approved by counsel for the Defendants. We would like to set up a call to discuss the proposed protocol, which I've attached here. In particular, the parties are considering following Phase One of the proposed protocol and running the search terms listed in Exhibit A (attached) against the images. This would provide the parties with an initial "hit list" that would help us get a sense of the volume of data at issue.

Do you have any availability this week for a call to discuss the proposed protocol and logistics regarding running an initial search?

Thanks,

Zach

**Zach Burford**
**Associate, Holland & Hart LLP**
ztburford@hollandhart.com | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Martin Eyre <martin@premierlegaltech.com>
**Sent:** Thursday, February 26, 2026 10:44 AM
**To:** Scott Uthe <suthe@azlawyers.com>; Lane Perkins <Lane@premierlegaltech.com>; Jack Holland <jack@laborwest.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Cc:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Timothy Ducar <tducar@azlawyers.com>
**Subject:** Re: Data Imaging - SkyWest - Krithivas


**External Email**

Scott,

Unfortunately, he actually has 4 separate hard drives within his computer as opposed to having 1 large one. Therefore, that is the reason of it taking longer.
We have the first drive done and verified. The other three are currently in the verification state.

Once the verification is done, we will have screenshots of the verification. We are confident at that point that nothing can be changed with the images of the drives that we have made.

Thank you
Martin

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Thursday, February 26, 2026 10:14 AM
**To:** Lane Perkins <Lane@premierlegaltech.com>; Jack Holland <jack@laborwest.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Martin Eyre <martin@premierlegaltech.com>
**Cc:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Timothy Ducar <tducar@azlawyers.com>
**Subject:** RE: Data Imaging - SkyWest - Krithivas

Good morning all,

I have been notified by our client, Mr. Krithivas, that the imaging and verification has taken significantly longer than expected.  It started yesterday morning, and is still undergoing verification.  The verification is not currently estimated to be done for approximately another 15 hours.  Mr. Krithivas will not be available after 3 PM this afternoon.  He will be leaving for work and not returning until 3/3/26.

Will this affect the intended chain of custody of the image?
Is there any objection to him mailing the external hard drive upon his return on 3/3/26?

Please let me know if we need a call to discuss/resolve.

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Scott Uthe
**Sent:** Friday, February 20, 2026 5:15 PM
**To:** 'Lane Perkins' <Lane@premierlegaltech.com>; Jack Holland <jack@laborwest.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Martin Eyre <martin@premierlegaltech.com>
**Cc:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Timothy Ducar <tducar@azlawyers.com>
**Subject:** RE: Data Imaging - SkyWest

Hi Lane,

Mr. Krithivas estimates that his hard drive has 2.5-3 TB of usable space.  He has not booted it up since 1/26/26, so he cannot currently verify free space.

His mailing address is:  2630 N. Albany Avenue Chicago, IL 60647.

Please let me know if you need any other information.

Regards,

Scott C. Uthe, Esq.

Law Offices of Timothy D. Ducar, PLC

9280 E. Raintree Drive, Suite 104

Scottsdale, AZ  85260

(480) 502-2119 (voice)

(480) 452-0900 (fax)

www.azlawyers.com

Admitted in AZ

---

**From:** Lane Perkins <Lane@premierlegaltech.com>
**Sent:** Friday, February 20, 2026 4:31 PM
**To:** Scott Uthe <suthe@azlawyers.com>; Jack Holland <jack@laborwest.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Martin Eyre <martin@premierlegaltech.com>
**Cc:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Timothy Ducar <tducar@azlawyers.com>
**Subject:** Re: Data Imaging - SkyWest

Let's plan on a 10am CST on the 25th, we will get a drive shipped out to you ahead of time.  Do you know the hard drive size of the computer and available space?  This will help us to give you an estimate on how long the computer will be unable to be used while collection is in process.  Please let us know where to ship the collection drive.


Thank you,

Lane Perkins

ESI & Forensics Operations Manager

Office: (801) 363-9000

Lane@PremierLegalTech.com





eDiscovery ♦  Data Collection ♦ Data Review / Hosting ♦ Legal Review ♦ Production Support ♦ Computer & Mobile Forensics

www.premierlegaltech.com
47 West 200 South (American Plaza III) Suite 101
Salt Lake City, UT 84101

**"YOUR LEGAL SERVICES PARTNER"**

We are pleased to announce that Salt Lake Legal is now Premier Legal Technologies as of May 1, 2023

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination, or distribution of this message by unintended recipients is prohibited.

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Friday, February 20, 2026 3:03 PM
**To:** Jack Holland <jack@laborwest.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Martin Eyre <martin@premierlegaltech.com>
**Cc:** Lane Perkins <Lane@premierlegaltech.com>; Jonathan Thorne <Jonathan@utahjobjustice.com>; Timothy Ducar <tducar@azlawyers.com>
**Subject:** RE: Data Imaging - SkyWest

All,

Mr. Krithivas is available February 23rd-25th from 9am-6pm CST.  He prefers the image be created remotely.
His computer is a Windows based desktop PC.

Please let me know what day/time works best.

Regards,


Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Jack Holland <jack@laborwest.com>
**Sent:** Friday, February 20, 2026 1:11 PM
**To:** Zach T. Burford <ZTBurford@hollandhart.com>; Martin Eyre <martin@premierlegaltech.com>
**Cc:** Lane Perkins <Lane@premierlegaltech.com>; Jonathan Thorne <Jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>; Timothy Ducar <tducar@azlawyers.com>
**Subject:** RE: Data Imaging - SkyWest

All,

Mr. Moussaron is available between 8:00am to 6:00pm daily, between February 23 and February 27, to meet at the Starbucks located at 724 Central Ave E, St. Michael, MN 55376.

Martin/Lane, please let us know what date/time works for you and I will confirm with Mr. Moussaron.

Thank you,

Jack Holland
SCHOLNICK THORNE HOLLAND
705 Second Ave, Suite 1100
Seattle, WA 98104
406-546-6962
jack@laborwest.com
LaborWest.com

NOTICE OF CONFIDENTIALITY: This email is intended for the recipient only and may contain confidential or privileged information.  If you are not an intended recipient, please do not read the email and delete it.

---

**From:** Zach T. Burford <ZTBurford@hollandhart.com>
**Sent:** Friday, February 20, 2026 11:44 AM
**To:** Martin Eyre <martin@premierlegaltech.com>
**Cc:** Lane Perkins <Lane@premierlegaltech.com>; Jonathan Thorne <Jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>; Timothy Ducar <tducar@azlawyers.com>; Jack Holland <jack@laborwest.com>
**Subject:** RE: Data Imaging - SkyWest

Martin and Counsel,

Now that Judge Nuffer has entered the attached order on evidence preservation and imaging, we can begin coordinating the forensic imaging of Defendants' devices as directed by the Court. Martin/Lane, please review the attached order carefully and provide it to any other technician who will be participating in the imaging. It includes the scope of the engagement, protocols for imaging, chain-of-custody obligations, and strict confidentiality and non-access requirements.

Per the order, we will need to coordinate the imaging of:
- Defendant Moussaron's personal MacBook laptop, to be imaged locally at this location.
- Defendant Krithivas's desktop computer, which I understand we will make an effort to image locally.

Counsel, could you please provide available dates and times that your clients are available to cooperate with the imaging? If we need to set up a call to discuss and work through logistics, please let me know.

Additionally, please copy counsel for all parties on communications for this issue. Thanks,

Zach

**Zach Burford**
Associate, Holland & Hart LLP
ztburford@hollandhart.com | **T:** (801) 799-5718
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Martin Eyre <martin@premierlegaltech.com>
**Sent:** Friday, February 13, 2026 12:28 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Lane Perkins <Lane@premierlegaltech.com>
**Subject:** Re: Data Imaging - SkyWest

**External Email**

All,

This is what I understand as the scope of this project along with what we will do and how we will store the images.

1 - Windows PC that we will do a remote collection on. We will send out and external hard drive with FTK on it and set up a time with the user to be able to log on remotely to start the collection.

Windows Collection
   We use FTK Imager to collect windows PC's
   This process is done in the OS
   The image is created capturing MD5, SHA1, and SHA256 hash values
   If BitLocker enabled the recovery key is backed up prior to collection as that 48 digit key file will be required to unlock the image, as well as image being in a password key protected volume on drive.
   The image itself will be an E01 file format with software encryption enabled.

1 - Mac laptop that we will be onsite to do the collection

Mac Collection:
   We use Cellebrite Digital Collector for Mac collections
   This process is done pre-os and requires the users password to unlock the device drive
   The image is created capturing MD5, SHA1, and SHA256 hash values
   The image itself will be an AFF4 encypted volume which will require users password to unlock as well as be within a password key protected volume on drive.

We will retain the images on external drives in a safe, in our secured facility. You have to access through three locked doors to be able to get to the safe.

We will not do anything with the data unless specified and agreed upon from all three parties.

Please let me know if you need anything else

Thank  you

Martin Eyre
Premier Legal Technologies

801-641-1835

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Friday, February 13, 2026 10:34 AM
**To:** Martin Eyre <martin@premierlegaltech.com>
**Cc:** Timothy Ducar <tducar@azlawyers.com>; Scott Uthe <suthe@azlawyers.com>; Lauren Scholnick <lauren@utahjobjustice.com>
**Subject:** Re: Data Imaging - SkyWest

Martin - Scott and I will give you a call. What is a good number?

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

---

**From:** Martin Eyre <martin@premierlegaltech.com>
**Sent:** Friday, February 13, 2026 9:48 AM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Cc:** Timothy Ducar <tducar@azlawyers.com>; Scott Uthe <suthe@azlawyers.com>; Lauren Scholnick <lauren@utahjobjustice.com>
**Subject:** Re: Data Imaging - SkyWest

Hi Jonathan,

I am available this morning after 1030

Thank you
Martin

Get Outlook for iOS

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Friday, February 13, 2026 9:36:21 AM
**To:** Martin Eyre <martin@premierlegaltech.com>
**Cc:** Timothy Ducar <tducar@azlawyers.com>; Scott Uthe <suthe@azlawyers.com>; Lauren Scholnick <lauren@utahjobjustice.com>
**Subject:** Data Imaging - SkyWest

Martin - I understand you have been in contact with Zach Burford, attorney that represents SkyWest with regard to imaging a couple of devices. I represent one of the individuals who's device will be imaged and I want to discuss your protocol and security. The judge has ordered the devices be imaged but securely retained by an expert and NOT shared with SkyWest or anyone at this time. In other words the imaging is strictly for preservation purposes and no review, analysis, indexing, or access whatsoever will occur on his device without further court order. Also we would like to know the chain-of-custody procedures, hashing (e.g., SHA-256), encryption at rest/in transit, and secure storage by your company.

Are you free for a call this morning? And if so I'd like to get one of the other Defendants attorneys on the call, so let us know your availability.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is

strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.