Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (Pro Hac Vice)
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
Telephone:(801) 359-4169
Facsimile: (801) 359-4313
email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

## SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **DECLARATION OF DANIEL MOUSSARON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER PROTOCOL FOR FORENSIC SEARCH (DKT. 63)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Daniel Moussaron, declare as follows:

1.      I am a Defendant and Counterclaim Plaintiff in this action. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Enter Protocol for Forensic Search of Defendants' Devices (ECF No. 63). I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2.      The device that SkyWest asks the Court to permit its neutral expert to search is my personal Apple MacBook Air, which was forensically imaged in February 2026 pursuant to the Court's Preservation Order (ECF No. 43). It is my personal computer. It is not a SkyWest-issued device.

3.      That computer contains extensive personal, private, and commercially sensitive information wholly unrelated to this litigation. It holds the ordinary contents of a personal computer: my private conversations, personal email, family and personal photographs, financial records, and similar personal files. It also contains business records including confidential and trade-secret material. Much of this information resides on the same drive that SkyWest's proposed keyword search would run against in its entirety, including unallocated space.

4.      Since the image occurred after litigation started, the computer also contains attorney-client communications and attorney work product material. Those materials are organized within a folder on the computer at the path "Documents/SkyWest/Litigation/…." SkyWest's proposed search terms (Motion, Exhibit A) expressly target that path.

5.      The computer also contains the internal records and communications of the union organizing campaign, including the identities of pilots who supported the campaign, their responses to the campaign's interest polls, and communications among organizers.

I declare under penalty of perjury under the laws of the United States of America and the State of Utah that the foregoing is true and correct.

Executed this 17th day of July, 2026.

/s/ Daniel Moussaron
Daniel Moussaron