Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

## SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **DECLARATION OF VIKAAS KRITHIVAS** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

I, Vikaas Krithivas, declare as follows:

I, Vikaas Krithivas, am a named Defendant in this case.

I am competent to testify as to the facts within this Declaration. If called as a witness to testify I could and would testify consistently to the statements herein.  I am of lawful age and upon first-hand knowledge, state to the Court as follows:

1.       I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Enter Protocol for Forensic Search of Defendants' Devices (ECF No. 63). I have personal

knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2.     The archived image that SkyWest asks the Court to permit its neutral expert to search is from my personal computer, which was forensically imaged in February 2026 pursuant to the Court's Preservation Order (ECF No. 43). It is from my personal computer, not a SkyWest-issued device, and I did not use it for SkyWest work.

3.     That computer contains extensive personal and private information wholly unrelated to this litigation. It holds the ordinary contents of a personal computer: my private conversations, personal email, family and personal photographs, financial records, tax records, and similar personal files. This information resides on the same image that SkyWest's proposed keyword search would run against in its entirety, including unallocated space.

4.     I did not use the computer between January 26, 2026 and when it was imaged on February 26, 2026.

5.     In response to SkyWest discovery requests, I searched my computer for copies of any documents asked for, and provided copies of everything I found.

6.     My grandmother was hospitalized June 18 and later passed away on June 26. Her funeral was June 30.

7.     On April 6, 2026, while working for American Airlines, I was placed on Administrative Leave by the American Airlines Chief Pilot and told there would be a hearing regarding my employment to be held on April 10, 2026. I was told the reason was related to prior work history and not anything to do with disciplinary or performance issues.

8.     After being placed on Administrative Leave, I contacted the Allied Pilots Associate (APA) for assistance.

9.    I was assisted by William Brynjolfsson, LAX Domicile Chair, Tim Dick, LAX Vice Chair, and Tricia Kennedy, Director of Disputes, all from APA.

10.    Their assistance included an investigation into why I was placed on Administrative Leave and what was going to occur at the hearing and why.

11.    On April 9, 2026, I was informed by my APA representatives that American Airlines was very likely going to terminate my employment at the April 10th hearing. The only reason given was the Complaint that SkyWest filed in this action. I was told that American Airlines did not intend to ask me any questions at the hearing. At that time, I had no idea that SkyWest's General Counsel, Dale Hansen had sent a copy of the Complaint to an attorney at American Airlines. See Exhibit A.

12.    I was told that if I wanted to protect my professional pilot career and avoid an adverse entry in my FAA Pilot Record showing that I had been terminated by American Airlines, that I should consider resigning before I was terminated.

13.    I had wanted to have a long career at American Airlines and did not want to resign, but decided that I had no other viable option in order to protect my future prospects as a pilot.

14.    I resigned from American Airlines before the scheduled meeting on April 10, 2026.

I declare under penalty of perjury under the laws of the United States and the States of Utah and Illinois that the foregoing is true and correct.

Executed this 17th day of July, 2026, at _CHICAGO_, _IL_.

_Vikaas Krithivas_