Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (Pro Hac Vice)
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
Telephone:(801) 359-4169
Facsimile: (801) 359-4313
email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>      Plaintiff and Counterclaim Defendant<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>      Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>      Defendant. | **DEFENDANT MOUSSARON'S OPPOSITION TO PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING REQUESTS FOR PRODUCTION NOS. 7, 25, AND 26 (DKT. 69)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant Daniel Moussaron opposes SkyWest's motion (Dkt. 69), which, as with other SkyWest's simultaneous discovery Motions, is premature. In its July 8, 2026 email, SkyWest itself set July 17th for Moussaron's amended responses, at which time Moussaron promised amended responses and a privilege log. Nonetheless, on July 10th, SkyWest filed this Motion, on the very communications the parties were conciliating.

## ARGUMENT

1.    **SkyWest misstates the record.** Moussaron has produced more than "only a single Teams calendar invite." Defendants produced his texts with Krithivas (Krithivas 000001–000033). But, after conducting a search of the relevant Microsoft 365 tenant, there are no responsive Teams messages and no script or code transmitted via Teams. Moussaron cannot be compelled to produce non-existent documents and has explained that to SkyWest. He has further explained his objection producing the confidential union organizing information. He is not concealing anything else.

2.    **What SkyWest seeks is not in Moussaron's control.** The Organizing Committee's Telegram communications are not in Moussaron's possession, custody, or control. This is because he lost access to them when SkyWest fired him. Additionally, his email transmitting contact information to ALPA representative Ron Rindfleisch was from an email account (Migadu) that lapsed when he did not renew it on about January 13, 2026, before this action, and is inaccessible.[1]

3.    **The remaining communications are protected.** RFP 7 seeks all communications "regarding . . . (c) union organizing at SkyWest;" on every platform, like Teams, WhatsApp, iMessage, etc., for the Relevant Period encompassing a months-long campaign involving hundreds of participants. However, the only responsive material Moussaron has in his possession is the mass union interest text poll responses (from the Dec. 9, 2025 mass text), and DMS database that contains the internal organizing-committee strategy communications and union organizing communications with pilots. SkyWest seek information that is wholly irrelevant, protected by the Railway Labor Act (45 U.S.C. § 152, Fourth), First

---

[1] As SkyWest knows, after this lawsuit began, Moussaron attempted to reinstate the account and recover the data but was told it was too late. Rindfleisch has the email.

2

Amendment associational privilege, and by Fed. R. Civ. P. 26(c)(1)(G), which is fully discussed in his Opposition to the Protocol Motion. (Dkt. 77).

4.   **Moussaron is not withholding wholesale.** On RFP 25, Moussaron offered to produce (and is producing) the Rindfleisch text messages concerning the data transmission. The other text messages between Rindfleish are related to union organizing and strategy, unrelated to SWOL data. SkyWest has ignored that offer. Regarding RFP 26, the transmitted files were only attachments to the now-inaccessible email.

Moussaron respectfully requests that the Court deny the motion.

DATED this 17th day of July, 2026.

**SCHOLNICK THORNE HOLLAND**

*/s/ Jonathan K. Thorne*
Jonathan K. Thorne
Lauren I. Scholnick
John Holland
*Attorneys for Defendant and Counterclaim Plaintiff*
*Daniel Moussaron*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of July, 2026, I electronically transmitted the attached **DEFENDANT MOUSSARON'S OPPOSITION TO PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING REQUESTS FOR PRODUCTION NOS. 7, 25, AND 26 (DKT. 69)** to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachary T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.


Scott Uthe, suthe@azlawyers.com
Tim Ducar, tducar@azlawyers.com
Attorneys for Defendant Vikaas Krithivas


*/s/Jonathan K. Thorne*