Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (Pro Hac Vice)
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
Telephone:(801) 359-4169
Facsimile: (801) 359-4313
email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **DEFENDANT MOUSSARON'S OPPOSITION TO PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING DEFENDANT MOUSSARON'S WITHHOLDING OF IDENTITIES OF RELEVANT INDIVIDUALS (DKT. 71)** <br><br> **ORAL ARGUMENT REQUESTED** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Defendant Daniel Moussaron opposes SkyWest's premature Motion (Dkt. 71), which seeks the one category of information most clearly protected, the names of the employees who participated in a union organizing campaign.

## ARGUMENT

1.      **SkyWest already has the substance; it seeks only names.** Interrogatories 7, 12, and 16 and RFP 16 ask Moussaron to identify, by name, the individuals who participated in the

organizing campaign by making outreach calls to gauge union interest (Int. 16; RFP 16) and with whom Moussaron discussed using SWOL directory for creating the contact lists for that outreach. (Int. 12). To be plain, Moussaron has already responded that: 1) the callers were Organizing Committee members and 2) the calls were made using the DMS call queue. Additionally, in response to Interrogatory No. 12, Moussaron provided the roles of two individuals with whom he discussed obtaining and using the SWOL data for the organizing drive and how and when those discussions took place. He has only withheld the participants' names.

2.      **SkyWest has already been denied this information in subsequent litigation.** In *Association of Flight Attendants-CWA v. SkyWest, Inc.*, No. 2:23-cv-00723, the Court denied SkyWest's discovery and protected the identities of flight attendants who had not publicly disclosed their union support. (Dkt. 77-7). Here, SkyWest seeks these exact, previously denied identities, those who have supported the union but who are not known to SkyWest.

3.      **The privilege prohibits this identification.** The names of the employees who participated in the labor union organizing campaign or who supported the union are protected under the RLA, and Fed. R. Civ. P. 26(c)(1)(G). Further, the First Amendment associational privilege protects such associational information and prevents the courts from ordering disclosure. This is because compelling such disclosure to the employer-carrier would chill protected association of employees with a chosen labor representative. *Grandbouche v. Clancy*, 825 F.2d 1463 (10th Cir. 1987); *NAACP v. Alabama*, 357 U.S. 449 (1958). An employer's discovery seeking the identities of employees who joined a union independently violates federal labor law.[1] *Dilling Mech. Contractors, Inc.*, 357 NLRB No. 56 (2011).[2] The harm is not

---

[1] See Dkt. 34 pgs. 6-9 for additional briefing.
[2] The Supreme Court often looks to the National Labor Relations Act (NLRA) to interpret the RLA. See Dkt. 34, n. 14, pp. 8-10 for citations.

hypothetical as SkyWest has fired  Moussaron for his union organizing efforts. More fully explained in Dkt. 77.

Moussaron respectfully requests that the Court deny the motion.

DATED this 17th day of July, 2026.

**SCHOLNICK THORNE HOLLAND**

*/s/ Jonathan K. Thorne*
Jonathan K. Thorne
Lauren I. Scholnick
John Holland

*Attorneys for Defendant and Counterclaim Plaintiff*
*Daniel Moussaron*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of July, 2026, I electronically transmitted the attached **DEFENDANT MOUSSARON'S OPPOSITION TO PLAINTIFF'S SHORT-FORM DISCOVERY MOTION REGARDING DEFENDANT MOUSSARON'S WITHHOLDING OF IDENTITIES OF RELEVANT INDIVIDUALS**

to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachary T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.


Scott Uthe, suthe@azlawyers.com
Tim Ducar, tducar@azlawyers.com
Attorneys for Defendant Vikaas Krithivas


*/s/ Jonathan K. Thorne*