Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **(PROPOSED) ORDER DENYING DEFENDANT KRITHIVAS' SHORT-FORM DISCOVERY MOTION TO COMPEL RESPONSES AND PRODUCTION TO REQUESTS FOR PRODUCTIONS NOS. 6-9, 11, AND 12 (DKT. 74)** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Having reviewed Defendant Krithivas' Short-Form Discovery Motion to Compel Responses and Production to Requests for Productions Nos. 6-9, 11, and 12 (Dkt. 74) ("Motion"), and Plaintiff's opposition thereto, and for good cause appearing, IT IS HEREBY ORDERED that Defendant Krithivas' Motion is denied.

Dated this _____ day of July, 2026.

_____
Magistrate Judge Paul Kohler

38724525_v1