Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>　　　Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>　　　Defendant. | **(PROPOSED) ORDER DENYING DEFENDANT KRITHIVAS' SHORT-FORM DISCOVERY MOTION TO COMPEL COMPLETE ANSWERS TO INTERROGATORIES NOS. 8-10 (DKT. 73)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Krithivas' Short-Form Discovery Motion to Compel Complete Answers to Interrogatories Nos. 8-10 (Dkt. 73) ("Motion"), and Plaintiff's opposition thereto, and for good cause appearing, IT IS HEREBY ORDERED that Defendant Krithivas' Motion is denied.

Dated this _____ day of July, 2026.

2

_____
Magistrate Judge Paul Kohler

38724471_v1

2