Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO DEFENDANT VIKAAS KRITHIVAS' MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE COUNTERCLAIM AND JOIN DALE HANSEN** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Having reviewed Plaintiff's Motion for Leave to File Overlength Opposition to Defendant Vikaas Krithivas' Motion to Amend Scheduling Order and for Leave to File Counterclaim and Join Dale Hansen ("Motion"), and for good cause appearing, IT IS HEREBY ORDERED that the Motion is granted, and SkyWest may file an overlength Opposition to Defendant Krithivas'

2

Motion to Amend Scheduling Order and for Leave to File Counterclaim and Join Dale Hansen totaling 30 pages or 8,000 words.

Dated this _____ day of July, 2026.

_____

Magistrate Judge Paul Kohler

38713956_v1