# EXHIBIT A

| | |
|---|---|
| **From:** | Zach T. Burford |
| **To:** | Scott Uthe; Jonathan Thorne |
| **Cc:** | Greg Saylin; Lauren Scholnick; Jack Holland |
| **Subject:** | RE: Revised Stipulation to Amend Schedule - Streamlined at SkyWest"s Request |
| **Date:** | Wednesday, July 8, 2026 11:19:18 AM |
| **Attachments:** | 20260702 Stipulated Motion to Amend Schedule streamline draft (redline).docx |
| | 20260702 Proposed Order (redline).docx |

Scott,

I'm attaching our proposed revisions to the joint motion to amend and proposed order. Please let us know if you have any questions/additional revisions or if you would like to discuss.

Thanks,
Zach

**Zach Burford**
Associate, Holland & Hart LLP

ztburford@hollandhart.com | **T:** (801) 799-5718

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Thursday, July 2, 2026 1:21 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Cc:** Greg Saylin <GMSaylin@hollandhart.com>; Lauren Scholnick <lauren@utahjobjustice.com>; Jack Holland <jack@laborwest.com>
**Subject:** Revised Stipulation to Amend Schedule - Streamlined at SkyWest's Request

**External Email**

Good afternoon Zach,
Per our discussion today, please review and provide edits or approve esigning the attached Stipulated Motion.

The proposed Pleading has been revised in label only, in that it is more accurately a Counterclaim against SkyWest and Third Party Complaint against Hansen.

Regards,


Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **STIPULATED MOTION FOR ENTRY OF ORDER GRANTING LEAVE FOR KRITHIVAS TO FILE COUNTERCLAIM AGAINST SKYWEST AIRLINES, INC.**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to Rules 15(a)(2) of the Federal Rules of Civil Procedure, Defendant Vikaas Krithivas ("Krithivas"), Defendant and Counterclaim Plaintiff Daniel Moussaron ("Moussaron") and Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest") (Collectively "Parties"), through their respective counsel, stipulate to the entry of an Order granting Krithivas leave to file its Counterclaim against SkyWest Airlines, Inc. attached hereto as Exhibit A.

The Parties agree that no Party waives any rights or defenses as a result of this stipulated motion and/or the Counterclaim, including without limitation the right to file a motion to dismiss or any other dispositive motion in response to the Counterclaim.

DATED this ___ day of July, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

**SCHOLNICK THORNE HOLLAND**

By /s/ Jonathan K. Thorne (signed with permission)
Jonathan K. Thorne
Attorney for Defendant and Counterclaim Plaintiff
Daniel Moussaron

**HOLLAND & HART LLP**

By: _____
Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

Attorneys for Plaintiff and Counterclaim Defendant
SkyWest Airlines, Inc.

2

## CERTIFICATE OF SERVICE

I certify that on the _____th day of June, 2026, I electronically transmitted the attached Stipulated Motion to Amend Scheduling Order and for Leave to File Counterclaims and Join Dale Hansen as Counterclaim Defendant to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan Thorn, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe

3

Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **[PROPOSED] ORDER GRANTING LEAVE FOR KRITHIVAS TO FILE COUNTERCLAIM AGAINST SKYWEST AIRLINES, INC.** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

The Court, having considered the Parties' Stipulated Motion for Order Granting Leave for Krithivas to File Counterclaim against SkyWest Airlines, Inc. (the "Motion"), and good cause appearing, the COURT HEREBY grants Krithivas leave to file its Counterclaim against SkyWest Airlines, Inc.  The Court further FINDS that no Party waives any rights or defenses as a result of the Motion and/or the Counterclaim, including without limitation the right to file a motion to dismiss or other dispositive motion in response to the Counterclaim.

The Counterclaim attached as Exhibit A to the Motion shall be deemed filed as of the date of entry of this Order. Counterclaim Defendant SkyWest Airlines, Inc. shall answer or otherwise respond to the Counterclaims within twenty-one (21) days after entry of this Order, unless otherwise agreed by the parties or ordered by the Court.

SO ORDERED this _____ day of _____, 2026.

_____
DAVID NUFFER
United States District Judge

2