# EXHIBIT A

Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **AMENDED NOTICE OF DEPOSITION OF DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL MOUSSARON** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

NOTICE IS HEREBY GIVEN that Plaintiff and Counterclaim Defendant SkyWest

Airlines, Inc., will take the deposition of Defendant and Counterclaim Plaintiff Daniel

Moussaron on August 26, 2026, commencing at 9:30 a.m. (Mountain), at the offices of Holland

& Hart located at 222 S. Main Street, Suite 2200, Salt Lake City, UT  84101, and continuing

thereafter from day to day until completed or adjourned. This deposition will be taken in person

upon oral examination before a certified shorthand reporter and notary public, will be recorded

by stenographic means and by video and/or audio recording, and will be conducted pursuant to

the Federal Rules of Civil Procedure and the District of Utah's Local Civil Rules.

Dated this 22nd day of July, 2026.

HOLLAND & HART LLP


/s/ Tyson C. Horrocks
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant*
*SkyWest Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2026, I caused a true and correct copy of the foregoing **AMENDED NOTICE OF DEPOSITION OF DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL MOUSSARON** to be served via email on counsel of record as follows:

Jonathan K. Thorne
Lauren I. Scholnick
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
jonathan@utahjobjustice.com
lauren@utahjobjustice.com

John E. Holland *(Admitted Pro Hac Vice)*
jack@laborwest.com

*Attorneys for Defendant Daniel Moussaron*

Timothy D. Ducar
Scott C. Uthe *(Admitted Pro Hac Vice)*
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
tducar@azlawyers.com
suthe@azlawyers.com
orders@azlawyers.com

*Attorneys for Defendant Vikaas Krithivas*

/s/ Tyson C. Horrocks

38725967_v1

3

Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **AMENDED NOTICE OF DEPOSITION OF DEFENDANT VIKAAS KRITHIVAS** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

NOTICE IS HEREBY GIVEN that Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc., will take the deposition of Defendant Vikaas Krithivas on September 3, 2026, commencing at 9:30 a.m. (Mountain), at the offices of Holland & Hart located at 222 S. Main Street, Suite 2200, Salt Lake City, UT 84101, and continuing thereafter from day to day until completed or adjourned. This deposition will be taken in person upon oral examination before a certified shorthand reporter and notary public, will be recorded by stenographic means and by

video and/or audio recording, and will be conducted pursuant to the Federal Rules of Civil

Procedure and the District of Utah's Local Civil Rules.

Dated this 22nd day of July, 2026.

HOLLAND & HART LLP

/s/ Tyson C. Horrocks
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2026, I caused a true and correct copy of the foregoing **AMENDED NOTICE OF DEPOSITION OF DEFENDANT VIKAAS KRITHIVAS** to be served via email on counsel of record as follows:

Jonathan K. Thorne
Lauren I. Scholnick
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
jonathan@utahjobjustice.com
lauren@utahjobjustice.com

John E. Holland *(Admitted Pro Hac Vice)*
jack@laborwest.com

*Attorneys for Defendant Daniel Moussaron*


Timothy D. Ducar
Scott C. Uthe *(Admitted Pro Hac Vice)*
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
tducar@azlawyers.com
suthe@azlawyers.com
orders@azlawyers.com

*Attorneys for Defendant Vikaas Krithivas*

*/s/ Tyson C. Horrocks*

38725939_v1

3