Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>     Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>     Defendant. | **[PROPOSED] ORDER GRANTING JOINT EXPEDITED SHORT FORM DISCOVERY MOTION FOR PROTECTIVE ORDER AND TO STAY NOTICED DEPOSITIONS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The Court has reviewed Defendants Daniel Moussaron and Vikaas Krithivas's Joint Expedited Short Form Discovery Motion for Protective Order and to Stay Noticed Depositions.

For good cause shown, IT IS ORDERED:

1.      The Motion is **GRANTED**.

2.      The depositions noticed for Daniel Moussaron on August 26, 2026, and Vikaas Krithivas on September 3, 2026, are stayed until their method and place are resolved in accordance with this Order.

3.      SkyWest may depose both Defendants remotely on the previously noticed dates, with each Defendant appearing by secure videoconference from a location of his choosing that permits an orderly deposition.

4.      Alternatively, Krithivas and SkyWest may agree to conduct Krithivas's deposition in person in Chicago, Illinois; Phoenix, Arizona; or another mutually acceptable location.

5.      Moussaron's deposition will proceed remotely unless Moussaron affirmatively agrees to another method or location. Moussaron is not required to appear for an in-person deposition in Minnesota or Utah.

6.      Neither Defendant is required to appear at Holland & Hart's Salt Lake City office under the existing Amended Notices.

7.      Each deposition is limited to one day of seven hours unless the parties stipulate or the Court orders otherwise.

8.      SkyWest must serve amended deposition notices consistent with this Order.

DATED this ___ day of _____ 2026.

BY THE COURT

_____
Judge Paul Kohler
United States Magistrate Judge

2