IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>    Defendants. | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer |

This matter is before the Court on Plaintiff's Motion for Leave to Overlength Opposition to Defendant Vikaas Krithivas's Motion to Amend Scheduling Order and for Leave to File Counterclaim and Join Dale Hansen.[1] Having considered the Motion and Defendant's Response, the Court will deny the Motion. While the Court appreciates Plaintiff's interest in addressing all relevant issues in its Opposition, the Court believes that Plaintiff's futility arguments are better addressed in a Rule 12(b) motion rather than its response to Defendant's Motion.[2] It is therefore

ORDERED that Plaintiff's Motion (Docket No. 84) is DENIED.

DATED this 27th day of July, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 84, filed July 23, 2026.

[2] *Gen. Steel Domestic Sales, LLC v. Steelwise, LLC*, No. 07-cv-01145-DME-KMT, 2008 WL 2520423, at *4 (D. Colo. June 20, 2008) (recognizing that a futility argument under Rule 15(a) effectively places "the cart before the horse").