Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO FILE ITS OPPOSITION TO DEFENDANT KRITHIVAS'S MOTION FOR LEAVE TO AMEND SCHEDULING ORDER AND TO FILE COUNTERCLAIM AND JOIN DALE HANSEN** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest"), by and through undersigned counsel, hereby moves this Court to extend the time for SkyWest to file its Opposition to Krithivas's Motion for Leave to Amend the Scheduling Order and File Counterclaim and Join Dale Hansen ("Opposition") by 24 hours and enter the accompanying proposed order. In support thereof, the parties state as follows:

1.    On July 10, 2026, Krithivas field his Motion to Amend Scheduling Order and to File Counterclaim and to Join Dale Hansen ("Motion") (Dkt. No. 68). SkyWest's current deadline to respond to the Motion is July 27, 2026.

2.    On July 23, 2026, SkyWest filed its Motion for Leave to File Overlength Opposition to Defendant Krithivas's Motion (Dkt. No. 84).

3.    On July 27, 2026, this Court entered its Order denying SkyWest's Motion for Leave to File an Overlength Opposition to Krithivas's Motion. Dkt. No. 88, Order; Dkt. No. 84, Motion for Leave.

4.    In order to revise its Opposition to conform with the Court's ruling, SkyWest conferred with counsel for Krithivas and requested an additional twenty-four (24) hours to file and serve its Opposition.

5.    Counsel for Krithivas had no objection to SkyWest's request for an additional 24 hours.

6.    This request is made in good faith and not for purposes of delay.

7.    SkyWest respectfully requests that the Court enter the proposed Order attached hereto.

2

WHEREFORE, SkyWest respectfully requests that the Court enter the proposed order filed herewith.

Dated this 27th day of July, 2026.

HOLLAND & HART LLP

/s/ Tyson C. Horrocks
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*