Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO FILE OPPOSITION TO MOTION FOR LEAVE TO AMEND** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Having reviewed the Unopposed Motion for Extension of Time for SkyWest to File its Opposition to Krithivas's Motion for Leave to Amend Scheduling Order and for Leave to File Counterclaim and Join Dale Hansen ("Stipulated Motion"), IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED. SkyWest's Opposition to Krithivas's Motion for Leave to

2

Amend Scheduling Order and for Leave to File Counterclaim and Join Dale Hansen is now due on or before July 28, 2026.

Dated this _____ day of July, 2026.

_____
Magistrate Judge Paul Kohler

38816770_v1

2