# EXHIBIT B

← Ⓓ Daniel M SLW ALPA OC  📞  ⋮

\*\*\*\*\*

Very very very different than clicking a button on the homepage 😝

Yup that's the one LOL

Yeah that's what reassures me that there's little to 0 case on this compared to literally accessing stuff he wasn't supposed to be able to see

Exactly. And they were fired that's all

Also considering it was to get voting data it's a little different than contact info LOL

They were suing OO and SIA for wrongful termination

OO hitting them with a countersuit is such an asshole move lmao

Obviously... but even for that, they weren't ever going to do anything more than terminate them

↓

SIA and SAPA are already in hot waters I

⊕  Text message          ☺  🖼  ⑅

 D  Daniel M SLW ALPA OC

Obviously... but even for that, they weren't ever going to do anything more than terminate them

SIA and SAPA are already in hot waters I think with the DOL and the NMB

Fair enough, yeah they got an uphill battle for sure and knowing you got ALPAs full backing reassures me haha

They got good lawyers if need be 😂😂😂

Friday, Jan 16 • 19:09

Sending with <u>Verizon</u>

Monday, Jan 26 • 22:11

Hey man, received a cease and desist from OO via email today.

dissemination, or retention of the confidential data, including but not limited to the telephone numbers, home addresses, and any other SkyWest confidential information in your possession.

2. Preserve all copies of the confidential data in your possession, custody, or control, including any backups, derivatives, analyses, or materials containing SkyWest information. Do not delete, alter, destroy, or further disclose any such data.

3. Make all your computer systems, devices, storage media, and accounts that may contain SkyWest confidential information (including but not limited to personal computers, servers, cloud storage, email accounts, and mobile devices) available for a full forensic inspection by a qualified cyber analyst designated by SkyWest. This inspection must occur within 10 days of receipt of this letter, at a mutually agreeable time and location, and you must provide full acce_____ _____peration.

Text message

Krithivas 000022

 D   Daniel M SLW ALPA OC  

• Seeking a court order for the immediate seizure and examination of your computer.

RCS chat with Daniel

Intimidation. Got one too. And terminated as SkyWest does best.

Let me finish this meeting and I'll call you if that works?

22:13

Did you just get that now?

Texting with Daniel (SMS/MMS)

Gotcha. Currently airborne and yeah, received about 5 minutes ago.

Won't be on the ground for a bit, what's your representation at ALPA suggesting?

RCS chat with Daniel

Ok. They asked me about things. I declined to answer questions. Thus their letter. It's intimidation in any case. I'll need to reach out to Ron

Texting with Daniel (SMS/MMS)

I see, I'll call you on the ground, probably in about an hour and a half or so

 Text message  

Krithivas 000023

 ← D Daniel M SLW ALPA OC 📞 ⋮

Okay that works.

Is ALPA in a position to provide representation to you and me in this? Sorry to keep asking questions but obviously wasn't quite expecting this

RCS chat with Daniel

No worries. I was not expecting to be ambushed either. I wrote Ron but obviously it's late

So I won't hear back from him until tomorrow

Texting with Daniel (SMS/MMS)

Makes sense.

If Ron gets back to you let me know what he says.

RCS chat with Daniel

Wilco

Texting with Daniel (SMS/MMS)

Tuesday, ↓ • 00:05

⊕ Text message ☺ 🖼 �𝚒𝚕𝚒

Krithivas 000024

 D  Daniel M SLW ALPA OC  📞  ⋮

Texting with Daniel (SMS/MMS)

Tuesday, Jan 27 • 00:05

Just landed, I'll give you a ring in a few minutes once I'm off the airplane!

Tuesday, Jan 27 • 11:16

RCS chat with Daniel

I'll have a call with ALPA and their council tonight. Ron didn't say much. He simply wanted information at this point.

Texting with Daniel (SMS/MMS)

Sounds good. Give me a call after that ALPA meeting.

RCS chat with Daniel

Will do!

Tuesday, Jan 27 • 15:57

They can only do tomorrow at 15:30.
I'll let you know what c____ of it then.
I was hoping they'd be able to meet



 Text message

Krithivas 000025



Tuesday, Jan 27 • 15:57

They can only do <u>tomorrow at 15:30</u>.
I'll let you know what comes of it then.
I was hoping they'd be able to meet
tonight :(

Texting with Daniel (SMS/MMS)

Gotcha. Did they have any other updates or
info? If not no worries, call me after that
meeting with them tomorrow!

The Executive Council is going on right now
or something so they were super busy. He
didn't say much other than he wasn't
surprised.

Tuesday, Jan 27 • 18:24

RCS chat with Daniel

I got a call from their law firm today. I simply
said my council will follow up with them and
that I cannot make any comments. They are
pushing for a "cooperation" obviously

↓

Texting with ___ (SMS/MMS)

⊕  Text message  ☺  🖼  ᯤ

 **Daniel M SLW ALPA OC**

I got a call from their law firm today. I simply said my council will follow up with them and that I cannot make any comments. They are pushing for a "cooperation" obviously

Texting with Daniel (SMS/MMS)

Received the same call, and said the same thing!

RCS chat with Daniel

Right on. Let's chat tomorrow after the ALPA call?

Texting with Daniel (SMS/MMS)

Rgr, works for me!

Just curious, is your personal attorney in the loop now with all this? Or are you thinking you'll hold out for ALPA council?

Wednesday, Jan 28 • 12:12

RCS chat with Daniel

Not yet. Waiting to see what ALPA will do.

Text message

Krithivas 000027

 ←    D    Daniel M SLW ALPA OC    📞    ⋮

Wednesday, Jan 28 • 12:12

RCS chat with Daniel

Not yet. Waiting to see what ALPA will do.

Did you get Chip's email to the pilots?

Texting with Daniel (SMS/MMS)

Makes sense. And no, what did he send? Did you get it?

RCS chat with Daniel

No but it was sent to me. I'll forward



It's a clear intimidation and RLA violation in my eyes

Lol yeah the CEO sent this email to everyone:

"January 26, 2026 2030 MT

At SkyWest, we pride ourselves on integrity, excellence, and respect. Our people are expected to operate w ↓ e highest standards and an unwavering commitment

Text message    ☺    🖼    🎙

Krithivas 000028

It's a clear intimidation and RLA violation in my eyes

Lol yeah the CEO sent this email to everyone:

"January 26, 2026 2030 MT

At SkyWest, we pride ourselves on integrity, excellence, and respect. Our people are expected to operate with the highest standards and an unwavering commitment to doing right by each other and our customers, no matter the circumstances or environment.
We recently became aware that two now-former pilots' actions trampled on these values, violating our company policies and, more importantly, your trust. Their actions serve as an appalling reminder of the lengths to which certain organizations and interests will go to gain access to our people. In this case, they went as far as unethically and unlawfully stealing your information in the hopes of reaching and influencing you.
We have no tolerance for the actions of these individuals, which are in direct conflict with our values and violate the

⊕ Text message  ☺ 🖼 �␣

Krithivas 000029

We have no tolerance for the actions of these individuals, which were in direct conflict with our values and violate the critical trust we know our employees put in each other as colleagues and teammates. Specifically, they gained unauthorized access to and downloaded pilot contact information that was not accessible to line pilots or any employee through normal processes, even after completing multi-factor SkyWest Online login. That information consisted of names, addresses, and phone numbers. I want to be clear that, based on our investigation, no additional personal identifiable information, such as social security numbers, dependents, or otherwise, was accessed.

I also want to personally apologize to you. While this contact information was not easily available and took extensive effort and manipulation to retrieve, they should never have been able to access it. We have responded swiftly and aggressively:

Our IT team has implemented additional security measures to prevent this from happening in the future.

For those who have been contacted by an unauthorized person o anization as a result of this violation, ave created a

Text message



← D  Daniel M SLW ALPA OC  📞  ⋮

unauthorized person or organization as a result of this violation, we have created a portal (https://www.skywestonline.com/OO/report -unauthorized-contact) for you to report that activity.

This investigation is ongoing, and we will pursue this matter through every legal means possible.

We invest millions of dollars in extensive firewalls to prevent attackers from the outside, and we're shocked and disgusted by this unethical behavior and violation of trust from colleagues prior to their departure.

Our strength as a company comes from our values, the character of our people, and the commitments we make to each other and our customers. We will not tolerate theft of any kind, and we remain committed to protecting our people and your information. Thank you for your continued commitment to each other and for representing SkyWest with character and integrity.

Chip"

Texting with Daniel (SMS/MMS)



Can you PDF the ⬤⬤⬤ial email and send it to me?

⊕  Text message  ☺  🖼  ılıl

 **Daniel M SLW ALPA OC**

Texting with Daniel (SMS/MMS)

Can you PDF the original email and send it to me?

RCS chat with Daniel

I only got a copy, obviously it wasn't sent to me lol

But I can make it a pdf if you like

What's your email?

Texting with Daniel (SMS/MMS)

Nah it's all good

RCS chat with Daniel

Ok

In any case, that email is not good for SkyWest

Wednesday, Jan 28 • 15:06

ALPA's position is "we aren't assured that you didn't violate any company policy or laws and that the sole reason for your

 Text message

Krithivas 000032

 Daniel M SLW ALPA OC

Ok

In any case, that email is not good for SkyWest

Wednesday, Jan 28 • 15:06

ALPA's position is "we aren't assured that you didn't violate any company policy or laws and that the sole reason for your termination was your leadership of the labor organizing campaign so we can't provide council until that is established"

Wednesday, Jan 28 • 16:31

So I'm getting a lawyer involved who's specialized in airline employment law. Do you want their contact? In any case, both should communicate I think. You can call me if that's easier

Friday, Jan 30 • 14:32

Do you have the script that was run? I'm trying to show the changes they made

Texting with Daniel (SMS/MMS)



Krithivas 000033