Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>　　　Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>　　　Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO ENTER PROTOCOL FOR FORENSIC SEARCH OF DEFENDANTS' DEVICES PURSUANT TO COURT'S FEBRUARY 18, 2026 PRESERVATION ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-1(a)(7), Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest") respectfully moves the Court for leave to file an overlength Reply in Support of Motion to Enter Protocol for Forensic Search of Defendants' Devices Pursuant to Court's February 18, 2026 Preservation Order (the "Reply"). SkyWest seeks leave to file a modestly overlength Reply of up to 3,750 words, which exceeds the standard 3,100-word limit for a reply memoranda under DUCivR 7-1(a)(4).

Good cause exists for the additional pages as courts have the flexibility to permit longer briefing under these circumstances to allow courts to consider and decide such significant issues on the merits. *See, e.g.*, *Fuja v. City of Woodland Hills*, 2026 U.S. Dist. LEXIS 15836, *8 (D. Utah 2026); *see generally*, *Merce v. Greenwood*, 2006 U.S. Dist. LEXIS 109275, *2 (D. Utah Oct. 18, 2006); *Finneman v. Delta Airlines*, 2021 U.S. Dist. LEXIS 131517, *2 (D. Utah Mar. 11, 2026). Here, the Reply necessarily addresses new arguments and issues raised for the first time in Defendants' Response in Opposition to Motion to Enter Protocol for Forensic Search of Defendants' Devices Pursuant to Court's February 18, 2026 Preservation Order (Dkt. 77). More specifically:

1.      Defendants' Response (Dkt. 77) raises, for the first time in this litigation, a novel First Amendment associational-privilege objection to the discovery sought by SkyWest's forensic protocol motion. This substantial new constitutional argument requires significant reply briefing to adequately address.

2.      In addition to the First Amendment objection, Defendants' Response (Dkt. 77) raises new arguments regarding the scope and propriety of the forensic protocol that were not presented in the parties' prior meet-and-confer process or in any earlier filing, and to which SkyWest is entitled to respond.

The requested 650-word extension is modest and narrowly tailored to address only the new arguments raised in Defendants' Response. Courts routinely grant such modest overlength requests where, as here, the opposing party has introduced new issues that the movant must address in reply. *See, e.g.*, *Vitamins Online, Inc. v. Heartwise, Inc.*, Case No. 2:13-cv-00982-DAK, ECF Nos. 580 & 582 (D. Utah Aug. 31, 2020) (granting motion for leave to file

overlength reply of 25 total pages where party argued the additional pages were "necessary to address the substantial number of legal and factual issues raised in Plaintiff's Opposition.").

SkyWest has diligently sought to be as concise as possible, undertaking multiple drafts to reduce and simplify the Reply. Notwithstanding counsel's good-faith efforts, it has found it impossible to adequately respond to the new arguments raised in Defendants' Response (Dkt. 77) within the standard 3,100-word limitation. Accordingly, good cause exists for granting SkyWest's request to file an overlength Reply of up to 3,750 words. SkyWest respectfully, and with the Court's need for efficiency in mind, seeks approval for its overlength brief.

A proposed order granting SkyWest's request accompanies this motion.

Dated this 29th day of July, 2026.

HOLLAND & HART LLP


/s/ Tyson C. Horrocks
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

38849195_v2

3