Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO ENTER PROTOCOL FOR FORENSIC SEARCH OF DEFENDANTS' DEVICES PURSUANT TO COURT'S FEBRUARY 18, 2026 PRESERVATION ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff's Motion for Leave to File Overlength Reply in Support of Motion to Enter Protocol for Forensic Search of Defendants' Devices Pursuant to Court's February 18, 2026 Preservation Order ("Motion"), and for good cause appearing, IT IS HEREBY ORDERED that the Motion is granted, and SkyWest may file an overlength Reply in Support of

Motion to Enter Protocol for Forensic Search of Defendants' Devices Pursuant to Court's February 18, 2026 Preservation Order totaling no more than 3,750 words.

Dated this _____ day of July, 2026.

_____

Magistrate Judge Paul Kohler

38849497.v1