Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL DISCOVERY CONCERNING THE PARAGRAPH 37 PILOT REPORT AND SOURCE CHAIN (INTERROGATORY NO. 14 AND RFP NO. 17)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 26, 33, 34, and 37 and DUCivR 37-1 to compel complete responses to Interrogatory No. 14 and Request for Production No. 17. The disputed request and response are attached as Exhibit A.

## ARGUMENT

SkyWest relied in Paragraph 37 of its Complaint on an alleged pilot report that organizers knew how to obtain private information through a company "back door." Interrogatory No. 14 asks SkyWest to identify that pilot and describe all communications with the pilot. RFP No. 17

seeks all documents relating to the allegation. SkyWest admits it knows the pilot's identity, but refuses to identify the witness, states only that it had no "direct" communications with the pilot, and limits production to materials supporting its theory.

The issue is not collateral. In a July 27 filing, SkyWest asserted that its January 26 companywide message was sent "in response to complaints from pilots regarding their data having been stolen." Dkt. 90 at 4. But SkyWest has not produced a single pilot complaint predating the January 26 message, the transmission by which SkyWest received the Paragraph 37 report, or documents showing that the reported caller was connected to either Defendant.

Krithivas is entitled to test the source, timing, attribution, authenticity, and accuracy of evidence SkyWest placed in its Complaint and used to justify a companywide accusation. Privacy can be protected by the existing Protective Order and targeted redactions. Privilege and work product do not protect the underlying identity of a fact witness, a preexisting complaint, or nonprivileged facts concerning how the complaint reached SkyWest.

The Court should order SkyWest, within seven days, to: (1) identify the Paragraph 37 pilot, the person who supplied the report to SkyWest, and each intermediary; (2) state when SkyWest received the report, whether it obtained the caller's number, whether the number matched either Defendant, and whether SkyWest confirmed any connection to either Defendant; (3) produce the original report or screenshot, available metadata, transmission chain, communications concerning authenticity or reliability, and documents reflecting either a connection or failure to connect the caller to Defendants; (4) produce documents concerning use of the allegation in the Complaint or January 26 message; and (5) serve amended Rule 34 responses and a privilege log.

## CERTIFICATION

Counsel met and conferred on July 27, 2026, at 12:30 PM Mountain Time, by Zoom. Participants were Tyson Horrocks, Zachary Burford, Jonathan Thorne, Joseph Winters and Scott Uthe. The meeting was preceded by a letter from Krithivas's counsel dated July 21 listing detailed discovery deficiencies.  An email documenting the meeting was sent to SkyWest's Counsel on July 27, 2026.  SkyWest's Counsel responded via email on August 3, confirming that SkyWest would not timely supplement its responses.  The parties did not resolve these issues.

DATED this 4th day of August, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of August, 2026, I electronically transmitted the attached Defendant Krithivas's Short-Form Discovery Motion to Compel Discovery Concerning the Paragraph 37 Pilot Report and Source Chain (Interrogatory NO. 14 AND RFP NO. 17) to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe