Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **PROPOSED ORDER ON DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL DISCOVERY CONCERNING THE PARAGRAPH 37 PILOT REPORT AND SOURCE CHAIN (INTERROGATORY NO. 14 AND RFP NO. 17)** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Having reviewed Defendant Vikaas Krithivas's motion, and good cause appearing, the Court ORDERS as follows:

1. Within seven days, SkyWest must serve a verified supplemental answer to Interrogatory No. 14 identifying the Paragraph 37 pilot, the person who provided the report to SkyWest, and each known intermediary.

2. The supplemental answer must state when SkyWest received the report; whether SkyWest obtained the reported caller's telephone number; whether the number matched either

Defendant; and whether SkyWest confirmed any connection between the caller and either Defendant.

3. Within seven days, SkyWest must produce all nonprivileged materials responsive to RFP No. 17, including the original report or screenshot, available metadata, the transmission chain, communications concerning authenticity or reliability, documents reflecting a connection or failure to connect the caller to either Defendant, and documents concerning use of the allegation in the Complaint or January 26 communication.

4. SkyWest must serve an amended Rule 34 response stating whether responsive materials are withheld and must log any responsive material withheld on privilege or work-product grounds.

Dated this ____ day of _____, 2026.

BY THE COURT

_____
Judge Paul Kohler
United States Magistrate Judge