Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL SAPA AGREEMENTS AND ACCESS MATERIALS (INTERROGATORY NO. 16 AND RFPS NOS. 22–24)** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 26, 33, 34, and 37 and DUCivR 37-1 to compel complete responses and production to Interrogatory No. 16 and Requests for Production Nos. 22–24. The disputed requests and responses are attached as Exhibit A.

**ARGUMENT**

SkyWest admits that designated SAPA leaders received access to pilot telephone numbers through Sked+, that those leaders executed a nondisclosure agreement, that SAPA board members executed a separate SAPA-specific nondisclosure agreement, and that SAPA

leaders also signed SkyWest's general employee confidentiality agreement. SkyWest invokes those agreements to distinguish SAPA's access from Defendants' conduct, but it has not produced the agreements or the documents governing that access.

The materials are directly relevant to how SkyWest treated pilot contact information; whether restrictions were technological or contractual; what collection, use, or distribution SkyWest permitted; and whether SkyWest treated comparable access differently. The requests are not open-ended. Krithivas limited RFPs Nos. 23 and 24 to January 1, 2025 through January 31, 2026 and to executed amendments, renewals, replacements, access requests, approvals, modifications, suspensions, and terminations concerning SAPA access to Sked+ or pilot telephone numbers.

SkyWest has identified the agreements and the access arrangement, so production imposes little burden. At the July 27 conference, SkyWest offered no narrower scope or immediate production. Its August 3 email instead states that it may produce responsive documents by August 20 and proposes postponing amended written responses until after production. Rule 34 requires a definite response stating whether responsive materials are withheld; Rule 37(a)(4) treats evasive or incomplete responses as a failure to respond.

The Court should order SkyWest, within seven days, to: (1) supplement Interrogatory No. 16 by identifying each responsive agreement by title, date, parties, signatories, custodian, term, and subject matter; (2) produce the nondisclosure agreement governing SAPA leaders' Sked+ access, the SAPA board-specific agreement, the general employee agreement applicable to SAPA leaders, and all versions effective during the narrowed period; (3) produce policies and restrictions governing SAPA access, downloading, compilation, distribution, and use of pilot

2

telephone numbers; (4) complete production under RFPs Nos. 23 and 24 as narrowed; and (5) serve amended Rule 34 responses identifying any withholding and a privilege log.

### CERTIFICATION

Counsel met and conferred on July 27, 2026, at 12:30 PM Mountain Time, by Zoom. Participants were Tyson Horrocks, Zachary Burford, Jonathan Thorne, Joseph Winters and Scott Uthe. The meeting was preceded by a letter from Krithivas's counsel dated July 21 listing detailed discovery deficiencies.  An email documenting the meeting was sent to SkyWest's Counsel on July 27, 2026.  SkyWest's Counsel responded via email on August 3, confirming that SkyWest would not timely supplement its responses.  The parties did not resolve these issues.

DATED this 4th day of August, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

3

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August, 2026, I electronically transmitted the attached Defendant Krithivas's Short-Form Discovery Motion to Compel SAPA Agreements and Access Materials (Interrogatory NO. 16 AND RFPS NOS. 22–24) to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe