Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>     Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>     Defendant. | **PROPOSED ORDER ON DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL SAPA AGREEMENTS AND ACCESS MATERIALS (INTERROGATORY NO. 16 AND RFPS NOS. 22–24)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Vikaas Krithivas's motion, and good cause appearing, the Court ORDERS as follows:

1. Within seven days, SkyWest must supplement Interrogatory No. 16 by identifying each responsive agreement by title, date, parties, signatories, custodian, term, and subject matter.

2. Within seven days, SkyWest must produce the nondisclosure agreement governing designated SAPA leaders' Sked+ access, the SAPA board-specific nondisclosure agreement, the

general employee confidentiality agreement applicable to SAPA leaders, and all versions effective from January 1, 2025 through January 31, 2026.

3. Within seven days, SkyWest must produce policies and restrictions governing SAPA access to, downloading, compilation, distribution, or use of pilot telephone numbers and complete production under RFPs Nos. 23 and 24 as narrowed in Krithivas's July 27, 2026 correspondence.

4. SkyWest must serve amended Rule 34 responses stating whether responsive materials are withheld and must provide a Rule 26(b)(5)(A) privilege log for responsive material withheld on privilege grounds.

Dated this ____ day of _____, 2026.

BY THE COURT

_____
Judge Paul Kohler
United States Magistrate Judge