Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL INTERNAL COMMUNICATIONS CONCERNING SKYWEST'S ACCESS NARRATIVE (INTERROGATORY NO. 20 AND RFP NO. 16)** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 26, 33, 34, and 37 and DUCivR 37-1 to compel complete responses to Interrogatory No. 20 and Request for Production No. 16. The disputed requests and responses are attached as Exhibit A.

## ARGUMENT

Interrogatory No. 20 seeks the SkyWest employees or agents who communicated with SAPA concerning ALPA, organizing, Defendants, pilot contact information, SWOL, or this litigation. RFP No. 16 seeks communications from eleven identified SkyWest custodians

concerning the same subjects. SkyWest refuses substantive discovery, characterizing it as an irrelevant inquiry into labor relations.

The requested communications go to the formation and accuracy of SkyWest's central narrative. SkyWest told employees on December 10, 2025 that the organizing text was "spam," and on January 26, 2026 asserted that two pilots stole or improperly obtained pilot information. SkyWest's July 27, 2026 filing likewise states the January 26 message was sent "in response to complaints from pilots regarding their data having been stolen." Dkt. 90 at 4. Yet SkyWest has produced no internal communication concerning preparation or approval of either companywide message and no pilot complaint predating January 26.

Krithivas substantially narrowed RFP No. 16 to August 29, 2025 through April 30, 2026 and proposed four targeted searches addressing Defendants, ALPA organizing, SWOL/Directory access, SAPA access, complaints, and SkyWest's use of "hack," "steal," "theft," and similar terms. At the July 27 conference, SkyWest proposed no alternative custodian, term, date range, or other compromise. Its August 3 response maintains the blanket objections.

The discovery is relevant and proportional under Rule 26(b)(1), and generalized burden assertions do not justify total nonproduction. The Court should order SkyWest, within seven days, to: (1) provide a verified, complete answer to Interrogatory No. 20; (2) test Krithivas's proposed searches and provide custodian-specific hit counts; (3) promptly confer on any refinement and produce the resulting nonprivileged communications; (4) log withheld responsive material; and (5) state unequivocally if no responsive pre-January 26 pilot complaint or internal communication exists.

/ / /

2

## CERTIFICATION

Counsel met and conferred on July 27, 2026, at 12:30 PM Mountain Time, by Zoom. Participants were Tyson Horrocks, Zachary Burford, Jonathan Thorne, Joseph Winters and Scott Uthe. The meeting was preceded by a letter from Krithivas's counsel dated July 21 listing detailed discovery deficiencies.  An email documenting the meeting was sent to SkyWest's Counsel on July 27, 2026.  SkyWest's Counsel responded via email on August 3, confirming that SkyWest would not timely supplement its responses.  The parties did not resolve these issues.

DATED this 4th day of August, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August, 2026, I electronically transmitted the attached Defendant Krithivas's Short-Form Discovery Motion to Compel Internal Communications Concerning SkyWest's Access Narrative (Interrogatory NO. 20 and RFP NO. 16) to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe