Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **PROPOSED ORDER ON DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL INTERNAL COMMUNICATIONS CONCERNING SKYWEST'S ACCESS NARRATIVE (INTERROGATORY NO. 20 AND RFP NO. 16)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Vikaas Krithivas's motion, and good cause appearing, the

Court ORDERS as follows:

1. Within seven days, SkyWest must serve a verified, complete answer to Interrogatory

No. 20 identifying all responsive employees and agents.

2. Within seven days, SkyWest must test the narrowed searches proposed in Krithivas's

July 27, 2026 correspondence against the eleven custodians identified in RFP No. 16 and provide

custodian-specific hit counts.

3. The parties must confer within three business days after the hit counts are provided. SkyWest must then produce all responsive, nonprivileged communications within seven days after that conference, unless the parties agree otherwise.

4. SkyWest must identify responsive materials withheld based on an objection and provide a Rule 26(b)(5)(A) privilege log. If no responsive pre-January 26 pilot complaint or internal communication exists, SkyWest must say so expressly in an amended response.

Dated this _____ day of _____, 2026.

BY THE COURT

_____
Judge Paul Kohler
United States Magistrate Judge

2