Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **DEFENDANT KRITHIVAS'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATEMENT REGARDING PENDING SHORT-FORM DISCOVERY MOTION (DKT. 73)** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas requests leave to file the attached Supplemental Statement concerning his pending Short-Form Discovery Motion at Dkt. 73. The proposed statement is limited to SkyWest's July 20, 2026 response to Request for Admission No. 21, which postdates the filing of Dkt. 73 and directly clarifies the existing dispute over Interrogatories Nos. 8 and 10.

The supplemental statement does not raise a new discovery dispute or seek relief beyond Dkt. 73. It identifies SkyWest's admission that the employee-detail endpoint returned the same fields whether accessed through the Directory user interface or an automated script. That

admission bears directly on whether SkyWest has identified a technological control that rejected the requests, prevented the server response, or was actually bypassed.

Because this post-filing admission bears directly on whether SkyWest has answered the interrogatories at issue, Krithivas respectfully requests leave to file the attached Supplemental Statement.

DATED this 4th day of August, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas

# CERTIFICATE OF SERVICE

I certify that on the 4th day of August, 2026, I electronically transmitted the attached Defendant Krithivas's Motion for Leave to File Supplemental Statement Regarding Pending Short-Form Discovery Motion (DKT. 73) to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyler S. Erickson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff SkyWest Airlines, Inc.


Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant Daniel Moussaron


By: /s/S. Uthe

3