# EXHIBIT A

Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br>     Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br>     Defendant. | **DEFENDANT KRITHIVAS'S SUPPLEMENTAL STATEMENT REGARDING DKT. 73** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

SkyWest's July 20, 2026 response to Request for Admission No. 21 confirms, rather than resolves, the deficiency presented in Dkt. 73. SkyWest Responses attached as Exhibit A-1. SkyWest admitted that the employee-detail endpoint returned the same data fields whether the request originated from a click in the Directory user interface or from an automated script.

That admission sharpens the issue presented by Interrogatories Nos. 8 and 10. SkyWest does not contend Defendants used another person's credentials, defeated multifactor authentication, caused an authentication failure to be treated as a success, or received a 401/403

or other denial and overcame it. The authenticated requests succeeded, and SkyWest's server returned the fields. User-interface rendering logic may limit what appeared on the screen, but it does not answer the interrogatories asking which technological barrier prevented the server response and what act defeated it.

SkyWest continues to use the charged characterization of "hacking" while withholding the requested technical explanation. Its July 27 filing states that pilot data had been "stolen." Dkt. 90 at 4. The dispute is therefore not semantic nor premature. It concerns the factual basis of SkyWest's pleaded access claims and present damages theory.

Krithivas respectfully requests the relief sought in Dkt. 73: a verified answer identifying each technological access barrier or server-side authorization control allegedly bypassed and, for each, the specific act that defeated it. If SkyWest contends no request was technically rejected or blocked, its answer should state that fact directly and distinguish its contractual or policy-based authorization theory from any alleged technological bypass.

DATED this 4th day of August, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant Vikaas Krithivas