Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>    Defendant. | **DEFENDANT KRITHIVAS'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATEMENT REGARDING PENDING SHORT-FORM DISCOVERY MOTION (DKT. 73)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Vikaas Krithivas's motion, and good cause appearing, the Court ORDERS as follows:

**1.** Krithivas may file the Supplemental Statement attached to his motion for leave.

/ / /

/ / /

/ / /

/ / /

Dated this _____ day of _____, 2026.

BY THE COURT

_____
Judge Paul Kohler
United States Magistrate Judge