Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>   Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>   Defendant. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO FILE ITS OPPOSITIONS TO DEFENDANT KRITHIVAS'S SHORT-FORM MOTIONS (DKT NOS. 97, 98, 99, & 100).**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendant Vikaas Krithivas ("Krithivas"), by and through undersigned counsel, hereby stipulate and move this Court to extend the time for SkyWest to file its Oppositions to (1) Krithivas's Short-Form Discovery Motion to Compel Discovery Concerning the Paragraph 37 Pilot Report and Source Chain (Dkt. No. 97); (2) Krithivas's Short-Form Discovery Motion to Compel SAPA Agreements and Access Materials (Dkt. No. 98); (3) Krithivas's Short-Form Discovery Motion to Compel

Internal Communications Concerning SkyWest's Access Narrative (Dkt. No. 99); and (4) Krithivas's Motion for Leave to File Supplemental Statement Regarding Pending Short-Form Discovery Motion (Dkt. No. 100, and together with Dkt. Nos. 97–99, "Motions") and enter the accompanying proposed order. In support thereof, the parties state as follows:

1.      On August 4, 2026, Krithivas filed the above-listed Motions. SkyWest's current deadline to respond to the Motions is August 11, 2026.

2.      SkyWest's lead counsel are unavailable due to a previously scheduled anniversary trip and unforeseen issues in other matters, and they require additional time to review the Motions, confer with the client, and prepare responsive briefing.

3.      Counsel for SkyWest conferred with counsel for Krithivas on the requested relief, and Krithivas's counsel stipulated to SkyWest's request.

4.      Accordingly, SkyWest respectfully requested that the deadline to file its Oppositions to the Motions be extended by seven (7) days, up to and including August 18, 2026.

5.      This request is made in good faith and not for purposes of delay.

WHEREFORE, SkyWest and Krithivas respectfully request that the Court enter the proposed order filed herewith.

DATED this 10th day of August, 2026.

HOLLAND & HART LLP

*/s/ Gregory M. Saylin*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

2

LAW OFFICES OF TIMOTHY D. DUCAR, PLC


*/s/ Scott C. Uthe*
*(Signed by Filing Attorney With Permission of Scott C. Uthe)*
Timothy D. Ducar
Scott C. Uthe
*Attorneys for Defendant Vikaas Krithivas*


39045055_v1

3