Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> DANIEL MOUSSARON, <br><br> Defendant and Counterclaim Plaintiff, <br><br> and VIKAAS KRITHIVAS, <br><br> Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO FILE OPPOSITION TO MOTION FOR LEAVE TO AMEND** <br><br> Civil No. 4:26-cv-00015-DN-PK <br><br> Senior District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Having reviewed the Stipulated Motion for Extension of Time for SkyWest to File its Oppositions to Krithivas's Short-Form Motions ("Motions," Dkt. Nos. 97, 98, 99, and 100) ("Stipulated Motion"), IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. SkyWest's Oppositions to the Motions are now due on or before August 18, 2026.

2

DATED this _____ day of August, 2026.

BY THE COURT:

_____

Magistrate Judge Paul Kohler

39045303_v1

2