**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>     Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>     Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO FILE OPPOSITION TO MOTION FOR LEAVE TO AMEND**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed the Stipulated Motion for Extension of Time for SkyWest to File its Oppositions to Krithivas's Short-Form Motions ("Motions," Dkt. Nos. 97, 98, 99, and 100) ("Stipulated Motion"),[1] IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. SkyWest's Oppositions to the Motions are now due on or before August 18, 2026.

DATED this 11th day of August, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 101, filed August 10, 2026.