Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
Telephone:  (801) 359-4169
Facsimile:  (801) 359-4313
email:  jonathan@utahjobjustice.com
        lauren@utahjobjustice.com
        jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ  85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION

| | |
|---|---|
| SKYWEST AIRLINES, INC., | **[PROPOSED] ORDER QUASHING IN PART PLAINTIFF'S SUBPOENA TO THE AIR LINE PILOTS ASSOCIATION AND FOR A PROTECTIVE ORDER** |
|     Plaintiff and Counterclaim Defendant | |
| vs. | |
| DANIEL MOUSSARON, | Civil No. 4:26-cv-00015-DN-PK |
|     Defendant and Counterclaim Plaintiff | |
| and VIKAAS KRITHIVAS, | Senior District Judge David Nuffer |
|     Defendant. | Magistrate Judge Paul Kohler |

1

The Court, having reviewed Defendants Joint Motion to Quash Plaintiff's Subpoena to the Air Line Pilots Association and for a Protective Order, ORDERS that:

1.) Plaintiff's Motion to Quash is **GRANTED** as detailed below:

**Request 1:** The Spreadsheet will be redacted and will not contain the following columns: "Email"; "Assessment"; "AssessmentDate"; "DMSComments"; "PilotComments"; "Source". To the extent Request 1 seeks responsive documents or communication that identifies any SkyWest employee that was part of the ALPA Organizing Committee ("OC"), any SkyWest employee who has expressed any opinion regarding union representation, or communication that details organizing efforts it is **QUASHED.**

**Requests 2 and 3**: To the extent Request 2 seeks any responsive documents or communications that contain organizing communications or identification of OC members or other SkyWest employee who has expressed any opinion regarding union representation is **QUASHED**.

**Request 5**: This request should be narrowed and only include relevant information to SkyWest's claims that is non-privileged.

**Request 6 and 7**: Any spreadsheets responsive to this request should be similarly redacted as set forth above (Request 1) as to limit information showing organizing activity/communications and OC members (and redacting any SkyWest employee other than Defendants), and any communications should be redacted so as not to identify OC members or organizing communications.

**Request 8**: **QUASHED.**

**Request 9**: This request should be narrowed to only include relevant information to SkyWest's claims that is non-privileged.

**Request 10**: **QUASHED.**


DATED:


BY THE COURT:


_____