Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **PLAINTIFF'S RESPONSE TO DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL INTERNAL COMMUNICATIONS CONCERNING SKYWEST'S ACCESS NARRATIVE (INTERROGATORY NO. 20 AND RFP NO. 16)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Krithivas's Motion (Dkt. 99) should be denied as Interrogatory 20 and RFP 16 are overbroad, cumulative, and disproportionate to the needs of the case.

**A. Interrogatory 20 Is Overbroad and Seeks Irrelevant Information.**

Interrogatory 20 demands identification of ***every*** employee who communicated with SAPA about ALPA, union organizing, Moussaron, Krithivas, pilot contact information, SWOL,

or this litigation, regardless of whether their communications relate in any way to the underlying issues. SkyWest objected on the grounds that the request is, among other reasons, overbroad, unduly burdensome, vague, ambiguous, irrelevant, disproportionate, and implicates privilege information. Krithivas has not addressed SkyWest's objections or shown why relief is warranted. *See* DUCivR 37-1(a)–(b).

SAPA is the approved labor association for SkyWest pilots. Related to their roles as representatives for SkyWest pilots, certain SAPA leaders have authorized access to pilot telephone numbers through Sked+, subject to nondisclosure agreements. That limited, restricted arrangement bears no relation to Defendants' unauthorized access to information through SWOL. Moreover, the Interrogatory's generic usage of terms such as SWOL, pilot data, Moussaron, Krithivas, or union organizing would sweep in ordinary HR, IT, and administrative communications unrelated to Defendants or the claims. Such information is neither relevant nor proportional to the needs of the case.

**B. RFP No. 16's Proposed Search Terms Are Overbroad, Generic, and Ill-Suited to Locate Relevant Information.**

Krithivas's "narrowed" search terms remain overbroad, generic, and not crafted to locate relevant information. Krithivas's Motion never discusses the terms or explains why these generic terms are reasonably tailored to capture relevant information.

Even so, results reflect these requests are exceedingly overbroad and not reasonably tailored: ("Moussaron or Krithivas") yielded over 2,400 hits; (ALPA OR union OR organizing) AND (SWOL OR Directory OR 'pilot contact' OR phone OR address) returned 6,521 hits; ("SAPA" AND (Sked+ or SWOL or Directory or 'pilot contact')) returned 1,318 hits; and (("back door" OR hack OR steal OR theft OR unlawful OR unauthorized) AND (Moussaron OR

Krithivas OR union OR ALPA) returned 3,679 hits.[1] Additionally, Krithivas's proposed terms would capture essentially every internal litigation-related communication, creating an unreasonable burden to collect, process, review and log large volumes of attorney-client and work-product material. It is anticipated that SkyWest's review of "hit" documents would take hundreds of attorney hours.

SkyWest proposes that it produce responsive, non-privileged documents collected from a set of documents that hit on the terms ("Moussaron" and "ALPA") and ("Krithivas" and "ALPA") from August 1, 2025 to April 30, 2026, subject to a relevance and privilege review. This collection directly targets communications discussing Moussaron's and/or Krithivas's conduct in conjunction with ALPA.

**C. Neither Request Is Tailored to the Information Sought.**

Krithivas justifies this discovery by reference to two specific communications and pilot complaints predating these communications. But neither request asks for anything specifically about those communications. Regardless, documents relating to the specific communications were addressed through prior requests that Krithivas does not move on here (*see*, *e.g.*, RFP Nos. 6, 12, 17, 26–27). Accordingly, the Motion should be denied.

Dated this 18th day of August, 2026.

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*

[1] These totals exclude family documents.

Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

38964296