Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **(PROPOSED) ORDER DENYING DEFENDANT KRITHIVAS' SHORT-FORM DISCOVERY MOTION TO COMPEL SAPA AGREEMENTS AND ACCESS MATERIALS (INTERROGATORY NO. 16 AND RFPS NOS. 22–24) (DKT. 98)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Krithivas' Short-Form Discovery Motion to Compel SAPA Agreements and Access Materials (Interrogatory No. 16 and RFPs Nos. 22–24)[1] ("Motion"), and Plaintiff's opposition thereto, and for good cause appearing, IT IS HEREBY ORDERED that Defendant Krithivas' Motion is denied.

[1] Docket No. 98, filed August 4, 2026.

Dated this _____ day of August, 2026.

______________________________________

Magistrate Judge Paul Kohler

39150321_v1