Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **PLAINTIFF'S EXPEDITED MOTION TO SET EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Given the urgency of the underlying discovery, Plaintiff SkyWest respectfully requests on an expedited basis that the Court order an expedited briefing schedule for the motion for protective order that is the subject of its Memorandum Decision and Order Denying Plaintiff's Motions Without Prejudice (the "Order") (Dkt. No. 108). SkyWest respectfully seeks expedited

relief because the times requested for briefing would all have passed by the time a noticed motion was briefed and decided.

This case concerns Defendants' undisputed use of Tampermonkey and other methods to hack into SkyWest protected systems to harvest confidential pilot data. Once misappropriated, Defendants sent the data to others and used it in an alleged union drive. SkyWest has been trying for months and months to merely discover the answers to basic questions needed to mitigate damages and preserve evidence: (1) what data was taken?; (2) who has received the data or has access to it?; and (3) how was it used? SkyWest has been blocked from obtaining this vital and time-sensitive information because Defendants say they cannot be forced to disclose it since it was stolen as part of union organizing. The Court appropriately ordered further briefing on whether Defendants can so block disclosure. *See* Dkt. No. 108.

Given the urgency of the requested discovery, SkyWest respectfully asks the Court to enter an expedited briefing schedule as to Defendants' anticipated motion. As this issue has been the subject of meeting and conferring, extensive correspondence and even briefing, the parties are already educated on these topics and can prepare their papers expeditiously. Accordingly, SkyWest requests that the Court set the following expedited schedule:

- Defendants shall file their motion for protective order within fourteen (14) days of the Court's August 18, 2026 Order;
- SkyWest shall file its opposition within seven (7) days after Defendants' motion is filed; and
- Defendants shall file any reply within seven (7) days after SkyWest's opposition is filed.

Under the present circumstances, SkyWest respectfully contends that such a schedule promotes the interests of justice while ensuring adequate opportunity for briefing the Court on

these important issues. This proposed schedule will not prejudice either side as Defendants have repeatedly asserted and briefed these privilege theories in their discovery objections, correspondence, short-form motions, the forensic-protocol briefing, and even most recently in Defendants' motion to quash. *See* Dkt. No. 106.

For the foregoing reasons, SkyWest respectfully requests that the Court grant this Motion and enter the proposed expedited briefing schedule. A proposed order is attached.

Dated this 20th day of August, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

39147544