Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION TO SET EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff SkyWest Airlines, Inc.'s Expedited Motion to Set Expedited Briefing Schedule on Defendants' Motion for Protective Order, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' motion for protective order shall be briefed on the following expedited schedule:

1. Defendants shall file their motion for protective order within fourteen (14) days of the Court's August 18, 2026 Order;

2. SkyWest shall file its opposition within seven (7) days after Defendants' motion is filed; and

3. Defendants shall file any reply within seven (7) days after SkyWest's opposition is filed.

Dated this _____ day of August, 2026.

______________________________

Magistrate Judge Paul Kohler

39163444_v1