Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br>Plaintiff and Counterclaim Defendant,<br>and DALE HANSEN,<br>Additional Counterclaim Defendant,<br>vs.<br>DANIEL MOUSSARON,<br>Defendant and Counterclaim Plaintiff,<br>and VIKAAS KRITHIVAS,<br>Defendant and Counterclaim Plaintiff. | **ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT**<br>Civil No. 4:26-cv-00015-DN-PK<br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler<br>**JURY TRIAL DEMANDED** |

Being authorized by Additional Counterclaim Defendant Dale Hansen, Tyson Horrocks, of Holland & Hart LLP., hereby acknowledges receipt of and accepts service of the Summons and Counterclaim, attached hereto as Exhibits A and B, in the above-entitled matter on behalf of Dale Hansen with the same force and effect as though he had been personally and duly served

and acknowledges that Dale Hansen has twenty-one days from the date hereof to answer or otherwise respond to the Complaint. Except for any defenses as to defects in service for the Summons and Counterclaim, Dale Hansen does not waive, and expressly preserves, any other defenses or objections he may have in this matter.

Dated this 25th day of August, 2026.

*<u>/s/ Tyson C. Horrocks</u>*
Tyson C. Horrocks
HOLLAND & HART LLP
Attorney for Additional Counterclaim Defendant
Dale Hansen

39202841_v1