Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO RESPOND TO DEFENDANTS' JOINT MOTION TO QUASH THE ALPA SUBPOENA (DKT. NO. 106)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest"), Defendant and Counterclaim Plaintiff Daniel Moussaron ("Moussaron"), and Defendant and Counterclaim Plaintiff Vikaas Krithivas ("Krithivas") (collectively, the "Parties"), by and through undersigned

counsel, hereby jointly move this Court to extend the deadline for SkyWest to respond to Defendants' Joint Motion to Quash the ALPA Subpoena (the "Motion to Quash") (Dkt. No. 106) until 14 days after the Court rules on Defendants' forthcoming Motion for Protective Order, to be filed pursuant to the schedule set forth in the Court's August 18, 2026 order (Dkt. No. 108).

Good cause exists for the requested extension. On July 29, 2026, SkyWest provided Defendants with its Notice of Intent to serve a subpoena upon ALPA, a subpoena that was subsequently served on August 5, 2026. On August 14, 2026, Defendants filed their Motion to Quash seeking to quash in whole or in part Requests Nos. 1, 2, 3, 5, 6, 7, 8, 9, and 10 of the subpoena and a protective order under Rule 26(c)(1)(A) forbidding or limiting that discovery. The Motion to Quash asserts that the subpoena seeks union organizing and supporter information protected by the First Amendment associational privilege; Section 2, Fourth of the Railway Labor Act; and Rule 26(c)(1)(G). It further asserts that Requests 8 and 10 seek materials protected by the common-interest, attorney-client, work-product, and joint-defense privileges, and that the requests are irrelevant to SkyWest's data-access claims, overbroad, and disproportionate. The Motion to Quash also argues that the subpoena improperly seeks to circumvent Defendants' objections already pending before the Court in Docket Nos. 67, 69, 70, 71, and 72, and that resolution should await the Court's ruling on those objections.

Shortly thereafter, in its August 18, 2026 Memorandum Decision and Order (the "August 18 Order"), the Court directed Defendants to file a Motion for Protective Order by September 14, 2026 to support their claims of privilege under the First Amendment associational privilege and the Railway Labor Act, with SkyWest to respond addressing the balancing test factors, and with all subsequent briefing to comply with DUCivR 7-1(a)(4)(A). The Court explained that claims of

privilege are ill-suited to the short form discovery process and that the better course is to resolve the nature and scope of Defendants' privilege assertions through Protective Order briefing.

The Motion to Quash raises substantially the same First Amendment associational privilege and related objections that will be addressed in the forthcoming Protective Order briefing. It is therefore anticipated that the Court's ruling on Defendants' Motion for Protective Order will resolve all, or most of, the issues raised in the Motion to Quash. Therefore, the Parties stipulate and jointly move this Court to extend the deadline for SkyWest to respond to Defendants' Joint Motion to Quash until 14 days after an order is issued on Defendants' forthcoming Motion for Protective Order. Sequencing the response in this manner will conserve the Parties' and the Court's resources and avoid duplicative briefing of the same threshold privilege issue.

WHEREFORE, the Parties respectfully requests that the Court enter the proposed order filed herewith.

Dated this 27th day of August, 2026.

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

Dated this 27th day of August, 2026.

SCHOLNICK THORNE HOLLAND

*/s/ Jonahtan K. Thorne (signed with permission)*
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

*/s/ Scott C. Uthe (signed with permission)*
Timothy D. Ducar
Scott C. Uthe

*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

39218639_v3