Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO RESPOND TO DEFENDANTS' JOINT MOTION TO QUASH THE ALPA SUBPOENA (DKT. NO. 106)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Parties' Stipulated Motion for Extension of Time for SkyWest to Respond to Defendants' Joint Motion to Quash the ALPA Subpoena (Dkt. No. 106) ("Motion"). For good cause shown, the Court GRANTS the Motion and ORDERS that SkyWest's response

will not be due until 14 days after the Court issues an order on Defendants' forthcoming Motion for Protective Order pursuant to the schedule outlined in the Court's August 18, 2026 order (Dkt. No. 108).

Dated this ___ day of August, 2026.

BY THE COURT:

______________________________
Magistrate Judge Paul Kohler

39218732.v3