THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR SKYWEST TO RESPOND TO DEFENDANTS' JOINT MOTION TO QUASH THE ALPA SUBPOENA (DKT. NO. 106)**<br><br>Case No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Before the Court is the Parties' Stipulated Motion for Extension of Time for SkyWest to Respond to Defendants' Joint Motion to Quash the ALPA Subpoena ("Motion").[1] For good cause shown, the Court GRANTS the Motion and ORDERS that SkyWest's response will not be due until 14 days after the Court issues an order on Defendants' forthcoming Motion for Protective Order pursuant to the schedule outlined in the Court's August 18, 2026 order (Dkt. No. 108).

DATED this 28th day of August 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[1] Docket No. 106, filed August 27, 2026.