# EXHIBIT A




January 26, 2026 2030 MT

At SkyWest, we pride ourselves on integrity, excellence, and respect. Our people are expected to operate with the highest standards and an unwavering commitment to doing right by each other and our customers, no matter the circumstances or environment.

We recently became aware that two now-former pilots' actions trampled on these values, violating our company policies and, more importantly, your trust. Their actions serve as an appalling reminder of the lengths to which certain organizations and interests will go to gain access to our people. In this case, they went as far as unethically and unlawfully stealing your information in the hopes of reaching and influencing you.

We have no tolerance for the actions of these individuals, which were in direct conflict with our values and violate the critical trust we know our employees put in each other as colleagues and teammates.

Specifically, they gained unauthorized access to and downloaded pilot contact information that was not accessible to line pilots or any employee through normal processes, even after completing multi-factor SkyWest Online login. That information consisted of names, addresses, and phone numbers. I want to be clear that, based on our investigation, no additional personal identifiable information, such as social security numbers, dependents, or otherwise, was accessed.

I also want to personally apologize to you. While this contact information was not easily available and took extensive effort and manipulation to retrieve, they should never have been able to access it. We have responded swiftly and aggressively:

1. Our IT team has implemented additional security measures to prevent this from happening in the future.
2. For those who have been contacted by an unauthorized person or organization as a result of this violation, we have created a portal for you to report that activity.
3. This investigation is ongoing, and we will pursue this matter through every legal means possible.

We invest millions of dollars in extensive firewalls to prevent attackers from the outside, and we're shocked and disgusted by this unethical behavior and violation of trust from colleagues prior to their departure.

Our strength as a company comes from our values, the character of our people, and the commitments we make to each other and our customers. We will not tolerate theft of any kind, and we remain committed to protecting our people and your information.

Thank you for your continued commitment to each other and for representing SkyWest with character and integrity.

Chip