# EXHIBIT B

For Official Use Only. Public Availability to determined under 5 U.S.C. 552.

| Certificate | Record ID | Reporting Entity | PRD Date of Hire | Separation Date | Separation Type | PRD Records Complete Date | No Additional records to report to PRD Date | Separation Documents Exist | Created Date | Correction Status | Duties |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 004081350 | 4081350-EM-1 | SkyWest Airlines, Inc. (SWIA) | 05/10/2022 | 01/26/2026 | Other - Employer initiated separation not due to pilot performance | 01/28/2026 | | No | 04/29/2023 | | |
| 004081350 | 4081350-EM-2 | Horizon Air Industries, Inc. (QXEA) | 09/13/2021 | 02/01/2022 | Other - Resignation | | | No | 06/14/2023 | | |

For Official Use Only. Public Availability to determined under 5 U.S.C. 552.