Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. NO. 105)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest"), Defendant and Counterclaim Plaintiff Daniel Moussaron ("Moussaron"), and Defendant and Counterclaim Plaintiff Vikaas Krithivas ("Krithivas") (collectively, the "Parties"), by and through undersigned

counsel, hereby jointly move this Court to extend the deadline for SkyWest to respond to Defendants' Joint Motion for Partial Judgment on the Pleadings Under Rule 12(c) (the "Joint Motion") (Dkt. No. 105) through and including September 25, 2026.

Good cause exists for the requested extension. On August 14, 2026, Defendants filed the Joint Motion, which seeks partial judgment on the pleadings under Rule 12(c) as to SkyWest's Third Cause of Action under the Computer Fraud and Abuse Act and Fourth Cause of Action under the Utah Computer Abuse and Data Recovery Act. SkyWest's response is currently due September 11, 2026. SkyWest requires additional time to review the Joint Motion, confer with its client, and prepare responsive briefing. Counsel for SkyWest conferred with counsel for Moussaron and counsel for Krithivas regarding the requested relief, and Defendants' counsel stipulated to SkyWest's request. The requested fourteen (14)-day extension is made in good faith and not for purposes of delay, no party will be prejudiced by it, and no other deadlines in the Scheduling Order are affected.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order filed herewith.

Dated this 2nd day of September, 2026.

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*

Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

Dated this 2nd day of September, 2026.

SCHOLNICK THORNE HOLLAND

*/s/ Jonathan K. Thorne (signed with permission)*

Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

*/s/ Scott C. Uthe (signed with permission)*

Timothy D. Ducar
Scott C. Uthe

*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

39349533