**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. NO. 105)**<br><br>Case No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Parties' Stipulated Motion for Extension of Time for SkyWest to Respond to Defendants' Joint Motion for Partial Judgment on the Pleadings[1] ("Motion"). For good cause shown, the Court GRANTS the Motion and ORDERS that SkyWest's response to Defendants' Joint Motion for Partial Judgment on the Pleadings is due on or before September 25, 2026.

[1] Docket No. 105, filed September 2, 2026.

Dated this 3rd day of September, 2026.

BY THE COURT

PAUL KOHLER
United States Magistrate Judge