Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff and Counterclaim Defendant SkyWest Airlines ("SkyWest"), Counterclaim Defendant Dale Hansen ("Hansen"), Defendant and Counterclaim Daniel Moussaron ("Moussaron"), and Defendant and Counterclaim Vikaas Krithivas ("Krithivas"), (collectively

"Parties") hereby stipulate and respectfully request that the Court enter the proposed order filed concurrently herewith to extend the current deadlines in the Scheduling Order as set forth below.

Good cause exists to amend the deadlines. This case involves numerous parties and a wide variety of claims and counterclaims. The Parties have served written discovery and are diligently working to gather documents, respond to requests, supplement their productions, and work through discovery disputes in an attempt to avoid Court involvement. Despite the Parties' best efforts, a number of disputes have resulted in the need to bring discovery motions before this Court. The Parties require additional time to complete their written discovery responses, review opposing Parties' responses and productions, determine whether additional requests are necessary, and resolve outstanding and upcoming discovery disputes.

Additional time is also warranted to allow the Parties to resolve the threshold privilege issue underlying many of the discovery motions and identified in the Court's August 18, 2026 Memorandum Decision and Order (Dkt. No. 108). In that Order, the Court denied SkyWest's pending discovery motions *without prejudice* and directed Defendants to file a motion for protective order supporting their claims of privilege. *Id.* Defendants' motion is due September 14, 2026, and all subsequent briefing must comply with DUCivR 7-1(a)(4)(A). The scope of Defendants' privilege objection bears directly on the scope of written discovery, a number of discovery disputes, and the subjects on which witnesses may be examined. Accordingly, these discovery disputes cannot be resolved until after the Court rules on the forthcoming motion for protective order. Moreover, the Parties have agreed to defer depositions until that threshold issue is resolved, rather than proceed with depositions that may need to be reopened or duplicated depending on the Court's ruling.

Finally, given the number of parties involved in this matter, the additional time will allow the Parties to schedule depositions at times that are convenient for the deponents and counsel. This stipulation is without prejudice to seek additional amendments to the Scheduling Order, if necessary.

The stipulated amendments are as follows:

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

**3. FACT DISCOVERY**

| | | | | |
|---|---|---|---|---|
| b. | Other Fact Discovery Deadlines— | | Existing Deadlines | Proposed Deadlines |
| | 1. | Deadline to serve written discovery: | 10/30/26 | 01/29/27 |
| | 2. | Deadline for fact discovery to close: | 11/30/26 | 03/02/27 |
| | 3. | Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (optional) | 00/00/00 | |

**6. EXPERT DISCOVERY**

| | | | | |
|---|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | Existing Deadlines | Proposed Deadlines |
| | 1. | Parties bearing the burden of proof: | 12/28/26 | 04/05/27 |
| | 2. | Parties not bearing the burden of proof: | 01/25/27 | 04/28/27 |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
| | 1. | Parties bearing the burden of proof: | 02/08/27 | 05/11/27 |
| | 2. | Parties not bearing the burden of proof: | 03/08/27 | 06/08/27 |
| | 3. | Rebuttal reports, if any: | 04/05/27 | 07/06/27 |

| | | | |
|---|---|---|---|
| c. | Deadline for expert discovery to close: | 05/03/27 | 08/03/27 |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION[1]**

| | | Existing Deadlines | Proposed Deadlines |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: (including a motion to exclude experts when expert testimony is required to resolve the motion) | 06/02/27 | 09/02/27 |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: | 00/00/00 | |

Dated this 3rd day of September, 2026.

HOLLAND & HART LLP

*/s/ Tyson C. Horrocks*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

[1] The court will enter the date in Section 7.b.

Dated this 3rd day of September, 2026.

SCHOLNICK THORNE HOLLAND

*/s/ Jonathan K. Thorne (signed with permission)*
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

*/s/ Scott C. Uthe (signed with permission)*
Timothy D. Ducar
Scott C. Uthe

*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

39216023_v4