Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **(PROPOSED) AMENDED SCHEDULING ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Parties' Stipulated Motion to Amend Scheduling Order. For good cause appearing, it is hereby ordered that the Motion is GRANTED. The current deadlines in the Scheduling Order are extended as follows:

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

**3. FACT DISCOVERY**

| b. | Other Fact Discovery Deadlines— | | Existing Deadlines | Revised Deadlines |
|---|---|---|---|---|
| | 1. | Deadline to serve written discovery: | 10/30/26 | 01/29/27 |
| | 2. | Deadline for fact discovery to close: | 11/30/26 | 03/02/27 |
| | 3. | Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (optional) | 00/00/00 | |

**6. EXPERT DISCOVERY**

| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | Existing Deadlines | Revised Deadlines |
|---|---|---|---|---|
| | 1. | Parties bearing the burden of proof: | 12/28/26 | 04/05/27 |
| | 2. | Parties not bearing the burden of proof: | 01/25/27 | 04/28/27 |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
| | 1. | Parties bearing the burden of proof: | 02/08/27 | 05/11/27 |
| | 2. | Parties not bearing the burden of proof: | 03/08/27 | 06/08/27 |
| | 3. | Rebuttal reports, if any: | 04/05/27 | 07/06/27 |
| | | | | |
| c. | Deadline for expert discovery to close: | | 05/03/27 | 08/03/27 |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION[1]**

[1] The court will enter the date in Section 7.b.

| | | Existing Deadlines | Revised Deadlines |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: (including a motion to exclude experts when expert testimony is required to resolve the motion) | 06/02/27 | 09/02/27 |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: | 00/00/00 | |

**SO ORDERED** this _________ day of September, 2026.

BY THE COURT:

_________________________________

Magistrate Judge Paul Kohler
U.S. District Court of Utah

39218602