**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **AMENDED SCHEDULING ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter is before the Court on the parties' Stipulated Motion to Amend Scheduling Order.[1] Having considered the Motion and good cause appearing, the following deadlines are established. The deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-4.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

**4. FACT DISCOVERY**

| | | | |
|---|---|---|---|
| b. | Other Fact Discovery Deadlines— | | |
| | 1. | Deadline to serve written discovery: | 01/29/27 |
| | 2. | Deadline for fact discovery to close: | 03/02/27 |
| | 3. | Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (optional) | |

[1] Docket No. 125, filed September 3, 2026.

**6. EXPERT DISCOVERY**

| | | | | |
|---|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | | |
| | 1. | Parties bearing the burden of proof: | | 04/05/27 |
| | 2. | Parties not bearing the burden of proof: | | 04/28/27 |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
| | 1. | Parties bearing the burden of proof: | | 05/11/27 |
| | 2. | Parties not bearing the burden of proof: | | 06/08/27 |
| | 3. | Rebuttal reports, if any: | | 07/06/27 |
| | | | | |
| c. | Deadline for expert discovery to close: | | | 08/03/27 |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: | | *09/02/27* |
| b. | Deadline for filing partial or complete motions to exclude expert witnesses: | | *09/02/27* |
| b. | Scheduling Conference for purposes of setting a trial date in Room TBD (St. George) before District Judge Nuffer | | *10/12/27 at 2:00 p.m.* |

**SO ORDERED** this 4th day of September, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge