Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AGREED SUPPLEMENTATION AND PRODUCTION AND RULE 33(b)(5) VERIFICATION**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Under DUCivR 37-1, Defendant Moussaron moves to compel SkyWest to (1) serve the supplement to Interrogatory No. 5 of Moussaron's First Set of Expedited Discovery Requests that SkyWest agreed to provide; (2) produce the documents it agreed to produce in response to Request for Production No. 6, or state in writing that none exists; and (3) serve the verification of its April

22, 2026 answers to Moussaron's Second Set of Expedited Discovery Requests that Rule 33(b)(5) requires.

In response to Interrogatory No. 5, SkyWest stated that it "will supplement with additional non-privileged identification of personnel and roles after completing reasonable inquiry" into its review of SWOL activity. More than six months later, no supplement has been served, and the "reports of misuse" SkyWest contends initiated that review remain unidentified. In response to Request for Production No. 6, SkyWest agreed to produce the communications described in items (a) through (e); it has produced none of them. An "evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond." Fed. R. Civ. P. 37(a)(4).

SkyWest's April 22, 2026 answers also remain unverified. Rule 33(b)(3) requires that interrogatories be answered under oath, and Rule 33(b)(5) requires the person who makes the answers to sign them; counsel's signature reaches only the objections. SkyWest verified its February 2026 answers through Justin Esplin and has verified nothing served since.

**Certification**: Pursuant to DUCivR 37-1(b)(2)(A), counsel for Moussaron certify that the parties made reasonable efforts to reach agreement on the disputed matters: a written deficiency letter served by email on July 31, 2026; videoconferences on August 7, 2026 (participants: Thorne for Moussaron, Uthe for Kritivas, Burford for SkyWest); August 25, 2026 (participants: Thorne for Moussaron, Uthe for Kritivas, Burford and Horrocks for SkyWest); September 2, 2026 (participants: Thorne for Moussaron, Uthe for Kritivas, Horrocks for SkyWest). SkyWest counsel undertook to consult its client and respond. On September 9, Horrocks said he'd be willing to discuss the discovery again on September 16; Thorne responded his deadline to file a motion to compel pursuant to the local rules was September 14 and needed to know by close of business September 10 if SkyWest would produce responsive documents; Horrocks responded they could

schedule a call for the afternoon of September 14 (the deadline); On September 9, Thorne suggested a stipulated extension to the 45 day deadline if SkyWest was actually going to produce responsive documents. Horrocks did not respond.

This motion is filed within 45 days of the July 31, 2026 written communication. DUCivR 37-1(b)(2)(C).

Exhibit A – SkyWest's Responses to Moussaron's First Set of Expedited Discovery Requests (relevant excerpts).

Exhibit B – SkyWest's Responses to Moussaron's Second Set of Expedited Discovery Requests (relevant excerpts).

Exhibit C – Email communication between counsel (relevant to all three simultaneous motions to compel).

Exhibit D – Moussaron July 31 Meet and Confer letter (relevant to all three simultaneous motions to compel).

DATED this 11th day of September, 2026.

SCHOLNICK THORNE HOLLAND

/s/ Jonathan K. Thorne
Jonathan K. Thorne

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

## CERTIFICATE OF SERVICE

I certify that on the 11th day of September, 2026, I electronically transmitted the attached pleading to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachary T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.

Scott Uthe, suthe@azlawyers.com
Tim Ducar, tducar@azlawyers.com
Attorneys for Defendant Vikaas Krithivas

*/s/Jonathan K. Thorne*