Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants. | **PLAINTIFF SKYWEST'S RESPONSES TO DEFENDANT MOUSSARON'S SECOND EXPEDITED DISCOVERY REQUESTS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("Plaintiff"), by and through undersigned counsel, hereby responds to Defendant Daniel Moussaron's ("Defendant") Second Expedited Discovery Requests ("Requests") as follows:

**PRELIMINARY STATEMENT**

As of the date of these responses, Plaintiff has not yet completed its investigation and discovery in this action. Accordingly, all answers contained herein are based upon the information and the documents that are presently available and specifically known to Plaintiff.

limited to participating in FAA safety programs, assisting pilots with discipline and grievances, and administering SAPA's Professional Standards and Critical Incident Response programs.

Dated this 22nd day of April, 2026

HOLLAND & HART LLP

*/s/ Zachary T. Burford*

Gregory M. Saylin
Zachary T. Burford
Tyler S. Erickson

*ttorneys for Plaintiff SkyWest Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF SKYWEST'S RESPONSES TO DEFENDANT MOUSSARON'S SECOND EXPEDITED DISCOVERY REQUESTS** to be served via email on counsel of record as follows:

Jonathan K. Thorne
Lauren I. Scholnick
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
jonathan@utahjobjustice.com
lauren@utahjobjustice.com

John E. Holland *(Admitted Pro Hac Vice)*
jack@laborwest.com

*Attorneys for Defendant Daniel Moussaron*

Timothy D. Ducar
Scott C. Uthe *(Admitted Pro Hac Vice)*
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
tducar@azlawyers.com
suthe@azlawyers.com
orders@azlawyers.com

*Attorneys for Defendant Vikaas Krithivas*

*/s/ Zachary T. Burford*

37658866_v1