Outlook

## Re: Meet and confer

**From** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Date** Wed 9/9/2026 4:49 PM
**To** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Cc** Zach T. Burford <ZTBurford@hollandhart.com>; Vita S. Garrett <VSGarrett@hollandhart.com>

That doesn't leave me enough time for motions to compel. If you are going to provide any additional information I'm willing to briefly wait, but given the local rules we'd have to file a stipulated motion this week with the court stating we are working to resolve disputes beyond the 45 days.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

---

**From:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Sent:** Wednesday, September 9, 2026 4:44 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Zach T. Burford <ZTBurford@hollandhart.com>; Vita S. Garrett <VSGarrett@hollandhart.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Subject:** RE: Meet and confer

Jonathan,

I'm working on getting responses to the first meet and confer but likely won't have that information until Friday or Monday. We could schedule a call for Monday afternoon to discuss.

Best,

**Tyson Horrocks**
**Partner, Holland & Hart LLP**

tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Wednesday, September 9, 2026 4:41 PM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Zach T. Burford <ZTBurford@hollandhart.com>; Vita S. Garrett <VSGarrett@hollandhart.com>
**Subject:** Re: Meet and confer

**External Email**

Tyson - I can wait until Wednesday for the second meet and confer.

For the first meet and confer, my 45 days to file the motion to compel (from the day I sent the first meet and confer) is Monday. So based on my deadlines I was planning on filing motions to compel on Friday or Monday. Thus if you are going to produce information related to the first meet and confer I need that by tomorrow given my deadline. Are you planning on producing anything related to the first meet and confer?

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Sent:** Wednesday, September 9, 2026 4:34 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Vita S. Garrett <VSGarrett@hollandhart.com>
**Subject:** RE: Meet and confer

Jonathan,

I've gone through both of your meet and confer letters and am in the process of confirming information. I also need to confer with Zach on some of our responses, and he returns on Monday. What's your availability on Wednesday? My day is pretty open.

Best,

**Tyson Horrocks**
**Partner, Holland & Hart LLP**

tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Wednesday, September 2, 2026 4:39 PM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Subject:** Meet and confer

**External Email**

Tyson - per our conversation today, we have meet and confered several times on our first and second set of discovery. Our next step is to file motions to compel as we have received no substantive response. Per our conversation today you agreed to look at the meet and confer again and get back to me in short order to see whether or not you will produce any responsive documents and what you will produced. Attached is the first meet and confer.

Also - you will let me know if you will be ready to discuss the most recent meet and confer a week from Friday, or if not you will provide some availability the following week.

Thanks,

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:

705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.