**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br>Plaintiff and Counterclaim Defendant<br>and DALE HANSEN,<br>Additional Counterclaim Defendant,<br>vs.<br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AGREED SUPPLEMENTATION AND PRODUCTION AND RULE 33(b)(5) VERIFICATION**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Moussaron's Short Form Discovery Motion to Compel Agreed Supplementation and Production and Rule 33(b)(5) Verification. For good cause appearing, the Motion is GRANTED. Within fourteen days of this Order, SkyWest shall:

1. supplement its answer to Interrogatory No. 5 of Moussaron's First Set of Expedited Discovery Requests to identify the personnel and roles involved in its review of SWOL activity and the reports of misuse it contends initiated that review;
2. produce the documents responsive to Request for Production No. 6 of that set, items (a) through (e), or state in writing that no responsive documents exist; and
3. serve a verification of its April 22, 2026 answers to Moussaron's Second Set of Expedited Discovery Requests, signed by the person making them, as Rule 33(b)(5) requires.

DATED this ___ day of __________, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge