Gregory M. Saylin, #9648
Zachary T. Burford, #19771
Tyler S. Erickson, #19523
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
ZTBurford@hollandhart.com
TSErickson@hollandhart.com

*Attorneys for Plaintiff SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants. | **PLAINTIFF SKYWEST'S RESPONSE TO DEFENDANT MOUSSARON'S EXPEDITED DISCOVERY REQUESTS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("Plaintiff") by and through undersigned counsel, hereby responds to Defendant Daniel Moussaron's ("Defendant") Expedited Discovery Requests ("Requests") as follows:

## PRELIMINARY STATEMENT

As of the date of these responses, Plaintiff has not yet completed its investigation and discovery in this action. Accordingly, all answers contained herein are based upon the information and the documents that are presently available and specifically known to Plaintiff.

**RESPONSE:** SkyWest objects that this Interrogatory contains multiple discrete subparts; seeks private employee personal information not proportional to the needs of expedited discovery; and seeks information potentially protected by the attorney-client privilege and work product doctrine to the extent it inquires into internal communications with counsel or investigation strategy. SkyWest further objects to the extent this Interrogatory seeks information about a third-party pilot's personal communications that are not within SkyWest's custody or control. Subject to and without waiving these objections, SkyWest responds as follows:

On January 11, 2026, SkyWest was made aware of a post on a private pilots Facebook group. The pilot posted that he had received an unsolicited call on his personal phone from a person claiming to be a fellow SkyWest employee. The caller was promoting union representation. The pilot reported in his post that he does not share his personal phone number with flight crews or others in the ordinary course, and that when he asked the caller how the caller had obtained his number, the caller responded that "we have some really smart people who know how to access private info through the back door of the company." SkyWest is producing a copy of the post as part of its document production.

**INTERROGATORY #3:** Identify all individuals involved and/or consulted in the decision to terminate Defendant Moussaron, what role each individual played in the decision to terminate him, and who made the final decision to terminate him.

**RESPONSE:** SkyWest objects that this Interrogatory contains multiple discrete subparts; is overbroad and not proportional to the needs of the expedited discovery agreed to in this matter to the extent it seeks a comprehensive mapping of internal deliberations; seeks privileged attorney-client communications and attorney work product, including legal advice and

risk assessments related to employment decisions; and seeks information not relevant to the claims and defenses at issue in this action, which concerns unauthorized access to and misuse of SkyWest's computer systems and confidential data, not the circumstances of Defendant's termination. SkyWest further objects to this Interrogatory to the extent it requires identification of every person who had any incidental awareness of or involvement in the termination decision, without limitation as to role or degree of involvement; SkyWest will not identify individuals whose involvement was merely administrative or incidental, and limits its response to individuals who had meaningful input into or authority over the decision. Subject to and without waiving these objections, SkyWest responds as follows:

The following individuals had meaningful input into or authority over the decision to terminate Defendant Moussaron: Jessica Mulligan, Director of Flight Operations; Tracy Gallo, Senior VP of Flight Operations; Greg Wooley, Executive Vice President - Operations; Todd Emerson, VP Legal; Dale Hansen, General Counsel; Kari Tate, Managing Director of People; and Robert Manwaring, Senior Manager of People. Tracy Gallo was the final decision-maker. Discovery is ongoing, and SkyWest reserves the right to supplement this response.

**INTERROGATORY #4:** Identify all individuals involved in the decision to draft, and the individuals that were involved in drafting, and the individuals who received a draft of or copy prior to being posted/sent (including when a draft or copy was sent/received), the role each individual played including the edits/comments/response each individual made, and provide the reason why the notice/message/email was sent and/or what was it sent in response to:

a. the "Spam Text Notice" posted on SkyWest Online on or about December 10, 2025.