**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL A COMPLETE ANSWER TO INTERROGATORY NO. 3**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Moussaron's Short Form Discovery Motion to Compel a Complete Answer to Interrogatory No. 3. For good cause appearing, the Motion is GRANTED. Within fourteen days of this Order, SkyWest shall supplement its answer to Interrogatory No. 3 of Moussaron's First Set of Expedited Discovery Requests to state, for each individual identified in its answer, the role that individual played in the decision to terminate Moussaron's employment.

DATED this ___ day of __________, 2026.

BY THE COURT:

______________________________
PAUL KOHLER
United States Magistrate Judge