**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AUTHORIZATION AND ACCESS-CONTROL DISCOVERY**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Moussaron's Short Form Discovery Motion to Compel Authorization and Access-Control Discovery. For good cause appearing, the Motion is GRANTED. Within fourteen days of this Order, SkyWest shall:

1. supplement its answer to Interrogatory No. 1 of Moussaron's First Set of Expedited Discovery Requests to identify, for each alleged unauthorized-access event, the specific identity used and the supporting log source (system name and log type); and

2. produce, under the Standard Protective Order, the documents responsive to Requests for Production Nos. 1–5 of that set, including the endpoint and authorization documentation, the role-based access-control rules and permission matrices, the server response schemas and field-omission logic, each Defendant's identity- and access-management records, and the underlying log records supporting SkyWest_000001 – or state in writing, as to any category, that no responsive documents exist.

DATED this ___ day of __________, 2026.

BY THE COURT:

______________________________
PAUL KOHLER
United States Magistrate Judge