Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **MOUSSARON'S NOTICE OF ERRATA RE: DKT. 127 EXHIBITS C AND D**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant and Counterclaim Plaintiff Daniel Moussaron, by and through counsel, hereby notifies the Court of an error in Defendant Moussaron's Short Form Discovery Motion to Compel Agreed Supplementation and Production and Rule 33(b)(5) Verification. (Dkt 127.)

**Statement of Error**

Utah District Court Civil Rule 37-1(b)(2)(B) provides that the only permissible exhibits to a short-form discovery motion are a copy of the disputed request and any response. The Motion filed on September 11, 2026, included two exhibits that fall outside this limitation:

- Exhibit C – Email communication between counsel; and
- Exhibit D – Moussaron July 31 Meet and Confer letter.

**Request**

Defendant Moussaron respectfully requests that the Court remove from CM/ECF Exhibits C (Dkt. 127-3) and D (Dkt. 127-4), or in the alternative disregard Exhibits C and D to Docket 127, as these exhibits do not comply with DU Civ. R 37-1(b)(2)(B).

DATED this 14th day of September, 2026.

**SCHOLNICK THORNE HOLLAND**
/s/ Jonathan K. Thorne
Jonathan K. Thorne
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of September, 2026, I electronically transmitted the attached pleading to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachary T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

Scott Uthe, suthe@azlawyers.com
Tim Ducar, tducar@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

*/s/Jonathan K. Thorne*