Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **STIPULATION TO EXTEND DEADLINE UNDER DUCivR 37-1(b)(2)(C)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendant Vikaas Krithivas ("Krithivas"), by and through their respective counsel, stipulate and jointly request that the Court extend the deadline under DUCivR 37-1(b)(2)(C) for Krithivas to file Short Form Discovery Motions concerning unresolved disputes arising from Krithivas's Second Set of Written Discovery to SkyWest.

In support of this Stipulation, the parties state:

1. Krithivas served his Second Set of Written Discovery on SkyWest.

2. The parties thereafter engaged in written correspondence and meet-and-confer efforts concerning SkyWest's responses to that discovery.

3. On August 18, 2026, SkyWest served supplemental discovery responses and made a supplemental production concerning Krithivas's Second Set of Written Discovery.

4. Because the August 18, 2026 supplemental responses and production affected the parties' outstanding discovery disputes, counsel met and conferred again on August 25, 2026, in an effort to resolve or narrow the remaining issues.

5. Following the August 25, 2026 meet-and-confer, certain disputes concerning Krithivas's Second Set of Written Discovery remain unresolved and may require resolution through Short Form Discovery Motions under DUCivR 37-1.

6. DUCivR 37-1(b)(2)(C) requires a Short Form Discovery Motion to be filed no later than 45 days after the written communication required by DUCivR 37-1(a)(2), unless the Court grants an extension of time for good cause.

7. In light of SkyWest's August 19, 2026 supplemental responses and production and the parties' subsequent August 25, 2026 meet-and-confer, the parties agree that good cause exists to extend the applicable deadline so that any remaining disputes may be presented based upon the supplemented discovery record and the parties' subsequent efforts to resolve those disputes.

Accordingly, the parties stipulate and jointly request that the Court extend the deadline under DUCivR 37-1(b)(2)(C) for Krithivas to file one or more Short Form Discovery Motions

concerning unresolved disputes arising from his Second Set of Written Discovery to SkyWest through and including **Monday, September 21, 2026**.

This Stipulation is limited to the deadline imposed by DUCivR 37-1(b)(2)(C) for disputes arising from Krithivas's Second Set of Written Discovery. SkyWest agrees not to assert that a Short Form Discovery Motion filed by Krithivas within the extended period authorized by the Court is untimely under DUCivR 37-1(b)(2)(C). Nothing in this Stipulation waives or limits any party's substantive objection, argument, privilege, or position concerning the underlying discovery disputes.

DATED this 14th day of September, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas

**HOLLAND & HART LLP**

By /s/ Tyson C. Horrocks (with permission)
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*