Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE UNDER DUCivR 37-1(b)(2)(C)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Stipulation between Plaintiff SkyWest Airlines, Inc. and Defendant Vikaas Krithivas to extend the deadline imposed by DUCivR 37-1(b)(2)(C) for Short Form Discovery Motions concerning Krithivas's Second Set of Written Discovery to SkyWest.

For good cause appearing, the Stipulation is GRANTED.

Krithivas may file one or more Short Form Discovery Motions concerning unresolved disputes arising from his Second Set of Written Discovery to SkyWest through and including Monday, September 21, 2026. Any such motion filed within that period will be considered timely under DUCivR 37-1(b)(2)(C).

This extension is limited to the deadline under DUCivR 37-1(b)(2)(C) and does not alter any other deadline or resolve or waive any substantive objection, privilege, argument, or position concerning the underlying discovery disputes.

**SO ORDERED** this _________ day of September, 2026.

BY THE COURT:

______________________________________

Magistrate Judge Paul Kohler
U.S. District Court of Utah