# EXHIBIT C

to Defendants' Joint Motion for Protective Order

skywestalpa.org interest form (/register) and home page
as captured by the Internet Archive on August 14, 2025

INTERNET ARCHIVE WaybackMachine https://skywestalpa.org/register 2 captures 14 Aug 2025 – 11 Sep 2025 AUG 14 2025 SEP 2024 2026 About this capture

Logo

Home Our Mission Pilot Info Register Interest Updates Contact

# Register Your Interest

Complete the form below to express your support. This form does not obligate you to any specific action. All submissions are confidential and protected under federal labor law.

First Name

Last Name

Employee Number (6 digits)

Seat: Select Seat

Aircraft: Select Aircraft

Crew Base: Select Base

Email

Phone (optional)

Mailing Address (optional)

Street, City, State ZIP

Comments (optional)

☐ I understand this is a non-binding show of support. My information is confidential and protected under federal labor law.

Submit

Our path toward representation

© 2025 SkyWest ALPA Initiative. All rights reserved.

This site is independently operated by and for SkyWest pilots. It is not affiliated with SkyWest Airlines or SAPA. All participation is confidential.

Use of this site implies agreement with our Privacy Policy and Terms of Service.

INTERNET ARCHIVE WaybackMachine
https://skywestalpa.org/
55 captures
19 Nov 2008 – 11 Sep 2025
MAR AUG SEP
14
2023 2025 2026
About this capture

Logo

Home Our Mission Pilot Info Register Interest Updates Contact

# SkyWest Pilots. United by Purpose.

Together, we're building a future of security, voice, and respect — through ALPA representation.

✍ Register Interest

## Why Representation? Why Now?

For over 50 years, we've had no enforceable contract. That means no guaranteed protections for pay, schedules, or discipline. We've relied on policy, not power.

ALPA is how we fix that — by creating a legally binding agreement, written by SkyWest pilots, for SkyWest pilots.



**Subject: RE: Organize under ALPA**
Ron Rindfleisch, ALPA Organizing Consultant

ALPA has been contacted by many SkyWest pilots over the past several months seeking ALPA representation. I can verify that the website is legitimate. And ALPA never shares pilot contact information with management.

ALPA encourages the SkyWest pilots to seek ALPA union representation under the Railway Labor Act, administered by the National Mediation Board (NMB).

*"Feel free to contact me in confidence."*

**Ron (Rino) Rindfleisch**
ALPA Organizing Consultant
571-215-2233

## Your Information is Safe — Always

✋ **This is not a vote. This is not the card drive. This is only a show of interest.**

We are currently building support. Once we reach enough interest, **ALPA** will launch the official card drive — not before.

**Your submission is never shared with SkyWest Airlines or SkyWest, Inc.**
🔒 **ALPA does not reveal who signed cards or expressed interest — ever.**
**Only the National Mediation Board (NMB)** sees the total count if a vote is triggered — not the names.

*Your name. Your decision. Your future.*
*We're simply asking: "Do you want a seat at the table?"*

## What We're Building

**Real Voice**
Legally protected representation for every pilot.

**Enforceable Contract**
No more handshake deals — clear, fair agreements.

**ALPA Support**
Resources, legal backing, and experience from the world's largest pilot union.

💪 **Pilot Unity**
We're stronger — and safer — when we speak with one voice.

## What Other Pilots Are Saying

*"We've watched other regionals secure commuter policies, fatigue pay, and enforceable rules — because they had a contract. It's our turn."*

— SkyWest Captain, ORD

Join the Conversation

## Already Signed Up?

Thank you for your support. We'll keep you updated — and if you're ready to take a bigger role, reach out directly through our secure form.

Our path toward representation

© 2025 SkyWest ALPA Initiative. All rights reserved.
This site is independently operated by and for SkyWest pilots. It is not affiliated with SkyWest Airlines or SAPA. All participation is confidential.
Use of this site implies agreement with our Privacy Policy and Terms of Service.