Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **DECLARATION OF DANIEL MOUSSARON IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Daniel Moussaron, declare as follows:

1. I am a Defendant and Counterclaim Plaintiff in this action. I submit this Declaration in support of Defendants' Joint Motion for Protective Order. I have personal knowledge of the facts stated below, and if called as a witness I could and would testify competently to them.

2. I am a former SkyWest Airlines Captain. Beginning in approximately April 2025, I joined with other SkyWest pilots in an effort to organize the SkyWest pilot group for representation by the Air Line Pilots Association, International ("ALPA"). The pilots leading that effort acted through an organizing committee (the "Organizing Committee"). I was one of five pilots who made up the Organizing Committee's leadership. SkyWest terminated my employment on January 26, 2026. I have not been involved with the campaign since my termination, and the facts below describe the period from approximately April 2025 through January 2026 unless otherwise stated.

**The Organizing Committee and the Confidentiality Pilots Were Promised**

3. At its peak the Organizing Committee had approximately 70 members. No member of the Organizing Committee ever publicly identified himself or herself as a member. The only two members whose identities became known to SkyWest – Mohammad Naqvi and I – did not choose to be identified; Mr. Naqvi's identity was disclosed to SkyWest's in-house pilot association, as described in his declaration, and mine became known through my termination.

4. Approximately three-quarters of the Organizing Committee's members – roughly 50 pilots – told me directly that they would not allow themselves to be publicly identified as members. The reason they gave was fear of retaliation by SkyWest management, based on what they understood had happened to pilots involved in earlier organizing efforts at SkyWest.

5. The campaign invited pilots to express interest through a form on its website, skywestalpa.org. A copy of that page as it existed on August 14, 2025, preserved by the Internet Archive, is included in Exhibit C to Defendants' Joint Motion for Protective Order. The form required a pilot's first and last name, six-digit employee number, seat, aircraft, crew base, and email address. It stated: "All submissions are confidential and protected under federal labor law," and it could not be submitted without checking a box reading "I understand this is a non-binding

show of support. My information is confidential and protected under federal labor law." The site's footer stated that it was "not affiliated with SkyWest Airlines or SAPA" and that "All participation is confidential."

6. The campaign's home page, a copy of which as it existed on August 14, 2025 is also included in Exhibit C to the Motion, made the same promise in plainer terms under the heading "Your Information is Safe — Always": "Your submission is never shared with SkyWest Airlines or SkyWest, Inc."; "ALPA does not reveal who signed cards or expressed interest — ever"; and "Only the National Mediation Board (NMB) sees the total count if a vote is triggered — not the names." The page also carried a message from ALPA's organizing consultant stating that "ALPA never shares pilot contact information with management." These assurances were the basis on which pilots decided whether to participate.

**What Pilots Told Me When I Asked Them to Participate**

7. Between approximately April 2025 and January 2026 I personally spoke, in person, with more than 100 SkyWest pilots about joining the Organizing Committee or submitting the interest form.

8. Approximately ten of those pilots told me they would be interested in joining the Organizing Committee but would not do so because of the risk of being identified to SkyWest.

9. Approximately 45 more told me that they supported the effort but had to "protect their career," and that they would not put their name on anything SkyWest might have access to – including the interest form – for that reason.

10. The pilots who declined described their fear in concrete terms. They told me that SkyWest controls their careers through jeopardy checking and training events – a check airman can fail a pilot on a checking event, and a failure follows the pilot not only at SkyWest but to any future employer. They also told me that SkyWest has influence over hiring at its mainline partner

airlines and could make a pilot's path to those carriers as difficult as possible. Their concern was not that SkyWest would openly punish them for supporting a union; it was that SkyWest would have the means to do so quietly through training, checking, or references, and that no one would be able to prove why.

**The Effect of Disclosure**

11. The information SkyWest seeks – the identities of pilots who joined the Organizing Committee, submitted the interest form, responded to the poll, or were assessed by the campaign as supportive – is exactly the information those pilots were promised would never reach SkyWest, and exactly the information they told me they feared SkyWest obtaining. Based on what those pilots told me and on what happened to the Organizing Committee after my termination, I believe that disclosing it to SkyWest would confirm every fear they expressed, expose them to the retaliation they described, and end any willingness among SkyWest pilots to associate with an organizing effort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of September 2026, at Minneapolis, Minnesota.

Daniel R Hauser

Daniel Moussaron