Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
SCHOLNICK THORNE HOLLAND
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **DECLARATION OF MOHAMMAD ALI HASNAIN NAQVI IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Mohammad Ali Hasnain Naqvi ("Moe"), declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and make this declaration based on my personal knowledge, except where I state that a matter is based on information provided to me by an identified person, in which case I identify the source and believe the information to be true.

2. I am a former SkyWest Airlines pilot. I was employed by SkyWest from May 23, 2022 to December 17, 2023, based at Chicago O'Hare International Airport (ORD). I have since been employed by other FAA Part 121 airlines.

3. In April 2025, I helped begin the effort to organize SkyWest pilots for representation by the Air Line Pilots Association, International ("ALPA"). I created and circulated the online interest form (a Google Form) used in the first phase of the campaign to gauge pilot interest in ALPA representation, and I encouraged pilots to participate. Although I was no longer employed by SkyWest at that time, I remained in regular contact with SkyWest pilots and assisted the campaign at its inception.

4. When I did this work, I deliberately did not attach my name to it publicly. Based on my experience at SkyWest, I feared that if SkyWest management or the SkyWest Airlines Pilot Association ("SAPA") learned that I was behind the effort, I and others would face retaliation. SAPA is the in-house pilot association at SkyWest; it is not affiliated with any national union.

5. My identity did not remain protected. In or about May 2025, Eric Swanson, a then-SkyWest pilot, disclosed to SAPA that I was the person behind the pro-ALPA posts and the interest form. I learned this from multiple SkyWest crewmembers who flew with Swanson and observed him bragging about getting me in trouble. Those crewmembers asked me not to identify them here because they fear retaliation for being associated with me or with the campaign.

6. After my identity was disclosed, Osama Gataani, whom I understood to be SAPA's Vice President, attempted to find out where I was employed. I learned this from Greg Pinckney, the chairman of the Western Global Airlines ALPA Master Executive Council ("MEC"), who shared

with me messages that our jumpseat committee chairman received from Gataani asking whether I worked for Western Global Airlines.

7. In or about May 2025, Pinckney also relayed a message that our jumpseat committee chairman received from Gataani demanding that I stop making certain online posts, in which Gataani falsely claimed that the subject of those posts was a SkyWest pilot. I understood that contact as an attempt to intimidate me in connection with my organizing activity: it came through my own employer's jumpseat channel, shortly after my identity had been disclosed to SAPA.

8. In or about June 2025, a few weeks after my identity was disclosed to SAPA, TK Rahder, whom I knew to be a former SAPA representative, publicly targeted me in connection with my organizing activity on the "SkyWest Pilots Official" Facebook group, including a comment attempting to identify me as the person behind the pro-ALPA posts by asking "Is this Mo too?" A true and correct copy of that comment is attached as Exhibit A.

9. I do not know with certainty how Rahder learned my identity or the details of my past. I do know the following. First, Swanson's complaint about me went to Gataani by email; Greg Pinckney, my MEC chairman at Western Global Airlines, read that email to me in or about May 2025. Second, in September 2025 I telephoned Gataani and confronted him about these events. During that call, Gataani displayed detailed knowledge of me and my activities, including the fact that I had called into SAPA's conference line anonymously to question SAPA's inaction – something I had told almost no one. Third, shortly after Swanson's complaint to Gataani, Rahder – a former SAPA representative who, to my knowledge, had no connection to Swanson – publicly targeted me in connection with the campaign.

10. In the fall of 2025, I posted on my page about Swanson's conduct toward supporters of the campaign: when pilots "liked" pro-ALPA posts, Swanson sent them harassing messages through SkyWest Online's internal MyMessage system. On or about November 14, 2025, I reported Swanson to SkyWest Human Resources for creating a hostile work environment, and on or about November 19–20, 2025, I spoke with Jason Pitts, SkyWest's head of pilot Human Resources, who told me he would address it. In December 2025, approximately ten days after my report and after a fake Instagram account impersonating me was banned, I received a certified letter from the FAA stating that allegations had been submitted anonymously through the FAA Hotline claiming that I suffered from depression and anxiety. Those allegations are untrue. A true and correct copy of the FAA letter is attached as Exhibit B.

11. SkyWest's corporate offices also involved themselves with press coverage of the campaign. The then-leader of the SkyWest ALPA Organizing Committee, who is no longer employed by SkyWest, shared with me a message he received from Craig Pieper of Aero Crew News, which had published a post stating that SkyWest pilots had launched the SkyWest Pilot Initiative, aiming to unionize under ALPA. Pieper's message stated: "Hello the PR director for SkyWest is telling me that former SkyWest Pilots are the ones who initiated this survey and wants us to update our social posts. Can you confirm this for us? She's asking us to change our posts." A true and correct copy of that message is attached as Exhibit C.

12. At all relevant times, I understood SAPA's leadership to interact closely with SkyWest Flight Operations management. The former SAPA President, Aric Arnold, told me personally in a phone call in approximately January 2024 that he had a close professional relationship with Tracy Gallo, Senior Vice President of Flight Operations at SkyWest Airlines, and that Mr. Gallo approved SAPA's activities and approved or denied proposals drafted by SAPA representatives.

When I was a SkyWest pilot, I also observed joint communications, SAPA announcements distributed through company email, SAPA relaying memos and rules on weekly conference calls as directed by management, and the SAPA enrollment code hosted on SkyWest Online. This is a stark contrast to my experience at Southwest Airlines and Western Global Airlines, where a union was present on the property and everything was kept completely separate from management.

13. The harassment and intimidation described above did not end my concern; it confirmed it. I remain concerned that SkyWest or persons associated with SAPA could contact my current employer, as was attempted before, and that my association with the ALPA campaign could be used to damage my current and future employment.

14. Through my continued communications with campaign participants, I also personally observed a chilling effect on other pilots involved in or supportive of the organizing campaign. After the events involving me became known, participation in the organizing effort declined. Pilots who had supported the effort became reluctant to identify themselves publicly, and multiple pilots told me that they feared retaliation because of their involvement. Some pilots stopped participating in the organizing committee entirely. Others stated publicly or in online discussions that they wanted union representation but did not want their support to become known because they feared repercussions from SkyWest management. Based on what I personally experienced and what I observed among other pilots afterward, I believe that disclosure of the identities of pilots who supported or participated in the organizing campaign would deter pilots from continuing to participate or associate openly with that effort.

15. I make this declaration in support of Defendants' motion for a protective order. I am willing to testify to the matters stated here if called upon to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of September 2026, at Des Plaines, Illinois [city, state].

Mohammad Ali Hasnain Naqvi

# EXHIBIT A

to the Declaration of Mohammad Naqvi

Facebook comment on the “SkyWest Pilots Official” group (“Is this Mo too?”)


09:37
94
SkyWest Pilots Official
Top contributor JA Adam · 2d ·
T.K. Rahder
Is this Mo too?
2d Like Reply
1

# EXHIBIT B

to the Declaration of Mohammad Naqvi

FAA letter, December 2025 (anonymous hotline allegations)

U.S. Department of Transportation
Federal Aviation Administration

Aviation Safety
Office of Aerospace Medicine
Medical Certification

P.O. Box 25082
Oklahoma City, OK 73125-9867
Phone: (405) 954-4821

**DECEMBER 02, 2025**

**CERTIFIED AND REGULAR MAIL**

MOHAMMAD ALI NAQVI
[redacted]

Ref: PI
MID
APP [redacted]

Dear Mohammad Ali Hasnain Naqvi,

We have recently received anonymous allegations that you have a mental illness and have experienced depression and anxiety. Based on this event, we find that additional information is necessary to determine whether you meet medical standards for airman medical certification in 14 C.F.R. part 67.

To determine whether you meet these medical standards, we request that you provide the following information within **60 days** for FAA review:

1. A current, detailed clinical progress note generated from a clinic visit with your treating physician in accordance with the enclosed guidelines.

   The clinical progress note must specifically include a listing of all current and historical diagnoses. The report should address history and symptoms, diagnosis, treatment plan, current over-the-counter and prescription medications (name, dosage, indication, frequency of use and side effects), and prognosis. Include the results of any current testing deemed appropriate.

2. Your personal statement that is typed, signed, and dated, addressing the allegations listed above. Your personal statement must address whether you have or have ever been diagnosed with depression or anxiety and must address current mood stability.

**The FAA may require additional information following review of the information you provide in response to this letter.**

**Please Note:** We cannot determine your eligibility for airman medical certification until **all** requested information is received. As the airman, it is your responsibility to provide the requested information in its entirety. To help prevent any delays, please:

- Be sure to include your **PI, MID, or App ID number and complete name** on all documents and reports.
- You may request **additional time** to respond by submitting a written request for an extension to the address below or calling us at (405)954-4821. Please be specific regarding the reason you need an extension.
- Only submit the records requested above, **not your entire medical record**.
- Do not send duplicate copies. If you or your Aviation Medical Examiner have already sent **all items noted above**, you do not need to send it

This file contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed and shall not be disclosed, copied or re-released in any part. If you received it in error, please notify the sender immediately.

PI # [redacted]
MID # [redacted]
APP ID # [redacted]
Mohammad Ali Hasnain Naqvi

again. (If you receive a subsequent letter from the FAA that appears to make duplicate request for information that you have already submitted, please contact the FAA using the link provided below.)

- Submit all documents to your AME for upload into your FAA electronic file OR **in one mailing** to one of the addresses below:

**Regular 1st Class Mail** or **Special Delivery/Overnight Mail**

Federal Aviation Administration
Aerospace Medical Certification Division
CAMI Bldg 13, AAM-300
P.O. Box 25082
Oklahoma City, OK 73125

Federal Aviation Administration
Aerospace Medical Certification Division
6500 S. MacArthur Blvd.
CAMI Bldg 13, AAM-300
Oklahoma City, OK 73169

You have **60 days** from the date of this letter to submit the requested information. If we do not receive the requested information, your application may be denied in accordance with 14 C.F.R. § 67.413, or your file may be sent to FAA legal counsel for consideration of legal enforcement action.

We would like to invite your attention to the provisions of 14 C.F.R § 61.53, which prohibits performance of operations requiring an airman medical certificate if you are experiencing a medical deficiency.

If you or your AME have questions or concerns regarding the documentation requested, you may contact us at the following link:
www.faa.gov/go/medcert_contact

Sincerely,

for

MARVIN W. JACKSON, M.D.
Regional Flight Surgeon
Great Lakes Regional Medical Office

Enclosures: Pilot's Bill of Rights Written Notification - Issued; Specification Sheet - Detailed Clinical Progress Note

cc: - REDACTED - M.D.
EKS

This file contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed and shall not be disclosed, copied or released in any part. If you received it in error, please notify the sender immediately.

## PILOT'S BILL OF RIGHTS NOTIFICATION
## CURRENT AIRMAN MEDICAL CERTIFICATE HOLDER

This letter concerns the Administrator's investigation of your qualification to continue to hold your current airman medical certificate and advises you of the nature of this investigation. In addition, the Pilot's Bill of Rights, Public Law 112-153, requires that we inform you that:

- Any response to an inquiry by a representative of the Administrator by you in connection with this investigation of your qualifications as described in this letter may be used as evidence against you.

- A copy of the releasable portions of your airman medical file is available to you upon submitting "FAA Form 8065-2 Request For Airman medical Records" to the following address:

  Federal Aviation Administration
  Aerospace Medical Certification Division
  Medical Records Department, AAM-331
  P.O. Box 25082
  Oklahoma City, OK 73125-9867

Note: **FAA Form 8065-2 is not acceptable with a stamped or digital signature.**

If you wish to have the records sent electronically, you must include your health care provider's email address and phone number.

This file contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed and shall not be disclosed, copied or re-released in any part. If you received it in error, please notify the sender immediately.

# Detailed Clinical Progress Note Guidelines

(Updated 2/17/2023)

The FAA requires a **current, detailed Clinical Progress Note** to determine your eligibility for a FAA Medical Certificate. If you ask your physician's office for a copy of your progress note, they may direct you to your patient portal to print out "notes" or an "After Visit Summary (AVS)." Patient Portal notes or an AVS that **do not meet the criteria listed below** for a detailed Clinical Progress Note are **NOT** sufficient for FAA purposes. Submitting incorrect or incomplete information will delay your medical certification review. To help avoid this, please review the information provided below.

**You may wish to share this with your treating physician** so they are aware the information is reviewed by FAA medical personnel including physicians with expertise in aerospace medicine and a variety of specialties/subspecialties (such as ENT, ophthalmology, surgery, neurology, neuropsychology, family medicine, internal medicine, and cardiology).

<table>
<tr><th>WHEN YOU SEE:</th><th>IT MEANS THIS TO FAA Aerospace Medicine:</th></tr>
<tr><td>CURRENT</td><td>To be "current," in MOST CASES, the detailed Clinical Progress Note should be from an evaluation in which you saw your treating physician no more than 90 days ago.<br><br>(*FAA ATCS clearance exams correlate with birth month, so the treating physician evaluation should be within 90 days of the birth month.)</td></tr>
<tr><td>DETAILED<br><br>In some instances, the specialty of the physician will be specified (ex. cardiologist or neurologist, etc.)</td><td>This information is standard in most clinical progress notes. [e.g., <u>Medicare standards</u>]<br>It must include the following items:<ul><li>A summary of the history of the condition;</li><li>Current medications, dosages, and side effects (if any);</li><li>Clinical exam findings;</li><li>Results of any testing performed;</li><li>Diagnosis;</li><li>Assessment and Plan;</li><li>Prognosis [this item may not be on a standard progress note, make sure your physician adds this information]; and</li><li>Follow-up</li></ul>Please note: A letter stating, "Mr. Smith is ok to fly" (or any other simple note) is NOT a current detailed Clinical Progress Note and is NOT acceptable.</td></tr>
<tr><td>CLINICAL</td><td>Describes findings from an actual clinical encounter (usually in office).</td></tr>
<tr><td>PROGRESS NOTE<br><br>You may also see this called a "current status report" or "status report" in current FAA Guidance or a previous letter. Any reference to a "status report" equals the criteria listed on this sheet.</td><td>This is part of the actual medical record that details events of your office or hospital visit.<br><br>Physicians and other providers understand this term. It may be called a SOAP note or patient note. It has specific components (see "Detailed" above).<br><br>A patient "after visit summary" or "patient summary" are NOT sufficient for FAA purposes. Here is how to tell the difference between patient portal notes or AVS vs a current, detailed Clinical Progress Note:<br><br>
<table>
<tr><th>✗ Patient Portal or After Visit Summary (AVS)</th><th>✓ Current, Detailed Clinical Progress Note</th></tr>
<tr><td>Ready immediately after the visit.</td><td>May take some time (days) for the physician to review and sign.</td></tr>
<tr><td>Accessible on your patient portal.</td><td>May be accessible in your patient portal, however, this depends on your physicians Electronic Medical Record (EMR) system.</td></tr>
<tr><td>Title = "After Visit Summary"</td><td>Title = "Progress Notes" or "View notes"</td></tr>
<tr><td>Page Contents:<ul><li>Blood pressure, weight, pulse;</li><li>Instructions ("pick up medications, return in 6 months," etc.);</li><li>Reason for visit, list of medications given, or tests ordered; and</li><li>Medication allergies, immunization history, etc.</li></ul></td><td>Page Contents:<ul><li>Blood pressure, weight, pulse;</li><li>Instructions ("pick up medications, return in 6 months," etc.);</li><li>Reason for visit, list of medications given, or tests ordered;</li><li>Medication allergies, immunization history, etc.;</li></ul>PLUS:<ul><li>Review of body systems;</li><li>Physical exam findings<br>(Ex. constitutional, cardiovascular, skin, etc.);</li><li>List of all current medication(s) and dosages;</li><li>Assessment and Plan (prognosis); and</li><li>ICD-10 codes</li></ul></td></tr>
<tr><td>You do not need to sign a release to obtain.</td><td>You may have to sign a release with your physician's office to get a copy (printed or released to you in your EMR).</td></tr>
</table></td></tr>
<tr><td>"IT MUST SPECIFICALLY INCLUDE"</td><td>If this language is in your letter, it is to highlight SPECIFIC items (that may or may not be part of a standard current detailed Clinical Progress Note). Please ensure your physician addresses these specific items important for medical certification or clearance.</td></tr>
</table>

This file contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed and shall not be disclosed, copied or re-released in any part. If you received it in error, please notify the sender immediately.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

12-2-25
MOHAMMAD ALI NAQVI
PI# - REDACTED -

9590 9402 9625 5121 8354 67

2. Article Number *(Transfer from service label)*

9589 0710 5270 2938 7980 56

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☑ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

This file contains privileged and confidential information protected by the privacy act. The information is intended for the individual or entity to which it was addressed and shall not be disclosed, forwarded or re-released in any part. If you received it in error, please notify the sender immediately.

# EXHIBIT C

to the Declaration of Mohammad Naqvi

Message from Pieper regarding SkyWest's PR director (December 2025)

## Message Details

**Name:** Craig Pieper

**Email:** craig.pieper@aerocrewnews.com

**Status:** ANSWERED

*Received: 5/23/2025, 9:07:04 PM*

---

**Message:**

Hello the PR director for SkyWest is telling me that former SkyWest Pilots are the ones who initiated this survey and wants us to update our social posts. Can you confirm this for us?
She's asking us to change our posts.

Our post says the following...
SkyWest Update:

SkyWest pilots have launched the SkyWest Pilot Initiative, aiming to unionize under the Air Line Pilots Association (ALPA).

Details:

Thanks for your help.