**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **DECLARATION OF DOE IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, the undersigned Declarant, submitted under the pseudonym "Doe" for the reasons stated below, declare as follows:

1. I submit this declaration in support of Defendants' Joint Motion for Protective Order. The matters stated here are based on my own personal knowledge and observations during my employment at SkyWest Airlines, except where I state that a matter was understood or perceived within the workforce, and if called to testify I could and would testify competently to them.

2. I am a former SkyWest pilot and was a member of the organizing committee for the ALPA campaign. I left SkyWest voluntarily and in good standing, eligible for rehire, and I am now employed by another Part 121 air carrier. During my employment at SkyWest, I participated in the effort to organize SkyWest pilots for representation by the Air Line Pilots Association, International ("ALPA").

3. I provide this declaration under a pseudonym because I fear that if I am publicly identified as an organizer, SkyWest will take steps to damage my career at my current airline, for the reasons explained in paragraphs 11 through 13. I understand that my true identity is known to Defendants' counsel and will be provided to the Court for in camera review on request.

4. SkyWest's opposition to unionization was open and constant, and employees understood it. As part of the hiring process, each candidate completes a survey that asks about unions. It was understood throughout the industry that expressing any interest in a union would result in not being offered an interview. I am personally familiar with this survey and how candidates' answers were treated because I performed duties for SkyWest in its pilot-recruiting process.

5. SkyWest maintained anti-union material on its internal employee website, including a section devoted to why union representation was harmful or unnecessary. Anti-union materials were also displayed in company crew rooms.

6. During organizing drives, when union communications reached employees, SkyWest frequently responded with anti-union messaging through company email or SkyWest Online ("SWOL"). All of this left employees with a clear understanding that management monitored organizing activity closely and strongly opposed representation.

7. Employees were also aware of accounts from earlier organizing campaigns that contributed to a genuine fear of retaliation. It was understood in the workforce that flight attendants involved in organizing with the Association of Flight Attendants had lost their jobs. Whatever the full facts of those events, the perception among employees was that becoming publicly involved in union activity could put a person's employment at risk.

8. Among pilots, one of the greatest concerns was training and checking. Pilots worried openly that if they became known as union supporters or organizers, they could be treated differently during recurrent training, captain upgrade, check rides, or other company-controlled evaluations.

9. That concern was reinforced by the experience of a pilot involved in an earlier organizing effort. Before the company became aware of his union involvement, he had been regarded as a strong enough pilot and employee to become a Captain and Line Check Airman. After his union involvement became known, he later experienced a failure in a training or checking environment. I cannot personally state what motivated that failure, but pilots were aware of the sequence of events, and it reinforced the fear that visible union involvement could affect a pilot's career.

10. Pilots understood that they would repeatedly have to place their careers in the hands of company training, standards, and management personnel. The fear was not that anyone would openly say a pilot was being failed or disciplined because of union support. The fear was that something adverse could happen later, and the pilot would have no practical way to prove why it occurred.

11. The result was a clear chilling effect. Many pilots privately supported representation but were afraid to associate themselves publicly with the organizing effort. Some were particularly concerned about being publicly identified before entering recurrent training or captain upgrade. For that reason, keeping confidential the identities of those who supported the campaign was essential to persuading pilots to participate at all.

12. As part of the campaign, pilots who expressed interest were assured that their participation would not be shared with SkyWest and that their identities would not be revealed to the company. Those assurances were important to pilots' willingness to participate.

13. I no longer work for SkyWest, and I left voluntarily and eligible for rehire. Even so, I am not willing to attach my name to this statement. Based on what I observed of the lengths to which SkyWest was willing to go against employees who tried to organize a union, I fear that public identification would lead the company to find a way to damage my career at the airline where I now work. That fear is the reason I provide this declaration under a pseudonym rather than in my own name.

14. Taken together, the company's persistent anti-union messaging, its responses to organizing communications, the accounts employees were told about previous organizers, and the concerns surrounding training and evaluation created a real fear of becoming publicly involved in union organizing at SkyWest. Employees could support a union privately, but many were afraid of what could happen to their careers if SkyWest knew they were actively helping to organize one.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on - August 29th, 2026.

REDACT

Doe Declarant