# EXHIBIT J

to Defendants' Joint Motion for Protective Order

SkyWest_0000526 and SkyWest_0000531 – SAPA representative confidentiality agreements

## FILED UNDER SEAL

Designated CONFIDENTIAL by Plaintiff SkyWest Airlines, Inc.
under the Standard Protective Order, DUCivR 26-2

Filed under seal pursuant to DUCivR 5-3(b)(1) and the
Motion for Leave to File Exhibits Under Seal filed contemporaneously herewith

SkyWest Airlines, Inc. v. Moussaron, et al., Civil No. 4:26-cv-00015-DN-PK