Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant and Counterclaim Plaintiff Daniel Moussaron, by and through undersigned counsel, moves the Court under DUCivR 5-3(b) for an Order placing under seal Exhibits E, G, and J to Defendants' Joint Motion for Protective Order.

Exhibits E, G, and J are documents produced in discovery by Plaintiff SkyWest Airlines, Inc. ("SkyWest") – SkyWest_0000538 (Exhibit E), SkyWest_0000475 (Exhibit G), and

SkyWest_0000526 and SkyWest_0000531 (Exhibit J) – each marked CONFIDENTIAL by SkyWest under the Standard Protective Order, DUCivR 26-2, which requires that papers filed with the Court containing such information be "filed consistent with DUCivR 5-3." Standard Protective Order § (D)(3). The sole basis for this Motion is SkyWest's designation. DUCivR 5-3(b)(2)(C)(i). Moussaron takes no position on whether the designations are proper; under DUCivR 5-3(b)(2)(C)(i), SkyWest must file its own Motion for Leave to File Under Seal within 7 days of service of this Motion if it seeks to keep any of these exhibits under seal, failing which they may be unsealed without further notice.

This Motion is narrowly tailored to the three exhibits SkyWest designated. The Joint Motion for Protective Order, its remaining exhibits, and all declarations are filed publicly, and a redacted placeholder for each of Exhibits E, G, and J is filed publicly with them as DUCivR 5-3(b)(1) requires. Moussaron requests that any seal remain in place only until the Court rules on a motion by SkyWest under DUCivR 5-3(b)(2)(C)(i) or, if none is filed, that the exhibits be unsealed if the Court so decides. A proposed order is submitted herewith.

DATED this 14th day of September 2026.

**SCHOLNICK THORNE HOLLAND**
/s/ Jonathan K. Thorne
Jonathan K. Thorne
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of September, 2026, I electronically transmitted this pleading to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSayline@hollandhart.com
Zachary T. Burford, ZTBurford@hollandhart.com
Tyler S. Erikson, TSErickson@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.

Scott Uthe, suthe@azlawyers.com
Tim Ducar, tducar@azlawyers.com
Attorneys for Defendant Vikaas Krithivas

*/s/Jonathan K. Thorne*