**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Defendant and Counterclaim Plaintiff Daniel Moussaron's Motion for Leave to File Exhibits Under Seal. Exhibits E, G, and J to Defendants' Joint Motion for Protective Order were produced by Plaintiff SkyWest Airlines, Inc. and designated CONFIDENTIAL under the Standard Protective Order, DUCivR 26-2, and the Motion is made solely on that basis under DUCivR 5-3(b)(2)(C)(i). Good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and Exhibits E, G, and J shall be filed and maintained under seal. If Plaintiff does not file a Motion for Leave to File Under Seal within 7 days of service of Moussaron's Motion, as DUCivR 5-3(b)(2)(C)(i) provides, the exhibits may be unsealed without further notice.

DATED this ___ day of __________, 2026.

BY THE COURT:

______________________________
PAUL KOHLER
United States Magistrate Judge