1:55 5G

46

TG JM GW

3 People

Sun, Jan 11 at 9:08 AM

Jessica Mulligan

**SkyWest Pilots Official**
Michael Bonaparte · 8h ·

Okay, personal rant. I got a call today from another pilot in the company. I applied for an internal position so I thought it was for that. No, it was to push me to vote for a union. I don't even give out my personal number to my flight crews! How in the @&#*#& did they get my number? I asked and his answer was we have some really smart people who know how to access private info through the back door of the company. Anyone or anything who is getting my number without my permission will NEVER GET MY VOTE! They just showed me they don't care about me, they only care about their agenda. I have been a part of two unions before getting into aviation. Those experiences have shown me I want no part of it in this industry.

Rant over. (Mic drop and walk off stage left).

14 24

JM: Shared with me this morning-
The comment regarding some back door way to access info is concerning

Greg Wooley

GW: Yes it is.

Any chance it's via skedplus or pbs? I can get you Justin but may want to point him where to look

Tracy Gallo

TG: If a pilot or anyone else is hacking our system and we find out who it is it will be automatic termination without question.

iMessage