# Confidentiality and Nondisclosure Agreement
## Labor Representative

This Agreement is entered into this ____ day of __________, 2024, by and between SkyWest Airlines, Inc., (hereinafter, "SkyWest") and _______________________,

Ms. ____________ understands and acknowledges that while serving as ________________she may be privileged to receive and review SkyWest's Confidential Information. "Confidential Information" includes, but is not limited to, SkyWest business records, trade secrets, contracts, business plans, financial statements, marketing strategies and contact information and methods of conducting or obtaining business. It also includes employee data in the form of personnel records, contact information, background check information, medical records and other benefits information. It also includes the intellectual property of vendors who license their products to SkyWest and protect it via contract. All such data is considered confidential and privileged no matter how it is communicated – in writing, via electronic communications or by conversation.

Ms. ___________ understands that she is receiving this information solely because she is a ___ Representative, as such, affirms she has resigned membership from any other labor organization and renounces her support or affiliation with any organizing group or committee that seeks, or may seek, to replace ____. She agrees that she will not disclose, divulge, or otherwise communicate at any time, or in any manner, to any party other than those expressly permitted by SkyWest management any Confidential Information, either during or subsequent to employment with SkyWest.

Ms. ___________ agrees not to use Confidential Information for her own purposes or to disclose any Confidential Information to others without advanced written consent of SkyWest management.

Upon the request of SkyWest, Ms. __________ agrees to return or destroy, as directed, all Confidential and Privileged Information in tangible form. Ms. ____________ understands that violating the terms of this Agreement will lead to discipline, up to and including termination of employment, and that SkyWest reserves the right to seek damages in civil court for breach of this agreement. Because damages for disclosing confidential information are difficult to estimate, Ms. _______ agrees to pay liquidated damages in the amount of $10,000.00 per disclosure, which the parties stipulate are reasonable and proper.

This Agreement is governed under the laws of the State of Utah, and any legal action pertaining hereto shall fall under the jurisdiction of the Fifth Judicial District Court, State of Utah and/or the applicable United States Federal District Court.

If any portion or part of this Agreement is deemed to be invalid by law, the remaining portions and/or parts of this Agreement shall remain in full force and effect.

I UNDERSTAND THAT THIS AGREEMENT AFFECTS AND RESTRICTS MY RIGHT TO DISCLOSE OR USE PRIVILEGED CONFIDENTIAL INFORMATION DURING OR SUBSEQUENT TO THE COURSE OF MY EMPLOYMENT AT SKYWEST. I UNDERSTAND THAT DISCLOSING CONFIDENTIAL INFORMATION MAKES ME SUBJECT TO LOSS OF EMPLOYMENT AND LIQUIDATED DAMAGES OF $10,000.00 PER DISCLOSURE. I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.

MS. _______________ Title: ____ Representative Signature ______________________________

Date: _______________ Employee No. _________________

# Confidentiality and Nondisclosure Agreement

This Agreement is entered into this ____ day of __________, 2019, by and between SkyWest Airlines, Inc., (hereinafter, "SkyWest") and _______________________,

Mr. ____________ understands and acknowledges that while serving as ________________he may become aware of Confidential Information. Confidential Information includes, but is not limited to, SkyWest business records, trade secrets, contracts, business plans, financial statements, marketing strategies and contact information and methods of conducting or obtaining business. It also includes employee data in the form of personnel records, contact information, background check information, medical records and other benefits information. It also includes the intellectual property of vendors who license their products to SkyWest and protect it via contract. All such data is considered confidential and privileged no matter how it is communicated – in writing, via electronic communications or by conversation.

Mr. ___________ understands that he is receiving this information solely because he is a SAPA Representative, as such, affirms he has resigned membership from any other labor organization and renounces his support or affiliation with any organizing group or committee that seeks, or may seek, to replace SAPA. He agrees that he will not disclose, divulge, or otherwise communicate at any time, or in any manner, to any party other than those expressly permitted by SkyWest management any Confidential Information, either during or subsequent to employment with SkyWest.

Mr. ___________ agrees not to use Confidential Information for his own purposes or to disclose any Confidential Information to others without advanced written consent of SkyWest management.

Upon the request of SkyWest, Mr. __________ agrees to return or destroy, as directed, all Confidential and Privileged Information in tangible form. Mr. ____________ understands that violating the terms of this Agreement will lead to discipline, up to and including termination of employment, and that SkyWest reserves the right to seek damages in civil court for breach of this agreement. Because damages for disclosing confidential information are difficult to estimate, Mr. _______ agrees to pay liquidated damages in the amount of $10,000.00 per disclosure, which the parties stipulate are reasonable and proper.

This Agreement is governed under the laws of the State of Utah, and any legal action pertaining hereto shall fall under the jurisdiction of the Fifth Judicial District Court, State of Utah and/or the applicable United States Federal District Court.

If any portion or part of this Agreement is deemed to be invalid by law, the remaining portions and/or parts of this Agreement shall remain in full force and effect.

I UNDERSTAND THAT THIS AGREEMENT AFFECTS AND RESTRICTS MY RIGHT TO DISCLOSE OR USE PRIVILEGED CONFIDENTIAL INFORMATION DURING OR SUBSEQUENT TO THE COURSE OF MY EMPLOYMENT AT SKYWEST. I UNDERSTAND THAT DISCLOSING CONFIDENTIAL INFORMATION MAKES ME SUBJECT TO LOSS OF EMPLOYMENT AND LIQUIDATED DAMAGES OF $10,000.00 PER DISCLOSURE. I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.

MR. _______________ Title: SAPA Representative Signature ______________________________

Date: _______________ Employee No. _________________