**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE UNDER DUCivR 37-1(b)(2)(C)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Stipulation[1] between Plaintiff SkyWest Airlines, Inc. and Defendant Vikaas Krithivas to extend the deadline imposed by DUCivR 37-1(b)(2)(C) for Short Form Discovery Motions concerning Krithivas's Second Set of Written Discovery to SkyWest.

For good cause appearing, the Stipulation is GRANTED.

Krithivas may file one or more Short Form Discovery Motions concerning unresolved disputes arising from his Second Set of Written Discovery to SkyWest through and including Monday, September 21, 2026. Any such motion filed within that period will be considered timely under DUCivR 37-1(b)(2)(C).

[1] Docket No. 131, filed September 14, 2026.

This extension is limited to the deadline under DUCivR 37-1(b)(2)(C) and does not alter any other deadline or resolve or waive any substantive objection, privilege, argument, or position concerning the underlying discovery disputes.

**SO ORDERED** this 15th day of September, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge