Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **[PROPOSED] ORDER GRANTING DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL DOCUMENTS SUPPORTING SKYWEST'S CLAIMED INVESTIGATION AND RESPONSE COSTS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The Court, having considered Defendant Vikaas Krithivas's Short-Form Discovery Motion to Compel Documents Supporting SkyWest's Claimed Investigation and Response Costs (the "Motion"), and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

Within seven (7) days after entry of this Order, SkyWest shall serve a verified supplemental answer to Interrogatory No. 15 identifying the presently known factual basis and breakdown of its claimed investigation and response costs.

Within seven (7) days after entry of this Order, SkyWest shall produce all responsive, nonprivileged documents responsive to RFP Nos. 18-20 supporting those costs, including any Palo Alto Networks reports, test results, or deliverables and records supporting the 186 hours of Cybersecurity Team time and 34 hours of software-development time identified in SkyWest's supplemental response.

SkyWest shall also serve amended Rule 34 responses stating whether its search and production are complete and whether responsive materials are being withheld. Any responsive material withheld as attorney-client privileged or work product shall be identified in a privilege log complying with Fed. R. Civ. P. 26(b)(5)(A).

DATED this ___ day of _______________, 2026.

**BY THE COURT:**

_________________________________

**PAUL KOHLER**
United States Magistrate Judge