Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL REPORTS SKYWEST CONTENDS TRIGGERED ITS INVESTIGATION (RFPS NOS. 26-27)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 34 and 37 and DUCivR 37-1 for an order compelling complete responses and production to Requests for Production Nos. 26 and 27. The disputed requests and responses are attached as Exhibit A.

SkyWest has repeatedly asserted that its review of SWOL/Directory activity was initiated "in response to reports of misuse of pilot contact information, including reports of unsolicited

texts/calls from non-SkyWest numbers and platforms." (SkyWest Response to Moussaron's Expedited Interrogatory No. 5, Dkt 127-1). RFP No. 26 therefore requests the documents constituting the "reports" that a large number of pilots received unsolicited text messages referenced in SkyWest's response to Moussaron's Expedited Interrogatory No. 4. RFP No. 27 requests the documents constituting the "reports" of misuse referenced in SkyWest's response to Moussaron's Expedited Interrogatory No. 5.

SkyWest referred Krithivas to SkyWest_0000505-520 and stated it would produce responsive nonprivileged reports, "if any," located through a diligent search. All items listed in SkyWest_0000505-520 occurred after January 26, 2026. But SkyWest has not identified the reports it says caused its investigation to begin, has not stated that its production is complete, and has not stated whether responsive reports are being withheld. At the August 25 meet and confer, SkyWest stated no additional documents had been identified and none were being withheld, while Krithivas maintained that the responses remained incomplete. This Motion seeks only the reports identified in the requests as served.

Krithivas requests an order requiring SkyWest within seven days to: (1) produce all responsive nonprivileged documents constituting or memorializing the reports referenced in its interrogatory answers; (2) serve amended Rule 34 responses stating whether its search and production are complete and identifying the documents responsive to each request; and (3) state whether any responsive document is being withheld under an objection and, if withheld as privileged or work product, identify it in a Rule 26(b)(5)(A) log.

/ / /

/ / /

**CERTIFICATION**

Counsel met and conferred by Zoom on August 25, 2026, at 2:30 PM. Participants were Scott C. Uthe for Krithivas, Tyson C. Horrocks for SkyWest, and Jonathan Thorne for Moussaron. The dispute remained unresolved. Krithivas memorialized the unresolved issues by email on August 26 and September 3, 2026. SkyWest stipulated on September 11, 2026, that Krithivas could file unresolved short-form discovery motions through September 18, 2026.

DATED this 15th day of September, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

/s/ Scott C. Uthe
Timothy D. Ducar
Scott C. Uthe
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of September, 2026, I electronically filed the foregoing DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL REPORTS SKYWEST CONTENDS TRIGGERED ITS INVESTIGATION (RFPS NOS. 26-27) using the Court's CM/ECF system, which will serve all counsel of record.

/s/ Scott C. Uthe