Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

SKYWEST AIRLINES, INC.,

Plaintiff and Counterclaim Defendant,

and DALE HANSEN,

Additional Counterclaim Defendant,

vs.

DANIEL MOUSSARON and VIKAAS KRITHIVAS,

Defendants and Counterclaim Plaintiffs.

**[PROPOSED] ORDER GRANTING DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL REPORTS SKYWEST CONTENDS TRIGGERED ITS INVESTIGATION**

Civil No. 4:26-cv-00015-DN-PK

Senior District Judge David Nuffer
Magistrate Judge Paul Kohler

The Court, having considered Defendant Vikaas Krithivas's Short-Form Discovery Motion to Compel Reports SkyWest Contends Triggered Its Investigation (the "Motion"), and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

Within seven (7) days after entry of this Order, SkyWest shall produce all responsive, nonprivileged documents constituting or memorializing the reports requested in RFP Nos. 26 and 27.

Within the same period, SkyWest shall serve amended responses to RFP Nos. 26 and 27 stating whether its search and production are complete and identifying the documents produced in response to each request. The amended responses shall state whether any responsive materials are being withheld under an objection.

Any responsive material withheld as attorney-client privileged or work product shall be identified in a privilege log complying with Fed. R. Civ. P. 26(b)(5)(A).

DATED this ___ day of _______________, 2026.

**BY THE COURT:**

______________________________________

**PAUL KOHLER**
United States Magistrate Judge