Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL COMPLETE DISCOVERY CONCERNING SKYWEST'S COMMUNICATIONS WITH AMERICAN AIRLINES (INTERROGATORY NO. 13 AND RFPS NOS. 13 AND 15)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 33, 34, and 37 and DUCivR 37-1 for an order compelling complete discovery concerning SkyWest's communications with American Airlines under Interrogatory No. 13 and Requests for Production Nos. 13 and 15. The disputed requests and responses are attached as Exhibit A.

SkyWest's supplemental answer to Interrogatory No. 13 identifies at least three communications: Dale Hansen's February 2, 2026 email to Nate Gatten attaching the Complaint; Hansen's approximately February 4 telephone call with Gatten; and Russell Childs's telephone conversation with an American Airlines representative during the same week. SkyWest nevertheless refers generally to SkyWest_0000475-504, which is the February 2, 2026 email and attachment, and states only that it produced communications it could locate.

RFP No. 15 separately requests telephone records, call logs, calendar invitations, and other documents sufficient to identify communications between SkyWest and American Airlines concerning this litigation. SkyWest refuses further production under RFP No. 15 even though its own interrogatory answer identifies responsive telephone communications. At the August 25 meet and confer, SkyWest stated it was not withholding any "identified" documents responsive to Interrogatory No. 13 or RFPs 13-15, but did not confirm the search performed. The discovery is directly relevant to Krithivas's operative counterclaim arising from Hansen's transmission of the Complaint to American Airlines.

Krithivas narrows the requested relief to January 30 through April 10, 2026, and requests an order requiring SkyWest within seven days to: (1) supplement Interrogatory No. 13 to identify each responsive communication; (2) produce responsive nonprivileged communications and records sufficient to identify the date, participants, medium, and duration of each known telephone or meeting communication, including the Hansen/Gatten and Childs/American communications; and (3) serve amended Rule 34 responses confirming whether its search and production are complete and whether responsive material is being withheld.

/ / /

## CERTIFICATION

Counsel met and conferred by Zoom on August 25, 2026, at 2:30 PM. Participants were Scott C. Uthe for Krithivas, Tyson C. Horrocks for SkyWest, and Jonathan Thorne for Moussaron. The dispute remained unresolved. Krithivas memorialized the unresolved issues by email on August 26 and September 3, 2026. SkyWest stipulated on September 11, 2026, that Krithivas could file unresolved short-form discovery motions through September 18, 2026.

DATED this 15th day of September, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

/s/ Scott C. Uthe
Timothy D. Ducar
Scott C. Uthe
Attorneys for Defendant and Counterclaim Plaintiff
Vikaas Krithivas

## CERTIFICATE OF SERVICE

I certify that on the 15th day of September, 2026, I electronically filed the foregoing DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL COMPLETE DISCOVERY CONCERNING SKYWEST'S COMMUNICATIONS WITH AMERICAN AIRLINES (INTERROGATORY NO. 13 AND RFPS NOS. 13 AND 15) using the Court's CM/ECF system, which will serve all counsel of record.

/s/ Scott C. Uthe