Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **[PROPOSED] ORDER GRANTING DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION CONCERNING SKYWEST'S COMMUNICATIONS WITH AMERICAN AIRLINES**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The Court, having considered Defendant Vikaas Krithivas's Short-Form Discovery Motion to Compel Complete Discovery Concerning SkyWest's Communications with American Airlines (the "Motion"), and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

For the period January 30 through April 10, 2026, SkyWest shall, within seven (7) days after entry of this Order, serve a verified supplemental answer to Interrogatory No. 13 identifying

each responsive communication between SkyWest and American Airlines concerning Krithivas, the Complaint, or the allegations in the Complaint.

Within the same period, SkyWest shall produce responsive, nonprivileged communications and documents sufficient to identify the date, participants, medium, and duration of each known telephone call or meeting responsive to RFP Nos. 13 and 15, including the identified Hansen/Gatten and Childs/American Airlines communications.

SkyWest shall also serve amended Rule 34 responses confirming whether its search and production are complete and whether any responsive materials are being withheld under an objection.

DATED this ___ day of ________________, 2026.

**BY THE COURT:**

______________________________________

**PAUL KOHLER**
United States Magistrate Judge