Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL SIGNED VERIFICATIONS OF INTERROGATORY RESPONSES**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant Vikaas Krithivas moves under Rules 33 and 37 and DUCivR 37-1 for an order requiring SkyWest to serve signed verifications for its interrogatory answers and supplemental interrogatory answers that remain unverified. The interrogatory requests and responses at issue are attached as Exhibit A.

Rule 33(b)(3) requires each interrogatory to be answered separately and fully in writing under oath. Rule 33(b)(5) separately requires the person making the answers to sign them.

On July 20, 2026 SkyWest served its SkyWest served its Responses to Krithivas's Second Set of Discovery Requests. August 18, 2026 First Supplemental Responses to Krithivas's Second Set of Discovery Requests, including supplemental answers to Interrogatories Nos. 13-21, without a signed verification. Krithivas raised the missing verifications during the August 25, 2026 meet and confer. SkyWest stated that it would try to provide the verification pages by the end of that week. Krithivas again requested a firm date by email on September 3, 2026.

As of the filing of this Motion, SkyWest still has not served the missing signed verifications. These verifications would be useful in prioritizing depositions and other further discovery.

Verification does not expand discovery or require an additional search. It is an express requirement of Rule 33 applicable to the interrogatory answers SkyWest has elected to serve. Krithivas requests an order requiring SkyWest, within three business days, to serve signed Rule 33(b)(5) verifications covering its August 18, 2026 supplemental interrogatory answers and all other interrogatory answers served to date that remain unverified.

**CERTIFICATION**

Counsel met and conferred by Zoom on August 25, 2026, at 2:30 PM. Participants were Scott C. Uthe for Krithivas, Tyson C. Horrocks for SkyWest, and Jonathan Thorne for Moussaron. The dispute remained unresolved. Krithivas memorialized the unresolved issues by email on August 26 and September 3, 2026. SkyWest stipulated on September 11, 2026, that Krithivas could file unresolved short-form discovery motions through September 18, 2026.

DATED this 15th day of September, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

/s/ Scott C. Uthe
Timothy D. Ducar
Scott C. Uthe
*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of September, 2026, I electronically filed the foregoing DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL SIGNED VERIFICATIONS OF INTERROGATORY RESPONSES using the Court's CM/ECF system, which will serve all counsel of record.

/s/ Scott C. Uthe