Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
Email: orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff*
*Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **[PROPOSED] ORDER GRANTING DEFENDANT KRITHIVAS'S SHORT-FORM DISCOVERY MOTION TO COMPEL SIGNED VERIFICATIONS OF INTERROGATORY RESPONSES**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

The Court, having considered Defendant Vikaas Krithivas's Short-Form Discovery Motion to Compel Signed Verifications of Interrogatory Responses (the "Motion"), and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

Within three (3) business days after entry of this Order, SkyWest shall serve signed verifications complying with Fed. R. Civ. P. 33(b)(5) for its August 18, 2026 supplemental

interrogatory answers and for any other interrogatory answers served by SkyWest in response to Krithivas's written discovery that remain unverified.

This Order requires only execution and service of the verifications required by Rule 33 and does not require SkyWest to alter a substantive answer except as otherwise required by its continuing discovery obligations.

DATED this ___ day of _______________, 2026.

**BY THE COURT:**

_________________________________

**PAUL KOHLER**
United States Magistrate Judge