Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **SKYWEST'S OPPOSITION TO MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AGREED SUPPLEMENTATION AND PRODUCTION AND RULE 33(b)(5) VERIFICATION (DKT. 127)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 37-1, SkyWest opposes Moussaron's motion to compel ("Motion") (Dkt. 127) as moot as SkyWest served First Supplemental Response to Defendant Moussaron's

Expedited Discovery Requests ("Supplemental Response") which addressing the items raised in the Motion.[1]

**RESPONSE**

As requested by Moussaron, SkyWest has provided (1) a supplement to Interrogatory No. 5 identifying the personnel and roles involved in SkyWest's review of SWOL activity; (2) production of documents in response to Request for Production No. 6; and (3) a Rule 33(b)(5) verification of SkyWest's April 22, 2026 answers to Moussaron's Second Set. Dkt. 127 at 1. SkyWest served its original responses to Interrogatory No. 5 and RFP No. 6 on February 26, 2026. Moussaron did not raise any deficiency with that response until his counsel's meet-and-confer letter of July 31, 2026—more than five months later. Nonetheless, in an effort to move this matter forward and avoid unnecessary motion practice, SkyWest agreed to supplement or clarify its responses.

**Interrogatory No. 5**

In its Supplemental Response to Interrogatory No. 5, SkyWest identified by name each individual involved in the SWOL review, including their title and a description of their specific role—from the IT personnel who conducted the forensic analysis, to the legal, human resources, communications, and executive personnel who coordinated SkyWest's cross-functional response. This Supplemental Response provides the identification of personnel and roles as sought by Moussaron sought.

[1] In an abundance of caution and consistent with DUCivR 37-1(b)(3), SkyWest has not attached its Supplemental Response as an exhibit to this opposition. SkyWest is prepared to file the Supplemental Response with the Court upon request.

**RFP No. 6**

Moussaron incorrectly asserts that SkyWest agreed to produce the communications described in items (a) through (e) of RFP 6 and had produced none. Dkt. 127 at 1. SkyWest previously produced the copies of the documents it could locate through a diligent search and reasonable inquiry in response to subparts (a), (c), and (d) at SkyWest_000002–000004 and SkyWest_000006. As to subparts (b) and (e), SkyWest has conducted a diligent search and reasonable inquiry and could not locate any responsive documents. *Id.* While SkyWest's previous response was clear, SkyWest supplemented its response to RFP No. 6 to reassert that it has produced the responsive, non-privileged documents it could locate through a diligent search and reasonable inquiry. Simply put, SkyWest cannot produce documents that either do not exist or cannot be located through a diligent search and reasonable inquiry.

**Verification**

SkyWest's representative signed a verification in compliance with Rule 33(b)(3) and (b)(5) on or about April 23, 2026. SkyWest believes this verification was provided to opposing counsel but provided the verification again on September 18, 2026. Moreover, SkyWest served an executed verification along with its Supplemental Response.

Because SkyWest's Supplemental Response and production address each item raised in Dkt. 127, the Motion should be denied as moot.

Dated this 18th day of September, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*

Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

39533379