Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **(PROPOSED) ORDER DENYING MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AGREED SUPPLEMENTATION AND PRODUCTION AND RULE 33(b)(5) VERIFICATION (DKT. 127)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Moussaron's Short Form Discovery Motion to Compel Agreed Supplementation and Production and Rule 33(b)(5) Verification ("Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion be denied.

Dated this __ day of September, 2026.

______________________________
Magistrate Judge Paul Kohler

39533626_v1