Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **SKYWEST'S OPPOSITION TO MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL A COMPLETE ANSWER TO INTERROGATORY NO. 3 (DKT. 128)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

SkyWest opposes Moussaron's motion to compel ("Motion") (Dkt. 128) as moot because SkyWest has served a First Supplemental Response to Defendant Moussaron's Expedited Discovery Requests ("Supplemental Response") addressing the sole issue raised in the Motion.[1]

**RESPONSE**

Moussaron's Motion seeks only a supplemental response to Interrogatory No. 3 describing the specific role each of the seven identified individuals played in the decision to terminate Moussaron. Dkt. 128 at 1. SkyWest served its original response to Interrogatory No. 3 on February 26, 2026. Moussaron did not raise any deficiency with that response until his counsel's meet-and-confer letter of July 31, 2026—more than five months later. Nonetheless, in an effort to move this matter forward and avoid unnecessary motion practice, SkyWest agreed to supplement.

SkyWest's Supplemental Response provides a detailed description of the role each of the identified individuals played in the termination decision. The Supplemental Response also identifies additional supporting personnel, including Justin Esplin (IT investigation) and Marissa Snow (internal communications), who were not decision-makers.

As the Supplemental Response provides the role-by-role detail Moussaron sought, the issue is moot. The Court should therefore deny the Motion on that basis.

Dated this 18th day of September, 2026.

---

[1] In an abundance of caution and consistent with DUCivR 37-1(b)(3), SkyWest has not attached its Supplemental Response as an exhibit to this opposition. SkyWest is prepared to file the Supplemental Response with the Court upon request.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

39533453