Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **SKYWEST'S OPPOSITION TO MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AUTHORIZATION AND ACCESS-CONTROL DISCOVERY (INTERROGATORY NO. 1; REQUESTS FOR PRODUCTION NOS. 1-5) (DKT. 129)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 37-1, SkyWest opposes Moussaron's motion to compel ("Motion") (Dkt. 129) as moot because SkyWest served a First Supplemental Response to Defendant

Moussaron's Expedited Discovery Requests ("Supplemental Response") addressing each of the items raised in the Motion.[1]

**RESPONSE**

SkyWest served its original response to Interrogatory No. 1 and RFP Nos. 1–5 on February 26, 2026. Moussaron did not raise any deficiency with that response until his counsel's meet-and-confer letter of July 31, 2026—more than five months later. Nonetheless, in an effort to move this matter forward and avoid unnecessary motion practice, SkyWest agreed to supplement. SkyWest's Supplemental Response provides additional information to Interrogatory No. 1 and production of documents responsive to Requests for Production Nos. 1–5.

**Interrogatory No. 1**

Moussaron sought the identity used for each alleged unauthorized-access event and the log sources supporting SkyWest's contentions. Dkt. 129 at 1. SkyWest's Supplemental Response identifies the two log sources used to generate SkyWest_000001: (1) the Microsoft IIS web server logs (previously produced as SkyWest_000038), which recorded each HTTP request to the SWOL Directory API endpoint, and (2) the ViewerIP logs contained in SkyWest_000001, which reflect the user identity and originating external IP address for each access event (produced as SkyWest_0000545–48 and SkyWest_0000549–90). Moreover, SkyWest's Supplemental Response confirmed that no additional log sources were used to generate SkyWest_000001.

[1] In an abundance of caution and consistent with DUCivR 37-1(b)(3), SkyWest has not attached its Supplemental Response as an exhibit to this opposition. SkyWest is prepared to file the Supplemental Response with the Court upon request.

**Requests for Product Nos. 1–5**

In addition to the documents and information SkyWest previously produced in response to RFP Nos. 1-5—including SkyWest_000001 and SkyWest_000038 and the detailed interrogatory responses describing SkyWest's authorization architecture—Moussaron sought the underlying technical documentation, access-control configurations, IAM records, and raw log data. Dkt. 129 at 1–2. SkyWest has produced the following information, to the extent it could be located through a diligent search and reasonable inquiry:

- **RFP 1**: relevant, non-privileged source code governing access to the Directory's employee-detail endpoint, a screenshot of what a frontline pilot would have viewed when accessing the Directory, and a server response payload showing the data fields actually returned.
- **RFP 2**: relevant, non-privileged source code reflecting the authorization logic.
- **RFP 3**: a screenshot depicting the Directory UI for a frontline pilot, a server response payload showing data fields returned, and source code reflecting the server-side field-level restriction and UI-rendering logic.
- **RFP 4**: relevant, non-privileged copies of Defendants' IAM/IdP records.
- **RFP 5**: Viewer/ViewerIP logs, with confirmation that no additional log sources beyond SkyWest_000038 and the ViewerIP logs relied upon or used to generate SkyWest_000001.

SkyWest's supplemental responses and production commitments address each item raised in Dkt. 129. The Motion should therefore be denied as moot.

Dated this 18th day of September, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*

Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

39533468