Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **SKYWEST'S OPPOSITION TO DEFENDANT KRITHIVAS'S SHORT FORM DISCOVERY MOTION TO COMPEL DOCUMENTS SUPPORTING SKYWEST'S CLAIMED INVESTIGATION AND RESPONSE COSTS (INTERROGATORY NO. 15 AND RFPS NOS. 18-20) (DKT. 136)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

SkyWest opposes Krithivas's motion to compel ("Motion") (Dkt. 136) as moot because SkyWest has served a Second Supplemental Response to Defendant Krithivas's Second Set of Requests ("Second Supplemental Response") addressing each of the items raised in the Motion.[1]

**RESPONSE**

Krithivas's Motion seeks four things: (1) a verified supplemental answer to Interrogatory No. 15 identifying the factual basis and breakdown of SkyWest's claimed investigation and response costs; (2) production of all responsive nonprivileged documents supporting those costs, including any Palo Alto Networks reports, results, or deliverables and records supporting the 186-hour and 34-hour calculations; (3) amended Rule 34 responses stating whether SkyWest's search and production are complete; and (4) a privilege log. Dkt. 136 at 2. SkyWest's Second Supplemental Response provides this requested information.

**Interrogatory No. 15**

SkyWest's response to Interrogatory No. 15 identifies more than $55,000 in investigation and response costs—including $35,000 for 186 hours of Cybersecurity Team time, $5,100 for 34 hours of software-development time, and $15,840 paid to Palo Alto Networks. SkyWest's Second Supplemental Response provides a more detailed breakdown of each cost category, including: (a) the basis for the Cybersecurity Team estimate; (b) the basis for the software-development estimate; and (c) confirmation that SkyWest will produce non-privileged invoices, statements of work, and reports or deliverables from Palo Alto Networks, Inc. (Unit 42).

[1] In an abundance of caution and consistent with DUCivR 37-1(b)(3), SkyWest has not attached its Second Supplemental Response as an exhibit to this opposition. SkyWest is prepared to file the Second Supplemental Response with the Court upon request.

Therefore, SkyWest has provided all requested information and there is nothing more to supplement.

**RFP 18**

SkyWest's Second Supplemental Response confirms that SkyWest will produce all non-privileged invoices, statements of work, and reports or deliverables generated by Palo Alto Networks in connection with its engagement that can be located through a diligent search and reasonable inquiry. SkyWest also confirmed that, to date, it has not located any other documents responsive to this request through a diligent search and reasonable inquiry.

**RFP 19**

SkyWest's Second Supplemental Response confirms that, other than the Palo Alto Networks materials, no additional invoices, timesheets, billing records, accounting records, expense reports, consultant invoices, forensic reports, work orders, purchase orders, or cost summaries supporting the claimed investigation have been located to date through a diligent search and reasonable inquiry.

**RFP 20**

SkyWest's Second Supplemental Response confirms that SkyWest will produce all responsive non-privileged materials from Palo Alto Networks as stated in its response to RFP No. 18. SkyWest also confirmed that, to date, it has not located any other documents responsive to this request through a diligent search and reasonable inquiry.

SkyWest's Second Supplemental Response provides the detailed cost breakdown and production commitments that Krithivas sought. SkyWest has provided Defendants with a

privilege log and will continue to update the privilege log as necessary as additional privileged communications, if any, are identified. The Motion should therefore be denied as moot.

Dated this 22nd day of September, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

39533668_v1