Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **SKYWEST'S OPPOSITION TO DEFENDANT KRITHIVAS'S SHORT FORM DISCOVERY MOTION TO COMPEL REPORTS SKYWEST CONTENDS TRIGGERED ITS INVESTIGATION (RFPS NOS. 26-27) (DKT. 137)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

SkyWest opposes Krithivas's motion to compel ("Motion") (Dkt. 137) as moot because SkyWest has served a Second Supplemental Response to Defendant Krithivas's Second Set of Requests ("Second Supplemental Response") addressing each of the items raised in the Motion.[1]

**RESPONSE**

Krithivas's Motion seeks production of two categories of documents: (1) documents constituting the "reports" that a large number of SkyWest pilots received unsolicited text messages, as referenced in SkyWest's response to Moussaron's Expedited Interrogatory No. 4 (RFP 26); and (2) documents constituting the "reports" of misuse of pilot contact information that SkyWest contends triggered its SWOL review, as referenced in SkyWest's response to Moussaron's Expedited Interrogatory No. 5 (RFP 27). Dkt. 137 at 1–2. SkyWest's Second Supplemental Response provides this requested information.

**RFP No. 26**

SkyWest's Second Supplemental Response confirms that, SkyWest has conducted a diligent search and reasonable inquiry and, to date, beyond SkyWest_000002 (the Spam Text Notice posted on SkyWest Online on or about December 10, 2025), SkyWest_000015 (the Facebook post from a private pilots group on or about January 11, 2026), and SkyWest_0000505-520 (the portal submissions, previously produced), no additional non-privileged documents constituting or memorializing the "reports" referenced in its response to Moussaron's Expedited Interrogatory No. 4 have been identified. As stated in its original response, SkyWest will supplement its response and produce responsive, non-privileged reports

[1] In an abundance of caution and consistent with DUCivR 37-1(b)(3), SkyWest has not attached its Second Supplemental Response as an exhibit to this opposition. SkyWest is prepared to file the Second Supplemental Response with the Court upon request.

made by SkyWest pilots regarding unsolicited text messages, if any are located. To date, no additional responsive, non-privileged reports have been identified. Therefore, there is nothing additional for SkyWest to supplement at this time.

**RFP No. 27**

SkyWest's Second Supplemental Response similarly confirms that, beyond SkyWest_000015 and SkyWest_0000505-520 (previously produced), no additional non-privileged documents constituting or memorializing the "reports" of misuse referenced in its response to Moussaron's Expedited Interrogatory No. 5 have been identified to date. As stated in its original response, SkyWest will supplement its response and will produce responsive, non-privileged reports made by SkyWest pilots regarding the misuse of pilot contact information, if any are located. To date, no additional responsive, non-privileged reports have been identified. Thus, SkyWest's response is complete.

SkyWest's supplemental responses provide the definitive completeness statements that Krithivas sought—confirming both what has been produced and that no additional responsive documents have been located at this time. The Motion should be denied as moot.

Dated this 22nd day of September, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

39533714_v1