Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **(PROPOSED) ORDER DENYING DEFENDANT KRITHIVAS'S SHORT FORM DISCOVERY MOTION TO COMPEL REPORTS SKYWEST CONTENDS TRIGGERED ITS INVESTIGATION (RFPS NOS. 26-27) (DKT. 137)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Krithivas's Short Form Discovery Motion to Compel Reports SkyWest Contends Triggered its Investigation (RFPS Nos. 26-27) ("Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion be denied.

Dated this ____ day of September, 2026.

______________________________
Magistrate Judge Paul Kohler

39533742_v1