Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*
*and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **SKYWEST'S OPPOSITION TO DEFENDANT KRITHIVAS'S SHORT FORM DISCOVERY MOTION TO COMPEL SIGNED VERIFICATIONS OF INTERROGATORY RESPONSES (DKT. 139)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 37-1, SkyWest opposes Krithivas's motion to compel ("Motion") (Dkt. 139) as moot because SkyWest has served executed verifications covering all interrogatory responses served to date.

Krithivas's Motion sought signed Rule 33(b)(5) verifications for SkyWest's interrogatory answers, including the July 20, 2026 responses to Krithivas's Second Set of Discovery Requests and the August 18, 2026 First Supplemental Responses. Dkt. 139 at 1–2. SkyWest has served executed verifications verifying the responses in its original responses and the First Supplemental Responses to Krithivas's Second Set of Requests. The Motion should therefore be denied as moot.

Dated this 22nd day of September, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

39533815_v1