**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **[PROPOSED] ORDER GRANTING DEFENDANT MOUSSARON'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S PROPOSED SUBPOENAS TO EZ TEXTING AND GOFUNDME**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Defendant Moussaron's Motion for Protective Order Regarding Plaintiff's Proposed Subpoenas to EZ Texting and GoFundMe and, if served, to quash or modify them (the "Motion"). Having considered the Motion, the response and reply, and the record, and for the reasons stated in the Motion, the Court GRANTS the Motion and ORDERS as follows:

1.Pursuant to Federal Rule of Civil Procedure 26(c)(1)(A), Plaintiff SkyWest Airlines, Inc. ("SkyWest") shall not serve the proposed subpoena to CallFire, Inc. d/b/a EZ Texting in its current form. If the subpoena has already been served, SkyWest shall not seek or enforce compliance with it pending further order of the Court.

2.Pursuant to Federal Rule of Civil Procedure 26(c)(1)(A), SkyWest shall not serve the proposed subpoena to GoFundMe, Inc. in its current form. If the subpoena has already been served, SkyWest shall not seek or enforce compliance with it pending further order of the Court.

3.Pursuant to Federal Rule of Civil Procedure 26(c)(1)(A), SkyWest shall not seek through the EZ Texting or GoFundMe subpoenas, or any reissued versions of those subpoenas, (a) the identities of nonparty pilots or employees whose private association with the ALPA organizing campaign has not been publicly disclosed; (b) individualized pilot responses reflecting whether a pilot supported, opposed, was undecided about, or otherwise privately responded to organizing outreach; (c) confidential portions of non-public internal organizing communications revealing campaign strategy, planning, assignments, or internal assessments of individual employee support; or (d) the identities of, or information concerning, contributors to the legal-defense fund at gofundme.com/f/skywest-organizing-legal-defense, until further order of the Court. Any protective order entered on Defendants' Joint Motion for Protective Order (Dkt. 132) shall apply to the subpoenas addressed in this Order.

4. Pursuant to Federal Rules of Civil Procedure 26(c)(3) and 37(a)(5)(A), SkyWest shall pay Moussaron's reasonable expenses, including attorney's fees, incurred in bringing the Motion. Moussaron shall file a statement of those expenses within fourteen (14) days of this Order; SkyWest may respond within fourteen (14) days thereafter.

DATED this ____ day of ____________, 2026.

BY THE COURT:

________________________________
PAUL KOHLER
United States Magistrate Judge