**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **[PROPOSED] ORDER GRANTING DEFENDANT MOUSSARON'S EXPEDITED MOTION FOR PROTECTIVE ORDER STAYING SERVICE OR COMPLIANCE**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Defendant Moussaron's Expedited Motion for Protective Order Staying Service or Compliance with Proposed Subpoenas to EZ Texting and GoFundMe (the "Motion to Expedite"). Having considered the Motion to Expedite and for good cause shown, the Court GRANTS the Motion to Expedite and ORDERS as follows:

1. Plaintiff SkyWest Airlines, Inc. shall not serve the proposed subpoenas to EZ Texting and GoFundMe pending further order of the Court.

2. If either subpoena has been served before entry of this Order, SkyWest shall promptly notify the subpoena recipient that SkyWest will not seek or enforce compliance pending further order of the Court. SkyWest shall not accept, review, use, or disseminate any production received in response to either subpoena pending further order of the Court.

3. SkyWest Airlines, Inc. shall serve a copy of this Order on CallFire, Inc. d/b/a EZ Texting and on GoFundMe, Inc. if those subpoenas have already been served, and shall file a certificate of that service.

DATED this ____ day of ____________, 2026.

BY THE COURT:

______________________________
PAUL KOHLER
United States Magistrate Judge