# EXHIBIT A

UNCONTROLLED COPY
UNCONTROLLED COPY

Company Policy Manual - Code of Conduct SP 150

**SP 150 - Code of Conduct**

Revision: 11 - 11 DEC 25

**PARAGRAPH**

1. Purpose
2. Responsibility
3. No Retaliation
4. Ethics
5. Human Rights
6. Confidentiality And Customer Care
7. Conflicts Of Interest
8. Insider Trading
9. Company Records
10. Employee Information
11. Protection Of Company Assets
12. Protection Of Intellectual Property
13. Protection Of Information And Data Sources
14. Gifts, Favors, And Entertainment
15. Disclosures
16. SkyWest And The Law
17. Corrective Action
18. Waivers
19. No Rights Created

## 1. Purpose

A. The Code of Business Conduct (Code) applies to all employees, including officers, and any third party representatives (e.g., contractors, consultants, agents) of SkyWest Airlines, Inc. (SkyWest or the Company). The Code describes ethical and legal responsibilities all SkyWest employees are expected to uphold, provides basic guidelines for conducting business on behalf of SkyWest, and has in place a framework of policies and procedures designed to ensure fairness in the recruitment, development, and retention of all employees. All employees are required to abide by the Code, and members of the Board and management are required to review the code and complete an acknowledgement for confirming their undertaking in this regard. The Board, with the assistance of the Audit Committee, is responsible for monitoring compliance with the Code. SkyWest encourages employees to report any concerns or suspected non-compliance with laws and regulations, the Code of Conduct or the corporation's policies through specified internal channels as noted in the Code.

B. SkyWest seeks to establish relationships with entities that share the same principles and values as SkyWest and conducting business in a manner that respects the human rights and dignity of all people. SkyWest has

SkyWest_000023

UNCONTROLLED COPY

UNCONTROLLED COPY

developed a Vendor Code of Conduct. SkyWest does not tolerate any conduct that contributes to, encourages, or facilitates human trafficking, child labor, forced or compulsory labor, or any other human rights abuses. SkyWest expects its stakeholders and other parties whose own impacts may be directly linked to SkyWest operations, products, or services to respect and not infringe upon human rights.

C. The Company has adopted this policy in order to discourage illegal or unethical activity and business conduct that may disrupt the business operations of the Company, to promote a climate of accountability and a fair process by which to determine violations of this Code, to ensure the ethical handling of actual or apparent conflicts of interest, to facilitate compliance with all applicable laws and regulations, to encourage accurate and timely disclosures, and to ensure no retaliation for those reporting a suspected violation.

## 2. Responsibility

A. Managers (defined as employees who supervise others) are expected to exemplify the highest standards of ethical business conduct. Managers are responsible for creating a work environment that promotes honest and ethical behavior and are required to be familiar with applicable policies and legal requirements to ensure employees receive appropriate training and guidance.

B. Each employee is expected to make ethical decisions.

1) Each employee should seek advice before problems occur and report incidents that raise compliance issues.

2) All illegal or unethical conduct is prohibited regardless of the intent to benefit the Company or oneself.

3) Employees should report known or suspected violations of the Code, law, or Company policies in the following manner:

| Situation: | Report to: |
|---|---|
| Workplace issues | Supervisor or Manager |
| Standard Practice (SP) violations, Human Resources (HR) concerns, or policy guidance and interpretation | Employee Relations (ER) manager or HR representative |
| Legal questions on behalf of the Company and misappropriation of Company assets | Vice President Legal |
| Unsafe conditions, workplace hazards, and security concerns | (Managing) Director Safety |

**NOTE:** Typically, employees will report general workplace concerns to their direct supervisor. However, if the employee believes company policy or the law is being violated, the employee must notify a Director or HR representative. It is particularly important to report discrimination, harassment, or retaliation concerns to HR, not a local leader. If a violation involves an ER manager or HR representative, then report the violation to the Senior Manager of Human Resources, the Managing Director People, or the Vice President Legal.

## 3. No Retaliation

A. SkyWest's policy forbids retaliation against any employee who, in good faith, reports a suspected violation of law or policy, including harassment or discrimination. Any person involved in retaliation is subject to corrective action, up to and including termination of employment.

## 4. Ethics

A. This Code is applicable to all employees, including management personnel and officers. As documented in the Company Safety Management System (SMS) SP 5000, safety is our highest priority [14 CFR Part 5.21 (a)(7)].

B. Employees may make anonymous and confidential reports to the Vice President Legal. Actions subject to reporting include irregular or fraudulent accounting, illegal activities (e.g., theft of Company property), or any activity which jeopardizes the SkyWest workplace as a productive work environment. (Refer to Company Policy Manual SP 53 Productive Work Environment).

SkyWest_000024

UNCONTROLLED COPY

C. Employees are required to make an anonymous confidential report to the Vice President Legal if the employee is aware of any violations of anti-corruption laws, including but not limited to:

1) Laws relating to the use of any corporate funds for unlawful contributions, gifts, entertainment, or other unlawful expenses relating to political activity;

2) Laws relating to direct or indirect unlawful payments to any foreign or domestic government official or employee from corporate funds;

3) The Foreign Corrupt Practices Act of 1977, as amended, or the rules and regulations thereunder; or

4) Laws relating to bribes, rebates, payoffs, influence payments, kickbacks, or other unlawful payments.

D. Employees may submit a complaint or report by one of the following methods:

1) Registering a complaint or report to their immediate supervisor or any other supervisor or manager of their choice.

2) Phoning the toll-free Ethics and Grievance Hotline at 888.273.9994.

3) Reporting online at www.reportlineweb.com/SkyWestAirlines.

4) Writing to:

Vice President Legal

SkyWest Airlines

444 South River Road

St. George, UT 84790

(or emailing temerson@skywest.com)

E. The employee submitting a complaint may remain anonymous. When the employee chooses to reveal their identity, the Company will not disclose that information, unless granted permission from the employee or when required to do so by law.

| |
|---|
| **NOTE:** All reports of irregularity should provide complete details to assist in the investigation. |

F. Employees who are involved in any internal investigations are required to participate in good faith by providing transparent and honest information and by not taking any steps to interfere with the investigation.

G. The Vice President Legal, or authorized designee:

1) Immediately reports any substantive complaint to the Chair of the Audit Committee.

2) Makes a general report of all complaints received to the Board of Directors on a regular basis.

3) Takes all necessary steps to investigate complaints and propose a solution to the Board of Directors when an error or deficiency is identified.

4) Evaluates and ensures the application of the Sarbanes-Oxley Act (SOX), as appropriate.

H. All complaints pertaining to the protection and preservation of the SkyWest productive work environment are forwarded to the Managing Director People for immediate investigation. Following this investigation, all substantive complaints are resolved according to Company Policy Manual SP 53 Productive Work Environment. Employees who have engaged in unethical or illegal activities are subject to corrective action, up to and including termination of employment. Retaliation in any form against any employee who, in good faith, reports any concerns or suspected non-compliance is strictly prohibited.

UNCONTROLLED COPY

## 5. Human Rights

A. The Company is committed to conducting business in a manner that respects the human rights and dignity of all people. We have adopted responsible workplace practices and endeavor to conduct our business operations

UNCONTROLLED COPY

free from complicity in human rights abuses. This applies to all employees, including officers, any third party representatives (e.g., contractors) of SkyWest Airlines, Inc. (SkyWest or the Company). We do not tolerate any conduct that contributes to, encourages or facilitates human trafficking, child labor, forced or compulsory labor, or any other human rights abuses. We support laws enacted to prevent and punish the crimes against human rights, including laws enacted to prevent and punish the crime of sexual exploitation of children, and to build awareness among our employees concerning such exploitation.

B. We respect each individual's human rights. We will not discriminate on the basis of:

- Race
- Color
- National Ancestry
- Sex
- Sexual Orientation
- Gender Identity or Expression
- Marital Status
- National Origin
- Religion
- Medical Condition
- Disability
- Age
- Pregnancy
- Military Status and/or other status protected by federal, state, or local law

We will not commit human rights violations and discrimination will not be tolerated. We will be resolute in upholding human rights in everything we do and will not tolerate such discrimination in others. Ignorance and inaction do not constitute excuses for discrimination.

C. In all aspects of employment such as recruitment, compensation and benefits, training, promotion, transfer and termination, we will treat individuals justly and in a non-discriminatory manner, solely according to their abilities to meet the requirements and standards of their role.

D. SkyWest leaders are responsible for ensuring adherence to these commitments and SkyWest senior management has the responsibility for overseeing their implementation and ensuring that any breaches of our Code of Conduct are investigated. SkyWest leaders will also actively participate in the review, evaluation, and recommendation of effective outcomes relative to this policy. SkyWest will seek to communicate to all stakeholders and work with them to assess and respond to risks and take steps to modify business processes as appropriate. Complaints or violations of this policy can be made by phoning the toll free Ethics and Grievance Hotline at 888.273.9994 or reporting online at www.reportlineweb.com/SkyWestAirlines.

E. All SkyWest employees are required to actively participate in training relative to the Code of Conduct including all computer based and other training, including required training for Human Trafficking for all public facing employees.

## 6. Confidentiality and Customer Care

A. Personal information is often required from customers, including credit card information, address, flight itinerary, etc. SkyWest's policy is to use this information for Company business purposes only. Disclosures to third parties are made only in accordance with applicable law or Company policy.

B. Employees must provide customer service that clearly demonstrates the Company's commitment to excellence and safety.

C. Employees must show a commitment to safety and strive to give excellent customer service in all job activities.

UNCONTROLLED COPY

UNCONTROLLED COPY

## 7. Conflicts of Interest

A. SkyWest has a **zero tolerance** policy for any activity that creates a conflict of interest with an employee's responsibilities at SkyWest. Conflicts arise when an employee uses their position at SkyWest for personal gain, for the gain of a member of the employee's immediate family, or when the employee's personal interests conflict with SkyWest's interests. Conflicts of interest can occur indirectly; for example, a conflict may arise when an employee is also an executive officer, major shareholder, or has a material interest in a company or organization doing business with SkyWest.

B. All employees must avoid any actions or relationships that could conflict with, or appear to conflict with, the interests of SkyWest (e.g., an employee or family member who receives improper personal benefits including gifts, entertainment, service, or payment as a result of their SkyWest position).

1) The employee must disclose in advance any relationship that might be perceived as a conflict of interest to a Manager or Director. Failure to disclose personal interests as described in this section will result in corrective action, up to and including termination of employment.

2) Employees must not make, participate in making, or attempt to influence any business decisions relating to competitors, suppliers, or customers in which they have a substantial direct or indirect ownership interest. Prior to making a decision that could appear to be a conflict of interest, the employee must disclose the situation to their supervisor.

3) A conflict of interest also may arise when Company business decisions involve competitors, customers, or suppliers who employ a family member of a SkyWest employee, or an individual with whom the SkyWest employee has a close personal relationship. In such instances, the SkyWest employee must not conduct Company business without first disclosing the situation to a supervisor.

## 8. Insider Trading

A. SkyWest is committed to promoting fair and open markets for publicly traded securities. All SkyWest employees, therefore, are prohibited from purchasing or selling any type of security while in possession of material non-public information relating to the security or the issuer of such security in breach of a duty of trust or confidence, whether the issuer of such security is SkyWest or any other company. Information is considered "material" if there is a substantial likelihood that a reasonable investor would consider it important in making a decision to buy, sell, or hold a security, or if the information is likely to have a significant effect on the market price of the security.

B. All SkyWest employees are prohibited from directly or indirectly communicating material, non-public information to anyone outside SkyWest, except in accordance with SkyWest policies regarding confidential information, or to anyone within SkyWest other than on a "need-to-know" basis.

C. It is not generally SkyWest's practice to comment on market rumors or speculation. Because SkyWest is committed to the fair disclosure of material information without advantage to any particular party, SkyWest considers any material failure to comply with this policy to be contrary to the best interests of SkyWest and its shareholders. Employees who violate this policy may be subject to corrective action, including termination of employment. Additional information with respect to the Company's practices regarding corporate disclosure can be found in Company Policy Manual SP 158 Corporate Disclosure Policy.

D. SkyWest has adopted an Insider Trading Compliance Policy, which applies to all directors, officers, and employees of the Company. All employees must review and act in accordance with the Insider Trading Compliance Policy. Additional standards may be set forth in the Insider Trading Compliance Policy or other policies of the Company that may apply to officers, directors, and certain employees. Employees should review such policies and/or check with their manager or the Vice President Legal to determine whether they are subject to any such additional standards.

## 9. Company Records

A. SkyWest's policy requires all accounting reports, financial statements and other business records, document transactions, and events to conform to legal requirements and generally accepted accounting principles as well as to SkyWest's system of internal controls.

B. Dishonest and unethical reporting within the Company or to organizations or people outside the Company is

UNCONTROLLED COPY


 

UNCONTROLLED COPY

strictly prohibited. Undisclosed or unrecorded funds or assets are not allowed, unless permitted by applicable law or regulation. All records should be retained and destroyed according to SkyWest's Document Retention Program.

**NOTE:** Employees are expected to use the Ethics and Grievance Hotline (888.273.9994) to report suspected accounting irregularities and false entries.

## 10. Employee Information

A. Records containing any personal information must be kept confidential. Access to such records is limited to managers and others with a specific need to use the information in the performance of their duties.

## 11. Protection of Company Assets

A. All SkyWest employees have a special responsibility to protect and ensure the efficient use and care of the Company's physical, financial, and other Company assets. Employees are prohibited from using Company assets for lobbying, campaign contributions, or any other political activity. The Company may pay annual membership due to trade associations that support the Company's interests within the airline industry, such as the Regional Airline Association. Employees must not use these assets for any purpose not related to Company business without proper authorization. Employees must contact their direct supervisor or manager with any questions regarding this policy.

B. Lodging provided by the Company is for the purpose of company business. Employees are not permitted to give/list/sell/trade or otherwise barter hotel rooms or services for any reason. Failure to adhere to this policy is considered theft and is subject to disciplinary action, up to and including termination.

C. To ensure the security of both assets and personnel, SkyWest uses video surveillance cameras in various locations. Video recordings may be used by the Company for any purpose, including reviewing injuries, theft, altercations, and other incidents involving passengers or employees. Recorded video media is the property of the Company and may be released to law enforcement at the Company's discretion or by court order.

## 12. Protection of Intellectual Property

A. The materials, products, designs, plans, ideas, and data of SkyWest are the property of the employer and should never be given to an outside firm or individual except through normal channels and with appropriate authorization. Any improper transfer of material or disclosure of information is prohibited. Any employee who participates in such a practice is subject to corrective action, up to and including termination of employment.

**NOTE:** SkyWest's name, logo, trademarks, and service marks can only be used for authorized Company business and never in conjunction with personal or other activities, unless appropriate approval is received prior to use.

B. SkyWest's policy is to identify, establish, protect, and defend its rights in all intellectual property assets, including patents, trademarks, copyrights, and other proprietary information. Employees must safeguard these assets and identify and disclose any new works of authorship, technology advances, and/or unique solutions to business problems to enable SkyWest to establish and protect its rights to such proprietary assets. The intellectual property assets of SkyWest are used for authorized Company business only. In order to respect the valid and legitimate intellectual property rights of others, employees must consult with their supervisor concerning necessary licenses and approvals to use such intellectual property.

## 13. Protection of Information and Data Sources

A. Company, employee, and customer information must be protected from unauthorized modification, destruction, and disclosure. Sensitive electronic data must be maintained in secured systems and adequately protected when reproduced on paper. Sensitive documents and reports must be shredded when no longer needed.

B. Employees must not disclose or reveal any confidential information entrusted to them by the Company, except when disclosure is authorized by the Vice President Legal or required by laws or regulation. Confidential information includes all non-public information that might be of use to competitors or harmful to SkyWest or our customers, if disclosed. Examples of confidential information include, but are not limited to the following:

UNCONTROLLED COPY

SkyWest_000028

UNCONTROLLED COPY
UNCONTROLLED COPY

- Detailed financial figures
- New product or marketing plans
- Technical information
- Litigation information
- Potential acquisitions
- Divestitures
- Contracts and alliance agreements
- Personal information about SkyWest employees and/or customers

C. Financial, safety, PII or similar sensitive data may not be stored on a portable digital storage device (e.g., flash drives, portable disk drives) unless it is encrypted.

1) Anyone transmitting confidential information in connection with their job responsibilities must coordinate with the IT Service Desk to ensure the data is adequately protected and encrypted.

2) Confidential Company, employee, or customer information may be stored and accessed using the Microsoft OneDrive cloud storage service. The use of other third-party cloud storage providers requires a formal request to be submitted and the document ownership and sharing process to be vetted before being authorized for use.

D. All Company workstations, devices, and systems must be secured with passwords, PINs, or other methods in accordance with the direction of the IT department.

1) Credentials/passwords must not be written down or recorded in an unencrypted document or spreadsheet, kept on a computer, in a network folder, or in any cloud document storage provider. Refer to Information Security Policy SP 45 Chapter 01 Information Security Policy (Credential Management paragraph).

E. Any unvetted software installation or device configuration increases risk and exposure of Company networks and sensitive systems. Employees and third-party representatives must not purchase, download, install, or use any software that has not been reviewed and approved by the IT department via formal request. Files or programs may not be downloaded from sources external to SkyWest unless explicitly authorized by IT department personnel.

1) Approved software should only be installed on Company computers by or under the direction of the IT Service Desk or other IT department personnel. Refer to Information Security Policy SP 45 Chapter 01 Information Security Policy (Software Copyright, Licensing, and Installation paragraph).

F. Access to any Company systems must be properly requested and authorized using a formalized request process before it is granted. User access will be limited to the minimum level required by the employee or third-party representative to perform their job duties.

1) Accessing, displaying, or storing any sexually explicit image or document on a Company system is a violation of Company policy on sexual harassment (refer to Company Policy Manual SP 53 Productive Work Environment).

2) SkyWest internet facilities and technology resources must not be used to violate the laws or regulations of any city, state, or nation. This includes adherence to all intellectual property, obscenity, security, and privacy laws.

G. All employees will be granted access to the SkyWest Online MyMessage system for electronic communication within the Company. The MyMessage system only permits a very limited number of external senders to send content into mailboxes and is therefore not subject to many of the security concerns associated with email.

1) Company email accounts must be requested and approved based on business needs and are only to be used to conduct Company business. Personal use of Company email accounts is prohibited. Access to personal email accounts like Gmail, Yahoo Mail, and others is restricted on the SkyWest corporate network.

2) Employees are prohibited from using third-party email systems such as Gmail or Yahoo to conduct SkyWest business. Refer to Information Security Policy SP 45 Chapter 01 Information Security Policy (Email and Messaging Usage paragraph).

3) Email messages and signature lines must adhere to the Company branding standards provided in Company Policy Manual SP 160 Company Identity and Logo Usage.

H. Unauthorized use of recording devices by employees while on duty, or when in public wearing a SkyWest ID and/or uniform, is prohibited. Company images and information, including aircraft photos and all other operational specifics, cannot be recorded for the purpose of public posting, commercial use, or use in any type of social media (e.g., X (formerly Twitter), Facebook, email, blogging). The use of any Company images or information for such purposes is strictly prohibited.

## 14. Gifts, Favors, and Entertainment

A. SkyWest considers a gift to include any items, products, or services of value given to an employee by an existing or potential competitor, supplier, customer, or other party with whom SkyWest does business. For example, tickets to sporting or other events where the provider has no intention of accompanying the SkyWest recipient are considered gifts. This definition also includes cash in any amount, any items or services purchased at a lower-than-normal price, and any favors, benefits, or other things of value.

B. Gifts may be offered only if they are modest in value and normal and customary given the business circumstance. Gifts may be solicited for Company-approved business activities or charities only and not for personal use.

C. No gift may be offered or accepted if a feeling of obligation, a compromise in judgment, or an improper influence on the recipient is created. SkyWest employees may accept nominal gifts but may not accept gifts of cash or cash equivalents (e.g., gift certificates, gift cards). Questions regarding whether or not a gift is inappropriate should be discussed with a Manager, Director, or HR representative.

> **NOTE:** Departments may choose to establish more restrictive gift and entertainment guidelines than those described above.

D. Employees who receive gifts that may violate this policy should promptly notify their Manager, Director, or HR representative, and the gift should be returned with a letter explaining Company policy. When a gift is impractical to return, management may use the gift as a donation to a recognized charity or as a form of employee recognition through the use of a raffle. The gift may not be awarded directly to the recipient.

E. Items or services customarily provided to Company or travel industry employees (e.g., discounted travel, discounted hotel accommodations) are generally acceptable and are not considered gifts. Discounts on personal purchases are also acceptable, provided such discounts are generally offered to Company employees or others having a similar business relationship with the supplier or customer.

F. Meals and entertainment that occur in conjunction with business meetings and conferences are a common business practice and do not constitute a gift; however, such occasions should further the business interests of SkyWest and should not be in excess of generally accepted business practices. If in doubt, approval should be obtained from a director or above.

G. Invitations to business functions that involve customer or supplier-provided overnight accommodations may be accepted only with the prior written approval of a senior officer. While the Company is in the process of sourcing and negotiating supplier contracts, invitations for entertainment (e.g., sporting events, expensive dinners) should not be accepted.

> **NOTE:** Employees must not solicit entertainment from suppliers or customers.

## 15. Disclosures

A. The information in SkyWest's public communications, including all reports and documents filed with or submitted to the SEC, must be full, fair, accurate, timely, and understandable. To ensure SkyWest meets this standard, all SkyWest employees (to the extent they are involved in SkyWest's disclosure process) are required to maintain familiarity with the disclosure requirements, processes, and procedures applicable to SkyWest

UNCONTROLLED COPY
UNCONTROLLED COPY

UNCONTROLLED COPY

commensurate with their duties. Employees are prohibited from knowingly misrepresenting, omitting, or causing others to misrepresent or omit material facts about SkyWest to others, including SkyWest's independent auditors, governmental regulators, and self-regulatory organizations.

## 16. SkyWest and the Law

A. All SkyWest employees are expected to fully comply with all applicable laws, rules, and regulations anywhere Company business is conducted. Employees may not use a contractor, consultant, agent, or other third party to do anything they themselves are prohibited from doing. Employees must inform an Employee Relations (ER) manager or HR representative, the Ethics and Grievance Hotline (888.273.9994), or the Vice President Legal of any violations of laws or regulations.

B. All employees involved in litigation discovery shall:

1) Treat litigation discovery as a priority.

2) Fully and completely comply with the instructions received from Company attorneys handling the matter.

3) Thoroughly review any questions they have with Company attorneys handling the matter.

## 17. Corrective Action

A. Employees who violate SkyWest policy, including this Code, may be subject to corrective action, up to and including termination of employment. Employees who commit criminal acts may be subject to immediate termination and/or possible civil or criminal prosecution. Obstructing or undermining investigations, withholding or destroying information, including failing to report a violation, or providing misleading information are violations of this Code.

## 18. Waivers

A. Before an employee, or an immediate family member of any such employee, engages in any activity that would be otherwise prohibited by this Code, he or she is strongly encouraged to obtain written consent from SkyWest General Counsel.

B. Before an officer, or an immediate family member of any such officer, engages in any activity that would be otherwise prohibited by this Code, he or she must obtain a written waiver from the Board of Directors. Such waiver will then be disclosed to the Company's shareholders to the extent required by applicable law and stock exchange regulations.

## 19. No Rights Created

A. This Code is a statement of certain fundamental principles, policies, and procedures that govern SkyWest's employees in the conduct of the Company's business. It is not intended to and does not create any rights in any employee, customer, supplier, competitor, shareholder, or any other person or entity.

---

UNCONTROLLED COPY