Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant Vikaas Krithivas*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **KRITHIVAS'S NOTICE OF WITHDRAWAL OF SHORT-FORM DISCOVERY MOTION TO COMPEL SIGNED VERIFICATIONS OF INTERROGATORY RESPONSES**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant and Counterclaim Plaintiff Vikaas Krithivas ("Krithivas"), by and through undersigned counsel, hereby gives notice that he withdraws his Short-Form Discovery Motion to Compel Signed Verifications of Interrogatory Responses (Dkt. 139).

Krithivas filed the Motion seeking executed verifications for SkyWest's interrogatory responses and supplemental interrogatory responses that remained unverified. After the Motion was filed, SkyWest served the previously missing executed verifications on September 22, 2026. Accordingly, the relief requested in Dkt. 139 is no longer necessary.

This Notice is limited to the relief requested in Dkt. 139 and does not withdraw, waive, or otherwise affect any other pending discovery dispute, motion, objection, or request for relief.

DATED this 28th day of September, 2026.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Scott C. Uthe
Scott C. Uthe
Timothy D. Ducar
9280 E. Raintree Drive, Suite 104
Attorneys for Defendant/Counterclaim Plaintiff Vikaas Krithivas

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of September, 2026, I electronically transmitted the attached Krithivas's Notice of Withdrawal of Short-Form Discovery Motion to Compel Signed Verifications of Interrogatory Responses to the Clerk's Office using the CM/ECF system for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory M. Saylin, GMSaylin@hollandhart.com
Zachar T. Burford, ZTBurford@hollandhart.com
Tyson C. Horrocks, TCHorrocks@hollandhart.com
Attorneys for Plaintiff/Counterclaim Defendant SkyWest Airlines, Inc., and Counterclaim Defendant Dale Hansen

Jonathan K. Thorne, Jonathan@utahjobjustice.com
Lauren I. Scholnick, Lauren@utahjobjustice.com
John E. Holland, jack@laborwest.com
Attorneys for Defendant/Counterclaim Plaintiff Daniel Moussaron

By: /s/S. Uthe