# EXHIBIT 1

# SCOTT C. UTHE

**ATTORNEY QUALIFICATIONS • CIVIL LITIGATION, RISK & TECHNICAL ADVISORY**

Cave Creek, Arizona • State Bar of Arizona (2011) • U.S. District Court, District of Arizona (2012)

## PROFESSIONAL PROFILE

Arizona attorney admitted since 2011 with more than 15 years of legal, regulatory compliance, and risk-management experience, alongside active federal and state civil litigation practice. Currently manages 70+ civil matters across state and federal courts encompassing contract disputes, personal injury defense, and subrogation, including lead trial counsel experience through a full jury verdict. Combines extensive private-practice advocacy with over two decades at Intel Corporation in legal, policy, and technical leadership roles, supported by an MBA and a B.S. in Nuclear Engineering.

## CORE COMPETENCIES & PRACTICE AREAS

### CIVIL LITIGATION & TRIAL

Lead trial advocacy, complex motion practice, written discovery, depositions, evidentiary hearings, and federal/state civil procedure.

### COMMERCIAL & SOURCING

Complex contract drafting, indemnification, liability allocation, intellectual property licensing, vendor agreements, and damages assessment.

### DATA, TECH & COMPLIANCE

Cybersecurity governance, AI/LLM data sharing, privacy architecture (GDPR/CCPA), healthcare data (HIPAA), and trade secret security.

## LEGAL & LITIGATION EXPERIENCE

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC** — Scottsdale, AZ • March 2023 – Present

**Litigation Attorney**

- **Docket Leadership:** Direct and manage 70+ active civil litigation matters in state and federal courts, involving complex contract claims, commercial disputes, tort/personal injury defense, and carrier subrogation claims.
- **First-Chair Jury Trial:** Served as lead trial counsel through a complete jury trial, directing case theory, witness preparation, deposition strategy, pretrial motion practice, evidentiary objections, oral argument, and jury presentation.
- **Court Filings & Briefing:** Prepare substantive motions (dispositive, short-form, and sanctions), responsive pleadings, written discovery, and appellate memoranda across strict jurisdictional deadlines.
- **Evidentiary Discovery:** Direct factual investigation; depose parties, witnesses, and technical experts; and synthesize documentary, forensic, and contractual evidence into compelling litigation positions.
- **Client Risk Counseling:** Advise corporate and individual clients regarding exposure assessment, trial probability, litigation costs, and strategic settlement positioning.

**INTEL CORPORATION** — Chandler, AZ • May 2011 – January 2023

**Security & Privacy Policy Attorney / Privacy Engineer**

- **Corporate Legal Advisory:** Provided counsel to global business units and senior engineering leadership on international and domestic data laws (U.S., EU, APAC), translating regulatory frameworks into practical controls.
- **Enterprise Transactions:** Negotiated and drafted multi-million-dollar technology sourcing contracts, IT agreements, software/cloud SaaS licensing, confidentiality covenants, and liability/indemnification terms.
- **Advanced Technology Initiatives:** Advised Intel Health Group and digital health ventures on medical devices, wearable sensors, and HIPAA/HITECH compliance; guided data security structures for cross-institutional AI and LLM dataset sharing.
- **Compliance Architecture:** Overhauled Intel's corporate Privacy Impact Assessment process to ensure automated adherence to GDPR and CCPA; directed compliance diligence on technology acquisitions.

## CORPORATE LEADERSHIP & OPERATIONS

**INTEL CORPORATION (Continued)** Chandler, AZ • July 2000 – May 2011

**Security & Privacy Policy Manager (2007 – 2011)**

- Developed and executed comprehensive privacy-by-design standards across hardware and software product groups.
- Coordinated cross-functional risk management across corporate security, product development, and legal teams.

**Classified Information Services Manager (2000 – 2007)**

- Led a global organization of 32 professionals protecting proprietary intellectual property and classified assets.
- Advised Intel Legal and senior executives on corporate trade-secret preservation, handling policies, and physical/digital security.
- Engineered process transitions yielding $1.3M in annual operational savings and converted legacy physical systems to secure digital platforms, securing over $3M in additional annual savings.

## TECHNICAL, MANUFACTURING & MILITARY EXPERIENCE

**FRITO-LAY** Casa Grande, AZ • March 1998 – July 2000

**Technology Resource / Capital Project & Maintenance Manager**

- Led a 15-person technical maintenance organization in high-volume manufacturing; directed capital engineering projects from inception through delivery, balancing strict schedules, technical specifications, and budgetary controls.

**UNITED STATES NAVY** USS Michigan (SSBN 727), Bangor, WA • May 1986 – March 1998

**Lieutenant / Quality Assurance Officer**

- Certified the maintenance, integrity, and operation of critical nuclear propulsion systems; completed comprehensive engineering curricula through the Navy Nuclear Power Program.
- Twice ranked as the top junior officer aboard USS Michigan; maintained an active Top Secret SCI security clearance.

## EDUCATION & BAR ADMISSIONS

**Juris Doctor, Cum Laude**
**Phoenix School of Law**

- Class Rank: 4 of 37
- Merit Scholar
- Order of the Barristers
- Moot Court Honor Board
- Six CALI Excellence Awards

**Graduate & Technical**
**Advanced Academic Degrees**

- **M.B.A.**, Arizona State University (GPA: 3.81)
- **B.S., Nuclear Engineering**, University of Arizona

**Bar Admissions**
**State & Federal Courts**

- **State Bar of Arizona** (Admitted 2011)
- **U.S. District Court**, District of Arizona (2012)
- *Admitted Pro Hac Vice*, U.S. District Court, District of Utah

## PROFESSIONAL RECOGNITION & COMMUNITY SERVICE

**Top Pro Bono Attorney**
Recognized by the Arizona Foundation for Legal Services and Education for exemplary pro bono advocacy.

**Co-Chair, Pro Bono**
Co-chaired the Intel Arizona Pro Bono Committee, leading community legal initiatives.

**Legal Clinic Founder**
Founded an Administer Justice legal aid center in Glendale, Arizona, providing legal assistance to underserved families.