Timothy D. Ducar (13423)
Scott C. Uthe (PHV)
LAW OFFICES OF TIMOTHY D. DUCAR, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
Telephone: (480) 502-2119
Facsimile: (480) 452-0900
orders@azlawyers.com
*Attorneys for Defendant and Counterclaim Plaintiff Vikaas Krithivas*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING DEFENDANT KRITHIVAS'S MOTION FOR ATTORNEY'S FEES AND EXPENSES INCURRED IN CONNECTION WITH DKT. 139**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Defendant and Counterclaim Plaintiff Vikaas Krithivas's Motion for Attorney's Fees and Expenses Incurred in Connection with Dkt. 139 (the "Motion").

Having reviewed the Motion, the accompanying Declaration of Scott C. Uthe, the record in this matter, and any response and reply, and for good cause appearing, the Court finds that an award of reasonable expenses is appropriate under Federal Rule of Civil Procedure 37(a)(5)(A).

Krithivas filed his Short-Form Discovery Motion to Compel Signed Verifications of Interrogatory Responses at Dkt. 139 after attempting in good faith to obtain the required

verifications without Court intervention. SkyWest subsequently provided the requested executed verifications after Dkt. 139 was filed.

The Court further finds that the parties' Stipulation at Dkt. 131 and the Court's Order at Dkt. 135 extended only Krithivas's deadline under DUCivR 37-1(b)(2)(C) to file Short Form Discovery Motions and did not extend SkyWest's time to provide the verifications required by Federal Rule of Civil Procedure 33.

The Court finds that the requested attorney's fees are reasonable.

Accordingly, **IT IS HEREBY ORDERED**:

1. Krithivas's Motion for Attorney's Fees and Expenses Incurred in Connection with Dkt. 139 is **GRANTED**.
2. Krithivas is awarded **$850.00 in reasonable attorney's fees** pursuant to Federal Rule of Civil Procedure 37(a)(5)(A).
3. SkyWest Airlines, Inc. shall pay the $850.00 award to Krithivas, through his counsel, within fourteen (14) days after entry of this Order.

DATED: ___________________________

BY THE COURT:

________________________________

PAUL KOHLER

United States Magistrate Judge