Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S SHORT-FORM DISCOVERY MOTION FOR PROTECTIVE ORDER STAYING DEFENDANTS' RULE 30(B)(6) DEPOSITION NOTICE**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff SkyWest Airlines, Inc.'s Expedited Short-Form Discovery Motion for Protective Order Staying Defendants' Rule 30(b)(6) Deposition Notice ("Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Defendants' Joint Notice of Rule 30(b)(6) Deposition, served October 2, 2026, is stayed, and the deposition noticed for November 5, 2026 shall not proceed on that date.

2. The stay shall remain in effect until fourteen days after the Court enters an order resolving Defendants' Joint Motion for Protective Order (Dkt. 132).

3. Nothing in this Order limits SkyWest's objections under DUCivR 30-2(b) or to the scope, number, or duration of the noticed matters for examination, or Defendants' right to re-notice the deposition consistent with this Order and DUCivR 30-2(a)(2).

Dated this _____ day of October, 2026.

________________________________________

Magistrate Judge Paul Kohler

39823317_v1