**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING DEFENDANT VIKAAS KRITHIVAS'S MOTION FOR LEAVE TO FILE LIMITED SURREPLY**<br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

**ORDER**

Before the Court is Defendant and Counterclaim Plaintiff Vikaas Krithivas's Motion for Leave to File Limited Surreply in Opposition to Motion to Dismiss Counterclaim (Dkt. 140) (the "Motion for Leave"). Having considered the Motion for Leave and the record, and for good cause shown, the Court GRANTS the Motion for Leave.

IT IS HEREBY ORDERED that Krithivas is granted leave to file the proposed limited surreply attached to the Motion for Leave as Exhibit A. Krithivas shall file the surreply as a separate docket entry within three (3) days after entry of this Order. The surreply shall be limited to the issues identified in the Motion for Leave and shall not exceed 1,000 words.

DATED this _____ day of __________________, 2026.

BY THE COURT:

____________________________________

David Nuffer

Senior United States District Judge