Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **STIPULATION TO EXTEND DEADLINE UNDER DUCivR 37-1(b)(2)(C) (MOUSSARON'S THIRD SET OF DISCOVERY REQUESTS)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest") and Defendant and Counterclaim Plaintiff Daniel Moussaron ("Moussaron"), by and through their respective counsel, stipulate and jointly request that the Court extend the deadline under DUCivR 37-1(b)(2)(C) for Moussaron to file Short Form Discovery Motions concerning unresolved disputes arising from Moussaron's Third Set of Discovery Requests to SkyWest.

In support of this Stipulation, the parties state:

1. Moussaron served his Third Set of Discovery Requests on SkyWest on July 6, 2026. SkyWest served its responses on August 5, 2026.

2. Counsel conferred concerning those responses on August 25, 2026. On August 28, 2026, Moussaron sent the written communication required by DUCivR 37-1(a)(2), identifying the responses he contends are deficient and requesting a further conference.

3. SkyWest has advised that it will serve supplemental responses and production concerning Moussaron's Third Set of Discovery Requests, and the parties intend to confer further once those supplemental responses have been served, if necessary.

4. DUCivR 37-1(b)(2)(C) requires a Short Form Discovery Motion to be filed no later than 45 days after the written communication required by DUCivR 37-1(a)(2), unless the Court grants an extension of time for good cause.

5. The parties agree that good cause exists to extend the applicable deadline as SkyWest is in the process of supplementing and believes the supplement will resolve the concerns raised in Moussaron's Meet and Confer.

Accordingly, the parties stipulate and jointly request that the Court extend the deadline under DUCivR 37-1(b)(2)(C) for Moussaron to file one or more Short Form Discovery Motions concerning unresolved disputes arising from his Third Set of Discovery Requests to Friday, November 6, 2026, if necessary.

DATED this 8th day of October, 2026.

**SCHOLNICK THORNE HOLLAND**

By /s/ Jonathan K. Thorne
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**HOLLAND & HART LLP**

By /s/ Tyson C. Horrocks (with permission)
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford
*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*