Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES TO DEFENDANT MOUSSARON'S MOTION FOR PROTECTIVE ORDER REGARDING EZTEXTING AND GOFUNDME SUBPOENAS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendant Daniel Moussaron ("Moussaron"), by and through their respective counsel, hereby stipulate and jointly request that the Court extend the briefing deadlines in connection with Moussaron's Motion for Protective

Order Regarding Plaintiff's Proposed Subpoenas to EZ Texting and GoFundMe and, if Served, to Quash or Modify ("Motion") (Dkt. No. 151) as follows:

1. Moussaron filed his Motion on September 25, 2026.

2. SkyWest's Response to the Motion is currently due on or before Friday, October 9, 2025.

3. Moussaron's counsel has agreed to the requested extension, and the parties have agreed to a corresponding extension of Moussaron's reply deadline up to and including November 6, 2026.

4. Good cause exists for the requested extensions.

5. This is the parties' first request to extend the briefing deadlines on the Motion. The request is made in good faith and not for delay. The requested extension will not affect any other deadline in this case.

6. This Stipulation is limited to the briefing schedule on the Motion. Nothing in this Stipulation waives or limits any party's substantive objection, argument, privilege, or position concerning the proposed subpoenas or the Motion.

Accordingly, the parties stipulate and respectfully request that the Court:

(a) extend SkyWest's deadline to respond to Moussaron's Motion for Protective Order regarding the EZ Texting and GoFundMe Subpoenas (Dkt. No. 151) from Friday, October 9, 2026, to Tuesday, October 20, 2026; and

(b) extend the deadline for Moussaron to file any reply in support of the Motion to Friday, November 6, 2026.

A proposed order is submitted with this Stipulation.

Dated this 8th day of October, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

Dated this 8th day of October, 2026.

SCHOLNICK THORNE HOLLAND

*/s/ Jonathan K. Thorne (signed with permission)*
Jonathan K. Thorne
Lauren I. Scholnick

John E. Holland (Admitted Pro Hac Vice)

*Attorneys for Defendant Daniel Moussaron*

39837959_v1