Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **(PROPOSED) ORDER GRANTING STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES TO DEFENDANT MOUSSARON'S MOTION FOR PROTECTIVE ORDER REGARDING EZTEXTING AND GOFUNDME SUBPOENAS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff SkyWest Airlines, Inc.'s and Defendant Daniel Moussaron's Stipulation to Extend Response and Reply Deadlines to Defendant Moussaron's Motion for

Protective Order Regarding EZTexting and GoFundMe Subpoenas ("Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is granted as follows:

1. SkyWest's response to Moussaron's Motion for Protective Order regarding the EZTexting and GoFundMe Subpoenas is due Friday, October 20, 2026; and

2. The deadline for Moussaron to file any reply is due November 6, 2026.

Dated this ____ day of October, 2026.

______________________________________

Magistrate Judge Paul Kohler

39838163_v1