Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff's Motion for Leave to File Overlength Opposition to Defendants' Joint Motion for Protective Order[1], and for good cause appearing, IT IS HEREBY

---

[1] Docket No. 132, filed September 14, 2026.

ORDERED that the Motion is granted, and SkyWest may file an overlength Opposition to Defendants' Joint Motion for Protective Order totaling no more than 10,250 words.

DATED this ___ day of October, 2026.

BY THE COURT:

__________________________
PAUL KOHLER
United States Magistrate Judge

39865617_v1