THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

<table>
<tr>
<td>SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant.<br><br>v.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs.</td>
<td>ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY<br><br>Case No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler</td>
</tr>
</table>

Based on Defendant and Counterclaim Plaintiff Vikaas Krithivas's Motion for Leave to File Limited Surreply in Opposition to Motion to Dismiss Counterclaim ( "Motion"), [1] and good cause appearing therefor,

IT IS HEREBY ORDERED that Mr. Krithivas's Motion[2] is GRANTED. Mr. Krithivas is given leave to file the proposed limited surreply attached to his Motion as Exhibit A.[3] The surreply must be filed as a separate docket entry within three (3) days after entry of this Order.

Signed October 9, 2026.

BY THE COURT:

David Nuffer
United States District Judge

[1] Docket no. 161, filed Oct. 8, 2026.

[2] *Id*.

[3] Docket no. 161-1, filed Oct. 8, 2026.