**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br>Plaintiff and Counterclaim Defendant,<br>and DALE HANSEN,<br>Additional Counterclaim Defendant,<br>vs.<br>DANIEL MOUSSARON,<br>Defendant and Counterclaim Plaintiff,<br>and VIKAAS KRITHIVAS,<br>Defendant and Counterclaim Plaintiff. | **ORDER GRANTING STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES TO DEFENDANT MOUSSARON'S MOTION FOR PROTECTIVE ORDER REGARDING EZTEXTING AND GOFUNDME SUBPOENAS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff SkyWest Airlines, Inc.'s and Defendant Daniel Moussaron's Stipulation to Extend Response and Reply Deadlines to Defendant Moussaron's Motion for Protective Order Regarding EZTexting and GoFundMe Subpoenas ("Stipulation"),[1] and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is granted as follows:

1. SkyWest's response to Moussaron's Motion for Protective Order regarding the EZTexting and GoFundMe Subpoenas is due Friday, October 20, 2026; and

2. The deadline for Moussaron to file any reply is due November 6, 2026.

[1] Docket No. 163, filed October 8, 2026.

Dated this 9th day of October, 2026.

PAUL KOHLER
United States Magistrate Judge