Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **ORDER GRANTING PLAINTIFF'S EVIDENTIARY OBJECTION TO DEFENDANTS' JOINT REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER RULE 12(c)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff's Evidentiary Objection to Defendants' Joint Reply in Support of their Motion for Partial Judgment on the Pleadings under Rule 12(c)[1], and for good cause appearing, IT IS HEREBY ORDERED that the Objection is Sustained.

The Court will not consider the following materials, first presented in Defendants' Joint Reply (Dkt. 158), in deciding Defendants' Motion for Partial Judgment on the Pleadings (Dkt. 105): (1) SkyWest's response to Request for Admission No. 6; (2) SkyWest's response to Request for Admission No. 21; (3) SkyWest's responses to Defendant Krithivas' expedited interrogatories concerning the January 12, 2026 Directory change; (4) the July 21, 2026 meet-and-confer letter; and (5) the July 27, 2026 email from counsel for Defendant Krithivas to counsel for SkyWest.

DATED this ___ day of October, 2026.

BY THE COURT:

_________________________
PAUL KOHLER
United States Magistrate Judge

39867528_v1

[1] Docket No. 158.