**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Plaintiff's Motion for Leave to File Overlength Opposition to Defendants' Joint Motion for Protective Order[1], and for good cause appearing, IT IS HEREBY ORDERED that the Motion is granted, and SkyWest may file an overlength Opposition to Defendants' Joint Motion for Protective Order totaling no more than 10,250 words.

DATED this 13th day of October, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[1] Docket No. 164, filed October 9, 2026.