# EXHIBIT K

# MOUSSARON PRIVILEGE LOG

| No. | Date(s) | File Type | Description of Withheld Material | Author | Recipients | Privilege |
|---|---|---|---|---|---|---|
| 1 | May 30, 2025 – May 13, 2026 | Text messages | Text messages between Moussaron and ALPA representative Ron Rindfleisch concerning the organizing campaign. Moussaron is producing the portions concerning the mechanics of data transmission (what was sent, when, and in what format) with organizing-strategy content redacted. | Moussaron/Ron Rindfleish (ALPA) | Moussaron/Ron Rindfleish (ALPA) | Railway Labor Act, 45 U.S.C. § 152, Fourth; First Amendment associational privilege; Fed. R. Civ. P. 26(c)(1)(G); not relevant. |
| 2 | Dec. 15, 2025 | Spreadsheet | EZ Texting report containing, for approximately 5,019 pilots, group assignments, poll responses, and opt-out dates – records reflecting individual pilots' views on and engagement with ALPA representation. | Moussaron | EZ Texting | Railway Labor Act, 45 U.S.C. § 152, Fourth; First Amendment associational privilege; Fed. R. Civ. P. 26(c)(1)(G); not relevant. |
| 3 | May 2025 - Current | Database | DMS and records within the DMS reflecting individual pilot identities coupled with poll responses and interest-level assessments, and communication-engagement logs (which pilots opened or responded to organizing outreach). | Moussaron | N/A | Railway Labor Act, 45 U.S.C. § 152, Fourth; First Amendment associational privilege; Fed. R. Civ. P. 26(c)(1)(G); not relevant. |