# EXHIBIT M

**Subject:** SkyWest Pilot Contact Data
**Date:** Monday, October 13, 2025 at 5:41:40 PM Eastern Daylight Time
**From:** MOUSSARON, Daniel
**To:** Rindfleisch, Ron
**Attachments:** skywest_contacts_20251013_213347.xlsx

Hi Ron,

The extract of our contact informaion is attached to this email.

Please let me know should there be any issues opening the file.

Regards,

-Daniel.

**Yeager, Charles, Business Analytics & Financial Applications**

| | |
|---|---|
| **From:** | Rindfleisch, Ron, |
| **Sent:** | Friday, October 24, 2025 9:12 AM |
| **To:** | Yeager, Charles, Business Analytics & Financial Applications |
| **Subject:** | Fwd: SkyWest Pilot Contact Data |
| **Attachments:** | skywest_contacts_20251013_213347.xlsx |
| **Categories:** | Orange Category |

Just an FYI for now. I have a meeting with Dave next week to discuss next steps including creating DMS for SkyWest.
Thanks.
Sent from my iPhone

Begin forwarded message:

> **From:** "MOUSSARON, Daniel" <daniel.moussaron@skywestalpa.org>
> **Date:** October 13, 2025 at 5:41:40 PM EDT
> **To:** "Rindfleisch, Ron," <Ron.Rindfleisch@alpa.org>
> **Subject: SkyWest Pilot Contact Data**
>
> Hi Ron,
>
> The extract of our contact informaion is attached to this email.
>
> Please let me know should there be any issues opening the file.
>
> Regards,
>
> -Daniel.

**Yeager, Charles, Business Analytics & Financial Applications**

| | |
|---|---|
| **From:** | Rindfleisch, Ron, |
| **Sent:** | Thursday, December 4, 2025 9:39 AM |
| **To:** | MOUSSARON, Daniel; [redacted] |
| **Cc:** | Yeager, Charles, Business Analytics & Financial Applications |
| **Subject:** | Skywest ALPA |
| **Attachments:** | SkyWest_ALPA_OC_Members120125.xlsx; Skywest contacts 101325.xlsx |

OC leaders, great call last night. It's great to see the momentum rising.
2 requests:

1. Please send me the home addresses for the OC so we can send them some of the business cards
2. Please send me the latest pilot list so we can load our DMS. I know we may not need it for assessments, but we will when we start a card campaign.

I'll send you the OC training for next week tomorrow.
Thanks,

Ron (Rino) Rindfleisch
ALPA Organizing Consultant
571-215-2233

**Subject:** Re: OC training
**Date:** Monday, December 15, 2025 at 4:16:52 PM Eastern Standard Time
**From:** MOUSSARON, Daniel
**To:** Rindfleisch, Ron
**Attachments:** SkyWest_ALPA_OC_Members.xlsx

Here is the updated list. I'll follow-up with another containing addresses soon.

Regards,

-Daniel.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Subject:** Re: Skywest ALPA
**Date:** Thursday, January 8, 2026 at 3:17:49 AM Eastern Standard Time
**From:** MOUSSARON, Daniel
**To:** Rindfleisch, Ron, [redacted]
**CC:** [redacted]
**Attachments:** pilot_export_08JAN26.xlsx, SkyWest_ALPA_OC_08JAN26.xlsx

Ron,

As discussed, I've attached the full OC list ([redacted] members) along with the pilot assessment list with base-by-base results and comments, per your request.

To summarize where we are today:

* [redacted] of the pilot group assessed
* [redacted] of the entire pilot group in favor
* [redacted] **support among assessed pilots**
* [redacted] support at every major base
* [redacted] phone coverage
* [redacted] mailing address coverage
* [redacted] email coverage

We also want to underscore how effectively we are able to reach this pilot group when we engage them in the ways they actually respond. When we ran the SMS assessment outreach, we received approximately **1,350 pilot responses within 24 hours**, followed almost immediately by a formal response from the company. That experience reinforced two things for us: first, that the pilots are engaged and paying attention; and second, that this moment is time-sensitive.

We're concerned that continued delay risks losing momentum due to attrition and upcoming new-hire classes. From our perspective, the campaign has already moved well beyond a traditional assessment phase, and the infrastructure, OC depth, and demonstrated support are in place.

We're fully prepared to walk leadership through the data, provide additional context, or demo our DMS if helpful.

We strongly prefer to do this with ALPA and under ALPA's leadership. At the same time, we need to be candid that the SkyWest pilots are ready, and we can't afford to stall while momentum dissipates.

Thanks for taking the time to review the materials. We look forward to discussing next steps in the very near future.

Daniel.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
>

>

> [redacted]

[redacted]

[redacted]

---

**Subject:** Re: Skywest ALPA
**Date:** Thursday, January 8, 2026 at 3:05:10 PM Eastern Standard Time
**From:** Rindfleisch, Ron,
**To:** MOUSSARON, Daniel, [redacted]
**CC:** [redacted]
**Attachments:** image001.png, image002.png, Skywest contacts 101325.xlsx

I also noticed that in Oct there were 4973 pilots (attached) but this shows 4737.
Thanks,
Ron (Rino) Rindfleisch
ALPA Organizing Consultant
571-215-2233

---

[redacted]

---

**From:** Daniel Moussaron
**Date:** Thursday, January 8, 2026 at 3:17 AM
**To:** Ron Rindfleisch , [redacted]
**Subject:** Re: Skywest ALPA
Ron,

As discussed, I've attached the full OC list ([redacted] members) along with the pilot assessment list with base-by-base results and comments, per your request.

To summarize where we are today:

* [redacted] of the pilot group assessed
* [redacted] of the entire pilot group in favor
* [redacted] **support among assessed pilots**
* [redacted] support at every major base
* [redacted] phone coverage
* [redacted] mailing address coverage
* [redacted] email coverage

We also want to underscore how effectively we are able to reach this pilot group when we engage them in the ways they actually respond. When we ran the SMS assessment outreach, we received approximately **1,350 pilot responses within 24 hours**, followed almost immediately by a formal response from the company. That experience reinforced two things for us: first, that the pilots are engaged and paying attention; and second, that this moment is time-sensitive.

We're concerned that continued delay risks losing momentum due to attrition and upcoming new-hire classes. From our perspective, the campaign has already moved well beyond a traditional assessment phase, and the infrastructure, OC depth, and demonstrated support are in place.

We're fully prepared to walk leadership through the data, provide additional context, or demo our DMS if helpful.

We strongly prefer to do this with ALPA and under ALPA's leadership. At the same time, we need to be candid that the SkyWest pilots are ready, and we can't afford to stall while momentum dissipates.

Thanks for taking the time to review the materials. We look forward to discussing next steps in the very near future.

Daniel.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

> > **From:**Ron Rindfleisch
> > **Date: **Thursday, December 4, 2025 at 9:39 AM
> > **To: **Daniel Moussaron , [redacted]
> > **Cc: **"Yeager, Charles, Business Analytics & Financial Applications"
> > **Subject: **Skywest ALPA
> >
> > OC leaders, great call last night. It's great to see the momentum rising.
> >
> > 2 requests:
> >
> > 1. Please send me the home addresses for the OC so we can send them some of the business cards
> > 2. Please send me the latest pilot list so we can load our DMS. I know we may not need it for assessments, but we will when we start a card campaign.
> >
> > I'll send you the OC training for next week tomorrow.
> >
> > Thanks,
> >
> > Ron (Rino) Rindfleisch
> >
> > ALPA Organizing Consultant

> >
> > 571-215-2233
> >
> >
> >
>

**Yeager, Charles, Business Analytics & Financial Applications**

**From:** Rindfleisch, Ron,
**Sent:** Friday, January 9, 2026 3:00 PM
**To:** Yeager, Charles, Business Analytics & Financial Applications
**Subject:** Fwd: Skywest ALPA
**Attachments:** pilot_export_08JAN26.xlsx; SkyWest_ALPA_OC_08JAN26.xlsx

These were the files he sent. The password is SkyWestALPA26.
Thx
Sent from my iPhone

Begin forwarded message:

**From:** "MOUSSARON, Daniel" <daniel.moussaron@skywestalpa.org>
**Date:** January 8, 2026 at 3:17:49 AM EST
**To:** "Rindfleisch, Ron," <Ron.Rindfleisch@alpa.org>, [redacted]
**Subject: Re: Skywest ALPA**

Ron,

As discussed, I've attached the full OC list ([redacted] members) along with the pilot assessment list with base-by-base results and comments, per your request.

To summarize where we are today:

* [redacted] of the pilot group assessed
* [redacted] of the entire pilot group in favor
* [redacted] **support among assessed pilots**
* [redacted] support at every major base
* [redacted] phone coverage
* [redacted] mailing address coverage
* [redacted] email coverage

We also want to underscore how effectively we are able to reach this pilot group when we engage them in the ways they actually respond. When we ran the SMS assessment outreach, we received approximately **1,350 pilot responses within 24 hours**, followed almost immediately by a formal response from the company. That experience reinforced two things for us: first, that the pilots are engaged and paying attention; and second, that this moment is time-sensitive.

We're concerned that continued delay risks losing momentum due to attrition and upcoming new-hire classes. From our perspective, the campaign has already moved well