# EXHIBIT O

**From:** Jonathan Thorne
**To:** Scott Uthe; Zach T. Burford; Tyson C. Horrocks
**Cc:** Vita S. Garrett; Greg Saylin
**Subject:** Re: SkyWest v. Moussaron - Krithivas" availability
**Date:** Saturday, August 15, 2026 11:55:37 AM
**Attachments:** image001.png

**External Email**

Zach - I agreed with Scott's points below, and we should meet and confer per the court order.

Moussaron would also prefer virtual, but I can make Moussaron available Wednesday, September 2 in Salt Lake City.
We will not agree to a second deposition.
Moussaron will not answer questions subject to our RLA First Amendment and other objections that are currently pending before the court.
I will need a virtual option to attend the Krithivas deposition.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

---

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Friday, August 14, 2026 5:15 PM

**To:** Zach T. Burford <ZTBurford@hollandhart.com>; Jonathan Thorne <Jonathan@utahjobjustice.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>
**Subject:** RE: SkyWest v. Moussaron - Krithivas' availability

Hi Zach,

Krithivas can be available in Chicago on Monday, September 14. His suggestion and preference is still to conduct the deposition virtually.

Please let me know when SkyWest will be setting up the meet and confer per the Court's Order before sending out a new Notice of Deposition.

At such a meeting, I would like to discuss the following additional deposition details:

1. Krithivas will not voluntarily continue or sit for a second deposition.
2. I will direct Krithivas to not answer any questions encompassed in the disputed First Amendment Associational/Union Formation free from SkyWest Interference privilege that are currently pending before the Court.
3. I am requesting SkyWest's consent to attend Moussaron's deposition virtually.
4. Will SkyWest consent to having its witnesses to be deposed virtually?

Moussaron's counsel may have additional topics to clarify as well.

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Zach T. Burford <ZTBurford@hollandhart.com>
**Sent:** Wednesday, August 12, 2026 5:04 PM
**To:** Scott Uthe <suthe@azlawyers.com>; Jonathan Thorne <Jonathan@utahjobjustice.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>
**Subject:** RE: SkyWest v. Moussaron - Krithivas' availability

Hi Scott and Jonathan,

Based on the Court's recent order, we wanted to confer on scheduling in-person depositions of the Defendants. We'd like to conduct Moussaron's in Minneapolis and Krithivas's in Chicago. Could you please provide us with your clients' availability to proceed with their respective depositions from late August to mid-September?

Thanks,
Zach

**Zach Burford**
**Associate, Holland & Hart LLP**
ztburford@hollandhart.com | **T:** (801) 799-5718
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Tuesday, July 14, 2026 5:47 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Subject:** RE: SkyWest v. Moussaron - Krithivas' availability

**External Email**

Good evening,

I can be available remotely on either August 26 or 27 (only up to 5 PM AZ time on 8/27). My client is not available on those dates, but is willing to waive his right to attend.

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Tuesday, July 14, 2026 3:50 PM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Subject:** Re: SkyWest v. Moussaron - Krithivas' availability

We could make either August 26 or 27 work.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

---

**From:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Sent:** Tuesday, July 14, 2026 2:20 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Subject:** RE: SkyWest v. Moussaron - Krithivas' availability

Thanks Jonathan. We are trying to figure out how to make this work with everyone's schedules. We're running into some issues. Do you and your client have availability the week of August 24?

Best,

**Tyson Horrocks**
**Partner, Holland & Hart LLP**
tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Monday, July 13, 2026 3:01 PM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Subject:** Re: SkyWest v. Moussaron - Krithivas' availability

**External Email**

Tyson - given Scott's availability for the September dates those seem to be the only ones that work for the parties and are within the range that you requested.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

---

**From:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Sent:** Monday, July 13, 2026 2:34 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Subject:** RE: SkyWest v. Moussaron - Krithivas' availability

Jonathan,

Thank you. What availability do you have the week of August 24?

Best,

**Tyson Horrocks**
Partner, Holland & Hart LLP
tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Sent:** Monday, July 13, 2026 2:23 PM
**To:** Scott Uthe <suthe@azlawyers.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Subject:** Re: SkyWest v. Moussaron - Krithivas' availability

**External Email**

Tyson - Agreed with Scott's concerns detailed below and we'd like to do the depos remotely. We can also be available Sept 1-3.

Jonathan K. Thorne
SCHOLNICK THORNE HOLLAND

40 South 600 East
Salt Lake City, UT 84102
p: 801.359.4169 ext. 314
f: 801.359.4313
www.utahjobjustice.com

WASHINGTON OFFICE:
705 Second Ave, Suite 1100
Seattle, WA 98104
p: 406.546.6962

This electronic transmission may contain confidential and privileged information. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is exempt from disclosure under applicable federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message received by you.

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Monday, July 13, 2026 2:01 PM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Jonathan Thorne <Jonathan@utahjobjustice.com>
**Cc:** Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Subject:** RE: SkyWest v. Moussaron - Krithivas' availability

Good afternoon Tyson,

Mr. Krithivas (and I) are available September 1-4. His first preference is to conduct the deposition remotely, due to cost and inconvenience. If that is not acceptable to SkyWest, then his secondary proposal is to conduct the deposition in person at our office in Scottsdale, Arizona, because he has family here in Arizona, and this would limit travel distance for both Moussaron's counsel and SkyWest's Counsel. The final option proposed is to conduct the deposition in person in Chicago at a location to be determined.

If SkyWest is going to insist on taking his deposition in Utah, then please provide its justification and basis for making this demand for him to travel over 1,200 miles after causing him tremendous financial harm through this lawsuit and intentionally causing him to be constructively discharged from American Airlines.

As has already been documented in the submitted deposition plan, Krithivas is willing to discuss taking all of his depositions remotely to reduce travel costs for all involved.

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Sent:** Monday, July 13, 2026 11:41 AM
**To:** Jonathan Thorne <jonathan@utahjobjustice.com>; Scott Uthe <suthe@azlawyers.com>
**Cc:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Vita S. Garrett <VSGarrett@hollandhart.com>; Greg Saylin <GMSaylin@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Subject:** SkyWest v. Moussaron

Jonathan and Scott,

We would like to schedule the depositions of Mr. Moussaron and Mr. Krithivas. Please let us

know your dates of availability the weeks of August 24 and 31. Thank you.

Best,

Holland & Hart

**Tyson Horrocks**
Partner
HOLLAND & HART LLP
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.