# EXHIBIT P

Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **DECLARATION OF TODD EMERSON IN SUPPORT OF OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER (DKT. NO. 132)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Todd Emerson, declare and state as follows:

1. I am employed by SkyWest Airlines, Inc. ("SkyWest") as Vice President of Legal Affairs. I have been employed by SkyWest since 2003. I make this declaration based on my

personal knowledge and on my review of SkyWest's records maintained in the ordinary course of business.

2. During the 2007 ALPA organizing campaign among SkyWest pilots and the related litigation, *SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.*, No. C-07-2688 CRB (N.D. Cal.), I served as SkyWest's Director of Government and Legal Affairs, and I was personally involved in SkyWest's response to that campaign and to that litigation. Since that time, my responsibilities at SkyWest have included oversight of labor and employment claims and litigation.

3. In connection with the 2007 organizing campaign, the Air Line Pilots Association, International ("ALPA") provided SkyWest with a list identifying the members of the SkyWest ALPA Organizing Committee. The list had approximately 30 pilots identified. SkyWest therefore knew the identities of the pilots who served on that committee.

4. To my knowledge, following the 2007 campaign, the pilots identified as members of the Organizing Committee either continued their careers at SkyWest or left SkyWest voluntarily. SkyWest did not terminate, demote, discipline, or take any other adverse employment action against any of those pilots because of their support for ALPA or their participation in the organizing campaign.

5. To my knowledge, following the 2007 campaign, neither ALPA nor any SkyWest pilot filed a charge with the Equal Employment Opportunity Commission, the National Mediation Board or a complaint court, or any other administrative agency alleging that SkyWest retaliated against a pilot for supporting ALPA or for participating in union organizing.

6. To my knowledge, from the 2003 campaign to the present, SkyWest has not terminated, demoted, reassigned, or taken any other adverse employment action against any pilot because of that pilot's support for ALPA or for other union representation.

7. The 2007 lawsuit did not allege that SkyWest terminated or disciplined any pilot in retaliation for union activity. That lawsuit concerned pilots' ability to wear ALPA insignia, the distribution of ALPA materials, and ALPA's request for access to communication channels available to its rival, the SkyWest Airline Pilots Association. To my knowledge, no pilot was disciplined and SkyWest took no adverse employment action against any pilot for wearing an ALPA lanyard or pin in connection with that dispute.

8. In connection with the flight attendant organizing campaign at issue in *Association of Flight Attendants-CWA, AFL-CIO v. SkyWest Airlines, Inc.*, No. 2:23-cv-00723-DBB-DBP (D. Utah), the only individuals SkyWest terminated were those who admitted (and later confirmed under oath) that they had impersonated flight attendants and used those flight attendants' credentials, without their knowledge or permission, to log into a labor election.

9. All other AFA organizers and supporters, including AFA's campaign leader at SkyWest, remain employed by SkyWest. AFA has not alleged in that lawsuit that SkyWest retaliated against any AFA organizer or supporter, other than the individuals described in paragraph 8 above.

I declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct.

Executed October 13, 2026, at Saint George, Utah.

Todd Emerson

39846560_v1