# EXHIBIT Q

| Resource Type | Location | Path / URL / Identifier | Description | Possess? | Current Location | Custodian | Parties with access | Access | Modified | Transmitted |
|---|---|---|---|---|---|---|---|---|---|---|
| Dataset | SkyProxy MySQL Server | SkyProxy/staged_pilot_data | Full pilot contact information stored in the `staged_pilot_data` table | No | | | | 8-Dec-25 | 8-Dec-25 | |
| Partial Dataset (09-03 / 12-09) | SkyProxy MySQL Server | SkyProxy/pilot_members | New-Hire pilot contact information merged into the `pilot_members` table | Yes | SkyProxy Server | Daniel Moussaron | Daniel Moussaron | 10-Feb-26 | 26-Jan-26 | 8-Jan-26 |
| File – Excel CSV | Personal MacBook Pro | Downloads | Full extract of the `pilot_members` table | No | ALPA | Ron Rindfleisch | Ron Rindfleisch | | | |
| File – SQL Dump | Personal MacBook Pro | Documents/SkyWest/Litigation/D004 - DMS/SkyProxy.sql.zip | Full dump/extract of the SkyProxy database | Yes | | | | | | |
| Dataset | EZTexting | https://spa.eztexting.com/contacts | First name, last name, phone number, employeeID, poll response value | Yes | EZTexting | Daniel Moussaron | Daniel Moussaron | 10-Feb-26 | 9-Dec-25 | |
| File - Excel CSV | Personal MacBook Pro | Downloads/skywest_contacts_20251209_030724 | First name, last name, phone number, employeeID | Yes | Personal MacBook Pro | Daniel Moussaron | Daniel Moussaron | 9-Dec-25 | 8-Dec-25 | 8-Dec-25 |
| File - Excel CSV | Personal MacBook Pro | Downlaods/contact_reports_66bbf74d1b02000_a33 | First name, last name, phone number, employeeID, poll response value | Yes | Personal MacBook Pro | Daniel Moussaron | Daniel Moussaron | 9-Dec-25 | 8-Dec-25 | 8-Dec-25 |

| Disclosure 1 | Use Case 1 |
|---|---|
| | 29-Aug-25_18-Sep-25 - To reach SkyWest pilots and assess interest in ALPA - name, employeeID, phone number, address |
| | 18-Sep-25_08-Dec-25 - To reach newly hired SkyWest pilots and assess interest in ALPA - name, employeeID, phone number, address |
| 8-Dec-25 - Ron Rindfleisch - email attachment as a password protected CSV - shared to show campaing progress and get A-Card authorization | 8-Dec-25 - To update ALPA on our labor campaign progress as we reached their object goals |
| | 27-Jan-26 - To preserve a copy of the ALPA server SQL database for possible litigation |
| | 8-Dec-25 - To send an ALPA interest poll to the pilot group - name, employeeID, phone number |
| 8-Dec-25 - EZTesting - uploaded via the website UI - shared to send an ALPA interest poll to the pilot group | 8-Dec-25 - To send an ALPA interest poll to the pilot group - name, employeeID, phone number |
| 8-Dec-25 - EZTesting - downalod via the website UI - downloaded to obtain the results of the ALPA interest poll sent to the pilot group | 8-Dec-25 - To import the results of the ALPA interest poll sent to the pilot group - name, employeeID, phone number |