# EXHIBIT A

**From:** Tyson C. Horrocks
**To:** Scott Uthe; Zach T. Burford
**Cc:** Jonathan Thorne
**Subject:** RE: SkyWest/Hansen v Moussaron/Krithivas - Meet and Confer - Notes and Results
**Date:** Saturday, September 12, 2026 12:26:44 AM

Scott,

We can agree.

Best,

**Tyson Horrocks**
Partner, Holland & Hart LLP

tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Friday, September 11, 2026 6:05 PM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>; Zach T. Burford <ZTBurford@hollandhart.com>
**Cc:** Jonathan Thorne <Jonathan@utahjobjustice.com>
**Subject:** RE: SkyWest/Hansen v Moussaron/Krithivas - Meet and Confer - Notes and Results

**External Email**

Good evening Tyson,
I am requesting SkyWest to Stipulate to allow Krithivas to file Short Form Discovery Motions regarding these unresolved discovery issues up to and including September 18, 2026.

Please let me know if I have your consent.

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Scott Uthe
**Sent:** Friday, September 11, 2026 10:57 AM
**To:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Subject:** RE: SkyWest/Hansen v Moussaron/Krithivas - Meet and Confer - Notes and Results

Good morning Tyson,

Any update on SkyWest's responses?

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

**From:** Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Sent:** Tuesday, September 8, 2026 4:01 PM
**To:** Scott Uthe <suthe@azlawyers.com>
**Subject:** RE: SkyWest/Hansen v Moussaron/Krithivas - Meet and Confer - Notes and Results

Scott – apologies. I was out of the office. I'll hopefully have a response tomorrow.

Best,

**Tyson Horrocks**
**Partner, Holland & Hart LLP**

tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Thursday, September 3, 2026 4:09 PM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Zach T. Burford <ZTBurford@hollandhart.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Lauren Scholnick <lauren@utahjobjustice.com>; Jack Holland <jack@laborwest.com>; Greg Saylin <GMSaylin@hollandhart.com>
**Subject:** RE: SkyWest/Hansen v Moussaron/Krithivas - Meet and Confer - Notes and Results

**External Email**

Good afternoon Tyson,

Can you please provide a firm date when SkyWest will provide a clear response to these items?

1. When SkyWest will provide signed verifications for all ROG responses served to date that are

missing them.

2. Whether SkyWest will agree to proposal to remove "EmpNo", "PreferredName", "LastName", " NumberContacted", and any "MessageContent" fields (two identified: I16, I19) that contain the name of the pilot reporting the contact, from SkyWest_0000517.xslx to remove classification from the file.
3. When SkyWest will produce signed/executed copies of NDAs/Confidentiality agreements related to Krithivas RFP 25.
4. Whether SkyWest will verify that nothing responsive is being withheld. ( Investigation/response costs, Interrogatory 15 and RFPs 18–21. Krithivas asserts that SkyWest has produced no clear answer about what investigation or costs were incurred prior to Esplin's February 2, 2026 declaration)
5. Complete supplemental responses to Krithivas RFPs 18-20, 26, 27.

Thank you and have a good Labor Day weekend,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ

---

**From:** Scott Uthe
**Sent:** Wednesday, August 26, 2026 9:54 AM
**To:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Zach T. Burford <ztburford@hollandhart.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Lauren Scholnick <lauren@utahjobjustice.com>; Jack Holland <jack@laborwest.com>; Greg Saylin <GMSaylin@hollandhart.com>
**Subject:** SkyWest/Hansen v Moussaron/Krithivas - Meet and Confer - Notes and Results

Good morning Tyson,

Thank you for your participation in our meet and confer yesterday. We were able to resolve several issues, namely deferring depositions of Defendants until after the court rules on the Defendants' Joint Motion for Protective Order. Defendants have also requested at least three week notice prior to rescheduled depositions to allow for arranging for out of state travel.

SkyWest counsel confirmed that the named SAPA representatives in response to Krithivas ROG 17 identify the same representatives counted in response to Krithivas ROG 18.

Krithivas agreed to allow MSL to provide response to SDT to SkyWest directly to allow review for privilege. Krithivas and SkyWest will confer in good faith after MSL responds to determine whether 1 or 2 weeks is an appropriate timeframe.

The parties agreed to Stipulate to Extend the Deadline for SkyWest to Respond to Defendants' Motion to Quash ALPA SDT until after the court rules on on the Defendants' Joint Motion for Protective Order.

To resolve contentions over RFA 20 response, Krithivas agreed to serve new ROG asking about employee information displayed on SkyWest employee badges.

SkyWest counsel stated that SkyWest is not withholding any identified documents responsive to Krithivas ROG 13 or Krithivas RFPs 13-15. Krithivas's counsel requested a further statement on what search has been conducted.

Items SkyWest counsel was going to follow up on:
Try to provide verification pages for ROG responses by end of week.
SkyWest will consider proposal to remove "EmpNo", "PreferredName", "LastName", " NumberContacted", and any "MessageContent" fields (two identified: I16, I19) that contain the name of the pilot reporting the contact, from SkyWest_0000517.xslx to remove classification from the file.
SkyWest will investigate whether it possesses **signed** NDAs/Confidentiality Agreements in response to Krithivas RFP 25.
Investigation/response costs, Interrogatory 15 and RFPs 18–21. Krithivas asserts that SkyWest has produced no clear answer about what investigation or costs were incurred prior to Esplin's February 2, 2026 declaration. SkyWest will verify nothing else is available.

Unresolved/deferred:
**Uncompleted production commitments** — portions of RFPs ~~14~~, 18–20, 26 and 27. SkyWest's counsel stated that no documents have been identified and that no documents are being withheld. Krithivas's counsel agreed to look back at each request and provide feedback. Krithivas contends that disputes remain regarding 18-20, 26 and 27.

> (Details: 18 – Not OK (See Investigation/response costs above)
> 19 – Not OK (See Investigation/response costs above)
> 20 – Not OK (See Investigation/response costs above) (Supplemental response to ROG 15 indicates that there must be responsive documents).
> 26 – Not OK.
> 27 – Not OK. SkyWest has expressly stated, "SkyWest's review of SWOL/Directory activity was initiated in response to reports of misuse of pilot contact information, including reports of unsolicited texts/calls from non-SkyWest numbers and platforms." (Response to Moussaron Expedited ROG #5). To date the only document produced that could arguably be a "report" dated prior to January 26, 2026 is a pseudonymous, unidentified Facebook post that was not directed to SkyWest. SkyWest has not produced ANY documents or internal communications related to December 10, 2025 Spam Text Notice.)

**Formation of SkyWest's Narrative** (Interrogatory No. 20; RFP No. 16) – Further discussion to be deferred until court rules on Dkt 99/109.

Topic mentioned by not discussed:
SkyWest suggested that it would provide citations for cases that it asserts challenge the propriety of Defendants' Joint Motion for Partial Judgment on the Pleadings. (Email was sent later with four case citations with a demand to withdraw the motion by end of day 8/28/26.)

Regards,
Scott C. Uthe, Esq.

Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ