# EXHIBIT B

**From:** Tyson C. Horrocks
**To:** Scott Uthe; Zach T. Burford
**Cc:** Tyson C. Horrocks; Jonathan Thorne; Greg Saylin; Orders
**Subject:** RE: SkyWest/Hansen v. Moussaron/Krithivas - Stipulation to Extend Deadline Under DUCivR37-1(b)(2)(C)
**Date:** Monday, September 14, 2026 1:13:41 PM
**Attachments:** 20260914 Stipulation to Extend Deadline Under DUCivR 37-1(b)(2)(C)(39475111.1).docx
20260914 Proposed Order Gratnting Stipulation to Extend Deadline Under DUCivR 37-1(b)(2)(C)(39475119.1).docx

---

Scott,

A few minor revisions in the attached. If these revisions are acceptable, you can accept them and file these with the court.

Best,

**Tyson Horrocks**
Partner, Holland & Hart LLP

tchorrocks@hollandhart.com | **T:** 801.799.5923 | **M:** (801) 598-4331
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Scott Uthe <suthe@azlawyers.com>
**Sent:** Monday, September 14, 2026 10:18 AM
**To:** Zach T. Burford <ZTBurford@hollandhart.com>; Tyson C. Horrocks <TCHorrocks@hollandhart.com>
**Cc:** Jonathan Thorne <Jonathan@utahjobjustice.com>; Greg Saylin <GMSaylin@hollandhart.com>; Orders <Orders@azlawyers.com>
**Subject:** SkyWest/Hansen v. Moussaron/Krithivas - Stipulation to Extend Deadline Under DUCivR37-1(b)(2)(C)

**External Email**

Good morning Tyson and Zach,
Per our email on Friday, please review and approve the attached drafted Stipulation and Proposed Order.

Regards,

Scott C. Uthe, Esq.
Law Offices of Timothy D. Ducar, PLC
9280 E. Raintree Drive, Suite 104
Scottsdale, AZ 85260
(480) 502-2119 (voice)
(480) 452-0900 (fax)
www.azlawyers.com
Admitted in AZ