# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | Fundraiser by Daniel Moussaron : SkyWest Sued Pilots for Contacting Coworkers About a Union |
| Capture URL: | https://www.gofundme.com/f/skywest-organizing-legal-defense |
| Page loaded at (UTC): | Mon, 13 Jul 2026 20:41:57 GMT |
| Capture timestamp (UTC): | Mon, 13 Jul 2026 20:41:59 GMT |
| Capture tool: | 11.1.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.1.7 Chrome/148.0.7778.265 Safari/537.36 |
| Operating system: | Linux (Node 24.16.0) |
| PDF length: | 5 |
| Capture ID: | 6hHr6j2GZxAXVzNxMiHmMG |
| Display Name: | lawharton |

Search Donate Fundraise gofundme About Sign in Start a GoFundMe

# SkyWest Sued Pilots for Contacting Coworkers About a Union




**$4,634 raised**
of $90K USD
54 donations

6%

Donate now

Share

Anonymous
$200 MONTHLY · 13 d

Elizabeth Brassaw
$100 · 1 mo

Craig Utas
$100 · 1 mo

Brian Carmean
$100 · 1 mo

Derek Lacy
$25 · 27 d

See all | See top

D **Daniel Moussaron**

**Donation protected**

I believe SkyWest Airlines brought this lawsuit against me because I was helping to organize a pilot union and to stop and silence the organizing effort. I believe that SkyWest does not want its pilots talking to each other about union representation and is willing to sue pilots who try to organize in federal court to make that point.

**What happened:**

In early 2025, I began working with ALPA to help SkyWest pilots explore union representation. I used my standard company login, the same credentials every SkyWest pilot has, to look up contact information in the employee directory, and I reached out to fellow pilots about organizing. Any pilot who didn't want to be contacted just had to say that and we would not contact them again about the union.

**SkyWest's response was not a conversation. It was a federal lawsuit.**

The company filed suit in U.S. District Court in Utah (Case No. 4:26-cv-00015-DN-PK), accusing me of "hacking" the SkyWest directory under the Computer Fraud and Abuse Act for using a system I was authorized to access every day of my career. SkyWest demanded I provide my personal devices to its computer expert for forensic imaging . SkyWest terminated me a week before the lawsuit was filed.

**Why this matters beyond two pilots:**

Contacting coworkers about union representation is activity protected by federal law under the Railway Labor Act. SkyWest knows this. But a lawsuit doesn't have to succeed to achieve its purpose, it just must be expensive enough to make the next pilot think twice.

If SkyWest can drag a Captain through federal litigation for reaching out to colleagues about their own working conditions, every non-union carrier in the country just got handed a playbook for silencing organizing before it starts.

**Where things stand:**

If SkyWest can drag a Captain through federal litigation for reaching out to colleagues about their own working conditions, every non-union carrier in the country just got handed a playbook for silencing organizing before it starts.

**Where things stand:**

I'm represented by counsel and actively defending this case. My legal team has raised Railway Labor Act preemption and challenged SkyWest's claims on multiple grounds. Discovery is underway, and the evidence we've uncovered so far has only strengthened our position.

But SkyWest is being represented by Holland & Hart, one of the largest law firms in the western United States, and I no longer have a flying income.
The legal costs of defending against a federal lawsuit of this scope are substantial, and beyond what I can afford.

**What I'm asking:**

If you're a regional pilot, you understand exactly what's at stake here. If I am successful in my RLA claims, it will breathe new life into the federal law that guarantees pilots have the right to talk to each other about their own working conditions without fear of career destruction and it will send a message throughout the airline industry that both unionizing and trying to form a union are protected.

Every contribution, and every share, helps keep this fight going. Not just for me, but for the principle that pilots shouldn't lose their careers for exercising rights that federal law is supposed to protect.

Case No. 4:26-cv-00015-DN-PK | U.S. District Court, District of Utah | PACER

Donate | Share

**6%** **$4,634 raised**
of $90K USD
54 donations

Donate now

Share

Anonymous
**$200** MONTHLY · 13 d

E Elizabeth Brassaw
**$100** · 1 mo

C Craig Utas
**$100** · 1 mo

B Brian Carmean
**$100** · 1 mo

D Derek Lacy
**$25** · 27 d

See all | See top

## Sharing helps more than you think

On average, **each share can inspire $50** in donations by helping this fundraiser reach more people.




## Organizer

54 donations

Donate now

Share

Anonymous
$200 MONTHLY · 13 d

Elizabeth Brassaw
$100 · 1 mo

Craig Utas
$100 · 1 mo

Brian Carmean
$100 · 1 mo

Derek Lacy
$25 · 27 d

See all

See top

## Organizer

Daniel Moussaron
Organizer
Wayzata, MN

Message

Created March 16th, 2026 · Emergencies

Report fundraiser


### Your easy, powerful, and trusted home for help

**Easy**
Donate quickly and easily

**Powerful**
Send help right to the people and causes you care about

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee

**Donate**
Categories
Crisis relief
Social Impact Funds
Supporter Space

**Fundraise**
How to start a GoFundMe
Fundraising categories
Team fundraising
Fundraising Blog
Charity fundraising
Sign up as a nonprofit

**About**
How GoFundMe works
GoFundMe Giving Guarantee
Supported countries
Pricing
Help Center
About GoFundMe
Newsroom
Careers
GoFundMe.org
GoFundMe Partnerships
GoFundMe Pro for nonprofits

More resources

United States · English

© 2010-2026 GoFundMe Terms Privacy Notice Legal Accessibility Statement Cookie Policy
Manage Cookie Preferences Your Privacy Choices

GET IT ON Google Play
Download on the App Store

Donate now

Share

Anonymous
$200 MONTHLY · 13 d

E Elizabeth Brassaw
$100 · 1 mo

C Craig Utas
$100 · 1 mo

B Brian Carmean
$100 · 1 mo

D Derek Lacy
$25 · 27 d

See all | See top

## Organizer

D **Daniel Moussaron**
Organizer
Wayzata, MN

Message

Created March 16th, 2026 · Emergencies

Report fundraiser


**Your easy, powerful, and trusted home for help**

**Easy**
Donate quickly and easily

**Powerful**
Send help right to the people and causes you care about

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee

**Donate**
Categories
Crisis relief
Social Impact Funds
Supporter Space

**Fundraise**
How to start a GoFundMe
Fundraising categories
Team fundraising
Fundraising Blog
Charity fundraising
Sign up as a nonprofit

**About**
How GoFundMe works
GoFundMe Giving Guarantee
Supported countries
Pricing
Help Center
About GoFundMe
Newsroom
Careers
GoFundMe.org
GoFundMe Partnerships
GoFundMe Pro for nonprofits

More resources

United States · English

© 2010-2026 GoFundMe Terms Privacy Notice Legal Accessibility Statement Cookie Policy
Manage Cookie Preferences Your Privacy Choices

GET IT ON Google Play | Download on the App Store