Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **NOTICE OF WITHDRAWAL OF MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL A COMPLETE ANSWER TO INTERROGATORY NO. 3 (DKT. 128)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to the Court's October 20, 2026 docket text order, Defendant and Counterclaim Plaintiff Daniel Moussaron withdraws his Short Form Discovery Motion to Compel a Complete Answer to Interrogatory No. 3 (Dkt. 128), filed September 11, 2026.

The motion sought a supplemental answer to Interrogatory No. 3 of Moussaron's First Set of Expedited Discovery Requests stating the role each of the seven identified individuals

played in the decision to terminate Moussaron. Moussaron first requested that discovery by written deficiency letter on July 31, 2026, and conferred with SkyWest's counsel on August 7, August 25 and September 2, 2026, without result.[1] On September 18, 2026, seven days after the motion was filed, SkyWest served a First Supplemental Response describing the role of each identified individual.[2]

Moussaron accepts that discovery as resolving the motion. Because it was provided after the motion was filed, Moussaron reserves his request for the expenses of making the motion under Rule 37(a)(5)(A), to be presented at a time the Court directs. This withdrawal is without prejudice to any other request, objection, or motion.

DATED this 26th day of October, 2026.

**SCHOLNICK THORNE HOLLAND**

/s/ Jonathan K. Thorne
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

---

[1] Dkt. 128, certification.
[2] SkyWest First Supp. Resp. to Moussaron's Expedited Discovery Requests (Sept. 18, 2026), Interrog. No. 3 answer; Dkt. 143, pg. 2.