Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **NOTICE OF WITHDRAWAL OF MOUSSARON'S SHORT FORM DISCOVERY MOTION TO COMPEL AUTHORIZATION AND ACCESS-CONTROL DISCOVERY (INTERROGATORY NO. 1; REQUESTS FOR PRODUCTION NOS. 1–5) (DKT. 129)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to the Court's October 20, 2026 docket text order, Defendant and Counterclaim Plaintiff Daniel Moussaron withdraws his Short Form Discovery Motion to Compel Authorization and Access-Control Discovery (Interrogatory No. 1; Requests For Production Nos. 1–5) (Dkt. 129), filed September 11, 2026.

The motion sought a supplemental answer to Interrogatory No. 1 identifying, for each alleged access event, the identity used and the log source, and production of the directory documentation, permission settings, server responses, Defendants' role and permission records, and raw logs requested in Requests for Production Nos. 1–5 of Moussaron's First Set of Expedited Discovery Requests.

Moussaron first requested that discovery by written deficiency letter on July 31, 2026, and conferred with SkyWest's counsel on August 7, August 25 and September 2, 2026, without result.[1] On September 18, 2026, SkyWest served a First Supplemental Response identifying the two log sources used to generate SkyWest_000001 and committing to produce documents responsive to Requests for Production Nos. 1–5,[2] and on October 2, 2026 it produced the ViewerIP logs, portions of the directory source code, a single screenshot from a Quality Assurance testing environment showing the directory and a server response payload, and portions of Defendants' identity and access records.[3]

Moussaron accepts that discovery as resolving the motion. Because it was provided after the motion was filed, Moussaron reserves his request for the expenses of making the motion under Rule 37(a)(5)(A), to be presented at a time the Court directs. This withdrawal is without prejudice to any other request, objection, or motion.

---

[1] Dkt. 129, certification.
[2] SkyWest First Supp. Resp. (Sept. 18, 2026), Interrog. No. 1 answer and RFP Nos. 1–5 responses; Dkt. 144, pgs. 2–3.
[3] SkyWest_0000545–0000599.

DATED this 26th day of October, 2026.

**SCHOLNICK THORNE HOLLAND**

/s/ Jonathan K. Thorne
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*