**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendants' Joint Motion for Leave to File Overlength Reply in Support of Joint Motion for Protective Order (Dkt. 132), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

Defendants may file a reply in support of their Joint Motion for Protective Order (Dkt. 132) containing no more than 6,200 words, excluding the caption, face sheet, table of contents, table of authorities, signature block, certificate of service, and exhibits, as provided in DUCivR 7-1(a)(6)(B). The reply must contain a table of contents (DUCivR 7-1(a)(7)(B)).

DATED this ___ day of __________, 2026.

BY THE COURT

____________________________

PAUL KOHLER
United States Magistrate Judge