# EXHIBIT C

Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs. | **SUPPLEMENTAL DECLARATION OF DANIEL MOUSSARON IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER (DKT. 132)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

I, Daniel Moussaron, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a Defendant and Counterclaim Plaintiff in this action. I submitted a declaration in support of Defendants' Joint Motion for Protective Order on September 14, 2026 (Dkt. 132-4). I submit this supplemental declaration to respond to statements in SkyWest's Opposition (Dkt. 174)

concerning who had access to pilot contact information in the Organizing Committee's data-management system (the "DMS") and how that access worked, and to describe two documents SkyWest produced in this action. I have personal knowledge of the facts stated below because I designed, built and administered the DMS, and if called as a witness I could and would testify competently to them.

2. The DMS was a web application I built to gather pilot contact information, store it, and report on the campaign's progress. It was later converted into a campaign-assessment and outreach tool, including the call-queue page described below. Pilot names and telephone numbers were stored in its database in encrypted form (AES-256), and were decrypted only when a specific record was retrieved for display to an authorized user. The export script SkyWest has (Moussaron_000259) is a command-line script that ran on the server itself; it was not a function available to any user through the application.

3. Committee members who made outreach calls used a call-queue page. To reach it, a user had to log in with a password and a second factor (an authenticator code or a passkey), and had to acknowledge a use disclaimer before the system would display any pilot record. A caller did not see a list of pilots and could not search the database by name or telephone number. The caller pressed a button, and the system assigned one pilot to that caller, displaying that pilot's name, base, seat, aircraft and telephone number for the duration of the call. The assignment was locked to that caller for thirty minutes and then released. The system limited each caller to thirty record views per hour and ten skips per day, logged every view, skip and assessment, and timed out inactive sessions. The only other way to reach an individual record was a "manual lookup" page, intended for recording an assessment after a conversation with a pilot in person: it required the pilot's six-digit employee number, returned only name, base, seat and aircraft (the page stated,

"For privacy, phone, email, and address are not displayed"), was limited to fifty uses per day, blocked a second look at the same pilot within forty-eight hours, and was logged.

4. The queue page contained no function to export, download, copy as a list, or print the pilot records, and the application exposed no list view to callers. The server on which the DMS and its database reside has been preserved since my termination.

5. On February 2, 2026, three days after SkyWest filed its Complaint, SkyWest's General Counsel, Dale Hansen, emailed a copy of the Complaint to Patrick Quayle at United Airlines. At the time I was a participant in the SkyWest/United pathway program. The email states: "Attached is a complaint filed against a former SkyWest pilot (Daniel Moussaron) who I understand is part of the SkyWest/United pathway program. The complaint was filed on Friday in Utah Federal district court. We just wanted to make you aware of the initiation of litigation against Mr. Moussaron." Mr. Quayle replied the same day, "Received. Thank you." SkyWest produced the email and the reply in this action as SkyWest_0000600 and SkyWest_0001357 and designated both "Confidential" under the Standard Protective Order. Because of that designation I have not attached them to this declaration; they are available for the Court's review on request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026, at Saint-Michael, Minnesota.

Daniel Moussaron