# EXHIBIT D

Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **PLAINTIFF SKYWEST'S RESPONSES TO DEFENDANT KRITHIVAS' FOURTH SET OF DISCOVERY REQUESTS**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff SkyWest Airlines, Inc. ("Plaintiff" or "SkyWest") by and through undersigned counsel, hereby responds to Defendant Vikaas Krithivas' ("Defendant") Fourth Set of Discovery Requests ("Requests") as follows:

(c) SkyWest restored the pre-January 12, 2026 Directory code to its QA test website, logged in as a pilot, viewed another pilot's record in the Directory, and opened the browser's built-in developer tools, which displayed the employee-detail response at the bottom of the screen. The pilot's personal information was redacted before production.

(d) The data fields included in the employee-detail response payload could be viewed with developer tools, and the developer tools depicted in SkyWest_0000599 are built into the Google Chrome browser. SkyWest otherwise denies the premise of this subpart. Browser developer tools are diagnostic tools used by software developers; they are not part of the Directory user interface that SkyWest provides to its employees. Using developer tools to inspect and extract server-side fields that the Directory user interface withheld from users without permission to view them is not an ordinary or authorized use of the Directory, and the technical ability to view data in developer tools did not authorize Defendants to access, retrieve, compile, or use restricted fields, including personal cell phone numbers and home addresses. Defendants' SWOL credentials did not authorize them to access those fields. Further, SkyWest_0000599 depicts a single manual view of one record. It does not depict the manner in which Defendants accessed and extracted Pilot Contact Information, which, as reflected in SkyWest's logs and Defendants' own discovery responses, involved directly invoking the employee-detail endpoint rather than navigating from the visible Directory page; installing the third-party Tampermonkey program; and running a userscript, written by Moussaron and delivered to Krithivas through Microsoft Teams, that automatically requested pilot records in seniority order at intervals of a few seconds and transmitted the returned data to a remote server controlled by Moussaron. SkyWest further refers Defendant to SkyWest's responses to subpart (f) below.

(e) Based on its reasonable inquiry to date, SkyWest is not aware of any SkyWest employee, officer, agent, consultant, or contractor, other than Defendants, who used browser developer tools or similar browser functionality to view or access restricted personal contact fields in the employee-detail response before SkyWest's investigation of Defendants' conduct. SkyWest's review of SWOL Directory activity was initiated in response to reports of misuse of pilot contact information, including the social-media post by a SkyWest pilot on or about January 11, 2026, produced as SkyWest_000015. On or about January 12, 2026, SkyWest's Information Technology personnel, including Justin Esplin, Vice President of Information Technology, determined that, although the Directory user interface did not display personal cell phone numbers and home addresses to users without permission to view them, those fields were being transmitted in the employee-detail response and could be viewed by a user employing developer tools or similar tools, and SkyWest implemented the change described in its response to Krithivas's Expedited Interrogatory No. 2 that same day.

(f) SkyWest incorporates its responses to Interrogatory Nos. 8 and 10 in Krithivas's First Set. The technological, contractual, and policy measures protecting the Pilot Contact Information at issue included, without limitation: (1) authentication via employee ID and password; (2) multifactor authentication; (3) tiered, role-based permissions on the Company Directory restricting front-line pilots, including Defendants, to basic business-contact fields such as name, base or location, and supervisor; (4) server-side, role-based, field-level restrictions implemented through the "isManager" and "Model.IsEmployee" logic reflected in SkyWest_0000595–598, which operated within the SWOL web application such that, for users without permission to view personal contact fields of other employees, those fields were not

included in the HTML rendered by the Directory user interface; and (5) contractual and policy controls defining the scope of Defendants' authorization, including Defendants' Confidentiality and Nondisclosure Agreements, SkyWest's Code of Conduct, and SkyWest Information Security Policy SP 45. As alleged in the Complaint and supported by SkyWest's logs, Defendants circumvented the role-based and field-level restrictions by, among other things, directly invoking the employee-detail endpoint rather than navigating from the visible Directory page, as reflected by anomalous Referrer values in SkyWest's IIS logs; employing browser developer tools to inspect server responses for fields the Directory user interface did not render; and using an automated userscript, run through the Tampermonkey browser extension, to retrieve restricted Pilot Contact Information for thousands of pilots and transmit it to a remote server. SkyWest does not contend that SkyWest_0000599 itself depicts any circumvention by Defendants. As to whether any warning, error message, access-denied notification, or request for additional authentication was generated, SkyWest is not currently aware of any, but SkyWest denies that the absence of an on-screen warning or access-denied response conferred authorization to access restricted fields, and states that Defendants knew that the Directory user interface did not display other employees' personal cell phone numbers and home addresses to them and that the NDAs, Code of Conduct, and SP 45 prohibited their unauthorized access, use, and disclosure of that information. The technical operation of these controls, and the manner in which Defendants circumvented them, are also anticipated subjects of expert testimony. Discovery is ongoing, and SkyWest reserves the right to supplement this response in accordance with the schedule for expert disclosures and at any time, including at trial.

direction of counsel in connection with its preparation, which will not be produced; (4) it seeks information implicating the privacy interests of a nonparty employee, protected by the United States and Utah Constitutions and applicable law, whose personal home address and telephone numbers appear in the unredacted image; (5) it seeks security-sensitive information to the extent the metadata reflects internal system paths, device names, or network information; and (6) it purports to impose obligations concerning the form of production beyond those required by Rule 34(b)(2)(E) and the parties' agreements regarding the production of electronically stored information.

Without waiving the foregoing objections, SkyWest will produce the native screenshot image file from which SkyWest_0000599 was converted into a pdf, with the values of the nonparty pilot's home address and telephone numbers redacted. SkyWest reserves the right to supplement this response at any time, including at trial.

Dated this 23rd day of October, 2026.

HOLLAND & HART LLP

*/s/ Zachary T. Burford*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen.*

**VERIFICATION**

I, Justin Esplin, affirm under oath pursuant to the laws of the United States of America and the State of Utah, under the penalty of perjury, having read the Response to Interrogatory 25 of SkyWest's Responses to Defendant Krithivas's Fourth Set of Discovery Requests, the response is true, accurate, and correct to the best of my knowledge and belief.

Justin Esplin
Dated: October 23, 2026