# EXHIBIT E

U.S Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

# LM-10
# EMPLOYER REPORT

Form Approved
Office of Management and Budget
OMB No. 1245-0003 .
Expires 01-31-2028 .

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

For Official Use Only

E

▶ READ THE INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS REPORT. ◀

PART A

**1. File Number: E-** 71192

**2. Fiscal Year Covered From:** 01/01/2025 **Through:** 12/31/2025
Month/Day/Year Month/Day/Year

**3. Name and address of Reporting Employer (inc. trade name, if any).**

**Employer:** SkyWest Airlines, Inc.
**EIN:** 87-0426325
**Trade Name:**
**Attention To:** Todd Emerson
**Title:** Vice President, Legal
**Mailing Address**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 444 South River Road
**City:** St. George **State:** UT
**ZIP Code + 4:** 84790 - 2085

**4. Name and address of President or corresponding principal officer, if different from address in Item 3.**

**Name:** Russell A. Childs
**P.O. Box., Bldg., Room No., if any:**
**Street:** 444 South River Road
**City:** St. George **State:** UT
**ZIP Code + 4:** 84790 - 2085

**5. Any other address where records necessary to verify this report will be available for examination.**

**Name:**
**Title:**
**Organization:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**6. Indicate by checking the appropriate box or boxes where records necessary to verify this report will be available for examination.**

[X] Address in Item 3
[ ] Address in Item 4
[ ] Address in Item 5

**7. Type of organization.**

[X] Corporation [ ] Partnership [ ] Individual [ ] Other (specify)

## Signatures

Each of the undersigned, duly authorized officers of the above employer declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including the information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned's knowledge and belief, true, correct, and complete. (See Section VIII on penalties in the instructions.)

**13. SIGNED:** Russell Childs
**Title:** PRESIDENT
**On Date:** Mar 30, 2026
**Telephone Number:** 435-634-3111

**14. SIGNED:** Darin Hafen
**Title:** TREASURER
**On Date:** Mar 30, 2026
**Telephone Number:** 435-668-6282

**8. Type of Reportable Activity Engaged In By Employer**

Read the following questions and the accompanying instructions carefully, taking into consideration the exclusions listed in the instructions for these items, and check either ''Yes" or ''No'' for each item. For each item that is answered ''Yes'', you must attach a Part B which appears on Page 3. Complete a separate Part B for each ''Yes'' answer to any of Items 8.a. through 8.f. Also, if the answer is ''Yes'' for more than one person or organization, complete a separate Part B for each person or organization. If you answer ''Yes'', enter the number of Part Bs that are submitted for that item in the line indicated.

| DURING THE FISCAL YEAR COVERED BY THIS REPORT: | | YES | NO | If "Yes", number of Part Bs attached |
|---|---|---|---|---|
| 8.a | Did you make or promise or agree to make, directly or indirectly, any payment or loan of money or other thing of value (including reimbursed expenses) to any labor organization or to any officer, agent, shop steward, or other representative or employee of any labor organization? | X | | 24 |
| 8.b | Did you make, directly or indirectly, any payment (including reimbursed expenses) to any of your employees, or to any group or committee of your employees, for the purpose of causing them to persuade other employees to exercise or not to exercise, or as to the manner of exercising, the right to organize and bargain collectively through representatives of their own choosing without previously or at the same time disclosing such payment to all such other employees? | | X | 0 |
| 8.c | Did you make any expenditure where an object thereof, directly or indirectly, was to interfere with, restrain, or coerce employees in the right to organize and bargain collectively through representatives of their own choosing? | | X | 0 |
| 8.d | Did you make any expenditure where an object thereof, directly or indirectly, was to obtain information concerning the activities of employees or of a labor organization in connection with a labor dispute in which you were involved? | | X | 0 |
| 8.e | Did you make any agreement or arrangement with a labor relations consultant or other independent contractor or organization pursuant to which such person undertook activities where an object thereof, directly or indirectly, was to persuade employees to exercise or not to exercise, or as to the manner of exercising, the right to organize and bargain collectively through representatives of their own choosing; or did you make any payment (including reimbursed expenses) pursuant to such an agreement or arrangement? | | X | 0 |
| 8.f | Did you make any agreement or arrangement with a labor relations consultant or other independent contractor or organization pursuant to which such person undertook activities where an object thereof, directly or indirectly, was to furnish you with information concerning activities of employees or of a labor organization in connection with a labor dispute in which you were involved; or did you make any payment pursuant to such agreement or arrangement? | | X | 0 |

**TOTAL NUMBER OF PART Bs FOR THIS REPORT IS:** 24

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $8,137 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments covered costs of technology used for SAPA business, including costs for cell phone service, internet service, email, and software. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $1,275 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Total combined cost of payments for shared office space and supplies, and for postage costs incurred by SAPA. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).** SkyWest Airlines Pilot Association

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**
01/01/2025

**10.b. The promise, agreement, or arrangement was:**
[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $57,715 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Total consists primarily of payments made throughout the year to API to cover cost of hotels, conference rooms, and transportation provided to SAPA President, Vice President, and Representatives traveling on SAPA business. The total cost of payments made to API in 2025 was $51,946. The remaining amount reported ($5,769) is the total combined cost of payments made to SAPA Representatives to reimburse them for meals, lodging, and/or transportation costs incurred while traveling on SAPA business. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**
[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).** Outside Counsel for SAPA

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:** Alex Craigie
**P.O. Box., Bldg., Room No., if any:** 8th Floor
**Street:** 12100 Wilshire Boulevard
**City:** Los Angeles **State:** CA
**ZIP Code + 4:** 90025 - 7120

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 03/10/2025 | $210 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment to The Craigie Law Firm, PC for reimbursement of legal expenses incurred by SAPA. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $5,289 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** SAPA mailed SAPA election ballots to all SkyWest pilots. SkyWest reimbursed SAPA for this expense. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $2,859 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Total combined cost of travel, hotel, and registration fees related to professional conferences attended by one or more SAPA officials. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $13,755 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments covered Professional Standards training and Critical Incident Response Program training costs. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 10/02/2025 | $273 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered catering costs incurred by SAPA for Flight Ops training. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Pilot Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:** Building 1-2000
**Street:** 2000 S. Colorado Blvd.
**City:** Denver **State:** CO
**ZIP Code + 4:** 80222 - 7910

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/23/2025 | $1,444 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered cost of meal reimbursement for various SAPA officials. SAPA and SkyWest have agreed that SkyWest will reimburse SAPA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Frontline Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 3920 W. Terminal Dr.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 04/08/2025 | $7 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered cost of USB drive. SAFA and SkyWest have agreed that SkyWest will reimburse SAFA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Frontline Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 3920 W. Terminal Dr.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $2,297 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Total includes payments made throughout the year to API to cover cost of hotels provided to SAFA President, Vice President, and Representatives traveling on SAFA business. The total cost of payments made to API in 2025 was $987. The remaining amount reported ($1,310) is the total combined cost of payments made to various SAFA Representatives to reimburse them for meals, lodging, and/or transportation costs incurred while traveling on SAFA business. SAFA and SkyWest have agreed that SkyWest will reimburse SAFA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Frontline Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 3920 W. Terminal Dr.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $496 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments covered costs of food and other items purchased for employees during various station visits. SAFA and SkyWest have agreed that SkyWest will reimburse SAFA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Mechanics Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 333 N Gene Autry Trail
**City:** Palm Springs **State:** CA
**ZIP Code + 4:** 92262 - 5466

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $19,593 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Total consists primarily of payments made throughout the year to API to cover cost of hotels, conference rooms, and transportation provided to SAMA President, Vice President, and Representatives traveling on SAMA business. The total cost of payments made to API in 2025 was $9,680. The remaining amount reported ($9,913) is the total combined cost of payments made to various SAMA Representatives to reimburse them for meals, lodging, and/or transportation costs incurred while traveling on SAMA business. SAMA and SkyWest have agreed that SkyWest will reimburse SAMA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest Airlines Mechanics Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 333 N Gene Autry Trail
**City:** Palm Springs **State:** CA
**ZIP Code + 4:** 92262 - 5466

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**
01/01/2025

**10.b. The promise, agreement, or arrangement was:**
[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 08/26/2025 | $553 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments covered cost of lunch and beverages purchased for SAMA group meeting. SAMA and SkyWest have agreed that SkyWest will reimburse SAMA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**
[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**
01/01/2025

**10.b. The promise, agreement, or arrangement was:**
[X] Oral [ ] Written* [ ] Both
(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $1,537 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments covered software subscriptions and services, data storage, email, and other technology-related expenses. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**
[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 01/02/2025 | $8,081 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered administrative costs associated with SIA election. SkyWest reimbursed SIA for this expense. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 04/02/2025 | $101 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered cost of meals. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $117 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered fees for credit card used for SIA business. SkyWest reimbursed SIA for this expense. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**
01/01/2025

**10.b. The promise, agreement, or arrangement was:**
[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $43,189 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Total consists primarily of payments made throughout the year to API to cover cost of hotels, conference rooms, and transportation provided to SIA President, Vice President, and Representatives traveling on SIA business. The total cost of payments made to API in 2025 was $36,828. The remaining amount reported ($6,360) is the total combined cost of payments made to various SIA Representatives to reimburse them for meals, lodging, transportation, WiFi, and other travel-related costs incurred while traveling on SIA business. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**
[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City: State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $1,500 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments covered cost of food and beverages during and after SIA Board meetings. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).** Outside Counsel for SIA

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:** Gregg M Formella
**P.O. Box., Bldg., Room No., if any:** Unit 92141
**Street:** 300 State Street
**City:** Southlake **State:** TX
**ZIP Code + 4:** 76092

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**
01/01/2025

**10.b. The promise, agreement, or arrangement was:**
[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/07/2025 | $29,970 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covers legal services provided by attorney Gregg Formella in connection with various matters. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**
[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| **Check Item Number(from Page 2) to which this Part B applies** | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).** Outside Counsel for SIA

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:** Parsons Behle & Latimer
**P.O. Box., Bldg., Room No., if any:** Suite 1800
**Street:** 201 S. Main St.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84111

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**
01/01/2025

**10.b. The promise, agreement, or arrangement was:**
[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| **11.a. Date of each payment or expenditure (mm/dd/yyyy).** | **11.b. Amount of each payment or expenditure** | **11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property)** |
|---|---|---|
| 12/31/2025 | $883,394 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payments made throughout 2025 to the law firm of Parsons Behle & Latimer for legal services provided in 2024 and 2025 on various matters. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**
[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 02/05/2025 | $260 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered cost of team event. SkyWest reimbursed SIA for this expense. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI

| Check Item Number(from Page 2) to which this Part B applies | ITEM 8.a. [X] | ITEM 8.b. [ ] | ITEM 8.c. [ ] | ITEM 8.d. [ ] | ITEM 8.e. [ ] | ITEM 8.f. [ ] |
|---|---|---|---|---|---|---|

**9.a.** [ ] Agreement [X] Payment [ ] Both

**9.c. Position In labor organization or with employer (if an independent labor consultant, so state).**

**9.b. Name and address of person with whom or through whom a separate agreement was made or to whom payments were made.**

**Name:**
**P.O. Box., Bldg., Room No., if any:**
**Street:**
**City:** **State:**
**ZIP Code + 4:**

**9.d. Name and address of firm or labor organization with whom employed or affiliated.**

**Organization:** SkyWest InFlight Association
**EIN:**
**P.O. Box., Bldg., Room No., if any:**
**Street:** 1240B E. Stringham Ave.
**City:** Salt Lake City **State:** UT
**ZIP Code + 4:** 84106 - 2490

**10.a. Date of the promise, agreement, or arrangement pursuant to which payments or expenditures were agreed to or made.**

01/01/2025

**10.b. The promise, agreement, or arrangement was:**

[X] Oral [ ] Written* [ ] Both

(*Written agreements entered into during the fiscal year must be attached.)

| 11.a. Date of each payment or expenditure (mm/dd/yyyy). | 11.b. Amount of each payment or expenditure | 11.c. Kind of each payment or expenditure (Specify whether payment or loan, and whether in cash or property) |
|---|---|---|
| 12/31/2025 | $678 | Cash |

**12a. Explain fully the circumstances of all payments, including the terms of any oral agreement or understanding pursuant to which they were made :** Payment covered cost of professional membership and conference fees paid by SIA President Brent Coates. SkyWest reimbursed SIA for this expense. SIA and SkyWest have agreed that SkyWest will reimburse SIA for its reasonable business expenses.

**12b. If your Part B applies to Items 8b. - 8f., did the payments or agreements concern employees performing work pursuant to a Federal contract or subcontract?**

[ ] Yes [ ] No [X] N/A Unique Entity Identifier (UEI): [ ] No UEI