Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
Liesl L. Jenkins (Utah Bar No. 20910)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
liesl@utahjobjustice.com

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Please take notice that Liesl L. Jenkins of the law firm Scholnick Thorne Holland hereby enters her appearance as counsel for Defendant and Counterclaim Plaintiff Daniel Moussaron in the above-captioned action.

DATED this 5th day of November 2026.

**SCHOLNICK THORNE HOLLAND**

*/s/ Liesl L. Jenkins*
Liesl L. Jenkins
Lauren I. Scholnick
Jonathan K. Thorne
Jack Holland

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*