Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
Liesl L. Jenkins (Utah Bar No. 20910)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
liesl@utahjobjustice.com

*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **STIPULATION TO EXTEND DEADLINE UNDER DUCivR 37-1(b)(2)(C) (MOUSSARON'S THIRD SET OF DISCOVERY REQUESTS)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. ("SkyWest") and Defendant and Counterclaim Plaintiff Daniel Moussaron ("Moussaron"), by and through their respective

counsel, stipulate and jointly request that the Court extend the deadline under DUCivR 37-1(b)(2)(C) for Moussaron to file Short Form Discovery Motions concerning unresolved disputes arising from Moussaron's Third Set of Discovery Requests to SkyWest.

In support of this Stipulation, the Parties state:

1. On October 8, 2026, Moussaron and SkyWest stipulated to extend the deadline under DUCivR 37-1(b)(2)(C) for Moussaron to file Short Form Discovery Motions concerning unresolved disputes arising from Moussaron's Third Set of Discovery Requests to SkyWest. (Dkt. 162).
2. On October 9, 2026 the Court Granted that stipulation. (Dkt. 167).
3. On October 30th, SkyWest served a supplemental production and responses.
4. On November 5, 2026, Moussaron sent a follow up meet and confer letter related to the October 30th supplement.
5. The Parties are still engaging in ongoing meet and confer related to Moussaron's third set of discovery.
6. The parties agree that good cause exists to extend the applicable deadline.

Accordingly, the parties stipulate and jointly request that the Court extend the deadline under DUCivR 37-1(b)(2)(C) for Moussaron to file one or more Short Form Discovery Motions concerning unresolved disputes arising from his Third Set of Discovery Requests to Friday, December 11, 2026, if necessary.

DATED this 5th day of November, 2026.

**SCHOLNICK THORNE HOLLAND**

*/s/ Liesl L. Jenkins*
Jonathan K. Thorne
Lauren I. Scholnick
Jack Holland
Liesl L. Jenkins
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

HOLLAND & HART LLP

*/s/ Tyson Horrocks (signed with permission)*
Gregory M. Saylin
Tyson C. Horrocks
Zachary T. Burford
Tyler Erickson
*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*