# EXHIBIT A

to Defendant Moussaron's Reply in Support of Motion for Protective Order (Dkt. 151)

SkyWest_0001811–1815, 0001874, 0001881, 0001882, 0001886–1887, 0001888–1889, 0001904–1906 – SkyWest internal and MSL Group emails dated December 9–11, 2025 and May 22–26, 2026

## FILED UNDER SEAL

Designated CONFIDENTIAL by Plaintiff SkyWest Airlines, Inc.

under the Standard Protective Order, DUCivR 26-2

Filed under seal pursuant to DUCivR 5-3(b)(1) and the

Motion for Leave to File Exhibit Under Seal filed contemporaneously herewith

SkyWest Airlines, Inc. v. Moussaron, et al., Civil No. 4:26-cv-00015-DN-PK