Jonathan K. Thorne (Utah Bar No. 12694)
Lauren I. Scholnick (Utah Bar No. 7776)
Jack Holland (pro hac vice)
Liesl L. Jenkins (Utah Bar No. 20910)
**SCHOLNICK THORNE HOLLAND**
40 South 600 East
Salt Lake City, Utah 84102
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
Email: jonathan@utahjobjustice.com
lauren@utahjobjustice.com
jack@laborwest.com
liesl@utahjobjustice.com
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendant and Counterclaim Plaintiff Daniel Moussaron, by and through undersigned counsel, moves the Court under DUCivR 5-3(b) for an Order placing under seal Exhibit A to Defendant Moussaron's Reply in Support of Motion for Protective Order Regarding Plaintiff's Proposed Subpoenas to EZ Texting and GoFundMe (Dkt. 151).

Exhibit A consists of documents produced in discovery by Plaintiff SkyWest Airlines, Inc. ("SkyWest") on October 30, 2026 – SkyWest_0001811–1815, 0001874, 0001881, 0001882, 0001886–1887, 0001888–1889 and 0001904–1906 – each marked CONFIDENTIAL by SkyWest under the Standard Protective Order, DUCivR 26-2, which requires that papers filed with the Court containing such information be "filed consistent with DUCivR 5-3." Standard Protective Order § (D)(3). The sole basis for this Motion is SkyWest's designation. DUCivR 5-3(b)(2)(C)(i). Moussaron takes no position on whether the designations are proper; under DUCivR 5-3(b)(2)(C)(i), SkyWest must file its own Motion for Leave to File Under Seal within 7 days of service of this Motion if it seeks to keep the exhibit under seal, failing which it may be unsealed without further notice.

This Motion is narrowly tailored to the single exhibit SkyWest designated. The Reply is filed publicly, and a placeholder for Exhibit A is filed publicly with it as DUCivR 5-3(b)(1) requires. Moussaron requests that any seal remain in place only until the Court rules on a motion by SkyWest under DUCivR 5-3(b)(2)(C)(i) or, if none is filed, that the exhibit be unsealed if the Court so decides. A proposed order is submitted herewith.

DATED this 6th day of November 2026.

**SCHOLNICK THORNE HOLLAND**
/s/ Jonathan K. Thorne
Jonathan K. Thorne
*Attorneys for Defendant and Counterclaim Plaintiff Daniel Moussaron*