**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Defendant and Counterclaim Plaintiff Daniel Moussaron's Motion for Leave to File Exhibit Under Seal. Exhibit A to Defendant Moussaron's Reply in Support of Motion for Protective Order Regarding Plaintiff's Proposed Subpoenas to EZ Texting and GoFundMe (Dkt. 151) consists of documents produced by Plaintiff SkyWest Airlines, Inc. and designated CONFIDENTIAL under the Standard Protective Order, DUCivR 26-2, and the Motion is made solely on that basis under DUCivR 5-3(b)(2)(C)(i). Good cause appearing, IT IS HEREBY ORDERED that the Motion is **GRANTED** and Exhibit A shall be filed and maintained under seal. If Plaintiff does not file a Motion for Leave to File Under Seal within 7 days of service of Moussaron's Motion, as DUCivR 5-3(b)(2)(C)(i) provides, the exhibit may be unsealed without further notice.

DATED this ___ day of __________, 2026.

BY THE COURT:

______________________________
PAUL KOHLER
United States Magistrate Judge