**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON, and VIKAAS KRITHIVAS,<br><br>Defendants and Counterclaim Plaintiffs | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE UNDER DUCivR 37-1(b)(2)(C) (MOUSSARON'S THIRD SET OF DISCOVERY REQUESTS)**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Stipulation between Plaintiff SkyWest Airlines, Inc. and Defendant Daniel Moussaron to extend the deadline imposed by DUCivR 37-1(b)(2)(C) for Short Form Discovery Motions concerning Moussaron's Third Set of Discovery Requests to SkyWest.[1] For good cause appearing, the Stipulation is **GRANTED**. The deadline for Moussaron to file one or more Short Form Discovery Motions concerning unresolved disputes arising from his Third Set of Discovery Requests is Friday, December 11, 2026.

DATED this 6th day of November, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 201, filed November 5, 2026.