Gregory M. Saylin, #9648
Tyson C. Horrocks, #12557
Zachary T. Burford, #19771
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
ZTBurford@hollandhart.com

*Attorneys for Plaintiff and Counterclaim Defendant SkyWest Airlines, Inc. and Counterclaim Defendant Dale Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH – SOUTHERN DIVISION**

| | |
|---|---|
| SKYWEST AIRLINES, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>and DALE HANSEN,<br><br>Additional Counterclaim Defendant,<br><br>vs.<br><br>DANIEL MOUSSARON,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and VIKAAS KRITHIVAS,<br><br>Defendant and Counterclaim Plaintiff. | **(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Civil No. 4:26-cv-00015-DN-PK<br><br>Senior District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is Plaintiff SkyWest Airlines, Inc.'s ("SkyWest") Motion for Leave to File Under Seal (the "Motion"). Having considered the Motion, and for good cause, IT IS HEREBY ORDERED that the Motion is GRANTED. Exhibit A (Dkt. 205) to Defendant

Moussaron's Reply in Support of Motion for Protective Order (Dkt. 203) will remain under seal through the conclusion of this action.

Dated this ____ day of November, 2026.

______________________________

Magistrate Judge Paul Kohler

40205999_v1