**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

SKYWEST AIRLINES, INC.,

Plaintiff and Counterclaim Defendant,

and DALE HANSEN,

Additional Counterclaim Defendant,

vs.

DANIEL MOUSSARON,

Defendant and Counterclaim Plaintiff,

and VIKAAS KRITHIVAS,

Defendant and Counterclaim Plaintiff.

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Civil No. 4:26-cv-00015-DN-PK

District Judge David Nuffer
Magistrate Judge Paul Kohler

Before the Court is Plaintiff SkyWest Airlines, Inc.'s (“SkyWest”) Motion for Leave to File Under Seal (the “Motion”).[1] Having considered the Motion, and for good cause, IT IS HEREBY ORDERED that the Motion is GRANTED. Exhibit A (Dkt. 205) to Defendant Moussaron’s Reply in Support of Motion for Protective Order (Dkt. 203) will remain under seal through the conclusion of this action. Defendant’s Motion (Dkt. 204) is moot.

Dated this 16th day of November, 2026.

PAUL KOHLER
United States Magistrate Judge

[1] Dkt. 208, filed November 13, 2026.